# EXHIBIT A

WALTER J. LACK, ESQ. (SBN 57550)
ANDREW M. JACOBSON, ESQ. (SBN 286330)
DAVID A. CARNIE, ESQ. (SBN 320709)
SYDNEY M. DESMAN, ESQ. (SBN 332480)
VAIBHAV KAUSHIK, ESQ. (SBN 360357)
**ENGSTROM, LIPSCOMB & LACK**
11601 Wilshire Boulevard, 14th Floor
Los Angeles, California 90025-1744
Telephone: (310) 552-3800
Facsimile: (310) 552-9434
Email: ajacobson@elllaw.com;
dcarnie@elllaw.com;
sdesman@elllaw.com;
vkaushik@elllaw.com

Attorneys for Plaintiff, MALIBU COASTLINE CONDOMINIUM ASSOCIATES

Electronically FILED by Superior Court of California, County of Los Angeles 10/08/2026 1:30 PM David W. Slayton, Executive Officer/Clerk of Court, By J. Sam, Deputy Clerk

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES**

| | |
|---|---|
| MALIBU COASTLINE CONDOMINIUM ASSOCIATES, a California common interest development corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 26SMCV05469<br><br>**COMPLAINT FOR:**<br>**1. BREACH OF CONTRACT; and**<br>**2. BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW, Plaintiff, MALIBU COASTLINE CONDOMINIUM ASSOCIATES ("Plaintiff"), who complains of Defendants, and each of them, as follows:

## I. INTRODUCTION

1. This is an insurance bad faith action against Defendant, STATE FARM GENERAL INSURANCE COMPANY's ("Defendant" or "State Farm") regarding its failure to reasonably, fairly, and timely investigate and pay its insured's claim for policy benefits, which resulted from a covered catastrophic wildfire claim on January 8, 2025, involving two insured condominium buildings located at 18055 Coastline Drive (the "18055 Property") and 18057 Coastline Drive (the

"18057 Property") (collectively, the "Properties") in Malibu, California.

2. State Farm insured the two Properties under Policy No. 92-KA-J515-8 (the "Policy"), which provided substantial building, replacement-cost, Extra Replacement Cost, Increased Cost of Construction ("ICC"), debris-removal, business personal property coverage, and other applicable coverage.

3. Plaintiff timely submitted and diligently pursued its insurance claim with State Farm, but State Farm instead embarked on a deliberate and unreasonable course of conduct designed to delay resolution of the claim, minimize the loss, and avoid paying benefits owed under the Policy. Despite clear coverage and substantial evidence including detailed estimates and documentation demonstrating the full extent and cost of the damage to the Properties resulting from the covered wildfire loss, State Farm failed to fairly and objectively investigate and evaluate the claim, repeatedly delayed payment, relied on an incomplete, inadequate, and artificially low valuation that grossly understated the amount necessary to restore and rebuild the Properties, disregarded substantial evidence supporting the benefits owed, and failed to promptly and meaningfully investigate or reconcile the significant discrepancies between its valuation and the evidence presented by Plaintiff. Instead, State Farm continued to rely on unsupported and unconscionably low estimates to justify withholding Policy benefits it knew or reasonably should have known were owed, thereby placing its own financial interests above its contractual obligations to Plaintiff. State Farm's conduct was unreasonable, violated the terms and obligations imposed by the Policy, and constitutes bad faith.

4. In sum, State Farm's conduct was unreasonable and constituted not only a breach of the Policy, but rises to the level of bad faith. Among other things, State Farm: (1) delayed the adjustment, resolution, and payment of the claim for well over a year despite the catastrophic nature of the loss; (2) ignored and, without reasonable justification, disputed Plaintiff's $17,024,768.88 reconstruction estimate prepared by Plaintiff's licensed California contractor, Rossmoyne, while instead relying on an estimate prepared by State Farm's contractor, whose scope failed to account for the full extent of the loss and the unique circumstances involved in restoring and rebuilding the Properties; (3) failed to meaningfully investigate or reconcile the substantial

discrepancies between Plaintiff's comprehensive reconstruction estimate and State Farm's incomplete and inadequate estimate, despite being provided extensive evidence establishing the scope and cost of the necessary repairs and reconstruction; (4) repeatedly increased its own valuation of the claim only after Plaintiff challenged State Farm's prior adjustments, demonstrating that State Farm's earlier scopes and valuations were incomplete and that covered amounts were recognized only incrementally and after repeated challenges by its insured; (5) relied on an estimator who was neither licensed nor local and whose estimate relied, in part, on purported comparable properties and pricing that did not reflect the actual cost of materials and labor in California or the cost of restoring and replacing the Properties with materials, finishes, and construction of like kind and quality, and further failed to account for the Properties' hillside location, engineering and permitting requirements, site-specific construction conditions, increased construction costs, and other unique complexities inherent in rebuilding the Properties; (6) improperly relied on a deliberately limited repair budget for the specialized inclined elevator system ("the funicular") serving the steep hillside at the 18057 Property as though it constituted a complete valuation of the loss, when in fact the funicular at the 18057 was deemed a *total* loss, thereby artificially reducing the amount of benefits owed; (7) undervalued code-upgrade work, debris removal, and other necessary expenses required to restore the Properties to their pre-loss condition; and (8) continued to withhold and underpay Policy benefits despite possessing ample information demonstrating that its valuation did not reasonably reflect the actual cost necessary to repair and restore the Properties to their pre-loss condition.

5. State Farm's conduct reflects a calculated and unreasonable effort to minimize its payment obligations at its insured's expense. More than 20 months have now passed since the January 8, 2025 date of loss, yet a substantial portion of Plaintiff's covered loss remains unpaid. Despite the catastrophic nature of the loss and the extensive information available to it concerning the scope and cost of the necessary repairs and reconstruction, State Farm continues to withhold benefits owed under the Policy, leaving Plaintiff to bear the financial burden of a loss for which it purchased insurance coverage.

///

**II. PARTIES**

6. Plaintiff, MALIBU COASTLINE CONDOMINIUM ASSOCIATES ("Malibu Coastline" or "Plaintiff") is, and at all relevant times was, a California corporation and the policy holder/Insured of State Farm, under State Farm Policy No. 92-KA-J515-8 (the "Policy"). Plaintiff owns, manages, maintains, and/or has an insurable interest in the common property and insured condominium structures located at 18055 Coastline Drive and 18057 Coastline Drive, Malibu, California 90265 (the "Properties").

7. Plaintiff is informed and believes and thereon alleges that at all relevant times hereto, Defendant, STATE FARM GENERAL INSURANCE COMPANY ("Defendant" or "State Farm"), is a corporation organized and existing under the laws of the State of Illinois and is authorized to and does business within the County of Los Angeles, State of California.

8. The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants, DOES 1 through 50, inclusive, and each of them, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will amend this Complaint to show the true names and capacities of said Defendants when the same shall have been ascertained. Plaintiffs are informed and believe and thereon allege that each Defendant described herein as a Doe is legally responsible, negligently or in some other actionable manner, for the events, acts, omissions, and happenings referred to herein and proximately caused the injuries and damages to Plaintiff as alleged.

9. Plaintiff is informed and believes, and on that basis alleges that at all times herein mentioned, Defendants, and each of them, including DOES 1 through 50, inclusive, were the agents, servants, employees, and/or joint ventures of each co-Defendant and in doing the things herein described were acting within the course, scope, purpose, and authority of said agency, service, employment and/or joint venture, and that each and every Defendant as aforesaid, when acting as a principal, was negligent in the selection and hiring of each and every other Defendant as an agent, employee, and/or joint venturer.

10. At all times herein mentioned, Defendants, DOES 1 through 50, inclusive, were the agents, servants, employees, representatives, claims supervisors, claims managers, claims

adjusters, branch claims supervisors, branch claims office supervisors, investigators, engineers, attorneys and other agents and/or employees of Defendant, State Farm, and were vested with authority by said Defendant to act in its stead and behalf, at all times herein mentioned, and in doing the acts herein alleged were acting within the purpose and scope of said agency and employment for said Defendant, and in doing the things herein alleged, were carrying out established company claims procedures and policies.

## III. JURISDICTION AND VENUE

11. Defendants, and each of them, are subject to the jurisdiction of this Court by virtue of their business dealings and transactions in California, by having caused injuries through their acts and omissions throughout the State of California. This Court has subject matter jurisdiction over all causes of action asserted herein pursuant to Article VI §10 of the California Constitution.

12. The damages suffered by Plaintiff exceed this Court's jurisdictional minimum.

13. Each Defendant has sufficient minimum contacts within California to make the exercise of jurisdiction over each Defendant by California courts consistent with traditional notions of fair play and substantial justice and is thus subject to personal jurisdiction in California state courts.

14. Venue is proper because the acts and omissions and otherwise wrongful conduct which are the subject of this Complaint occurred in the County of Los Angeles, State of California.

## IV. FACTUAL ALLEGATIONS

### A. <u>The State Farm Policy</u>

15. State Farm issued the Policy No. 92-KA-J515-8 (the "Policy") that was in effect at all relevant times. A true and correct copy of the Policy, along with the Declarations page, is attached hereto as Exhibit A and incorporated by reference. The Policy insured Plaintiff, *inter alia,* for the risks of direct physical loss except those risks in the Policy excluded at the real properties located at 18055 Coastline Drive (the "18055 Property") and 18057 Coastline Drive (the "18057 Property") (collectively, the "Properties") in Malibu, California.

16. The Policy afforded Coverage A—Buildings coverage for the 18055 Property in the amount of $5,393,008 and afforded the same $5,393,008 limit for the 18057 Property.

Accordingly, the Policy provided aggregate Coverage A—Buildings limits of $10,786,016 for the Properties.

17. The Policy further provided replacement-cost coverage for covered building losses and included blanket coverage applicable to the Properties. Under the Policy's blanket coverage provisions, the applicable building limits were not restricted to a single building but could be applied to covered repairs to either Property, subject to the Policy's terms, conditions, limitations, and applicable endorsements.

18. In addition to the Coverage A—Buildings limits, the Policy provided an Extra Replacement Cost ("ERC") Coverage Endorsement, which provides additional coverage of up to 120% of the applicable Coverage A– Buildings limit shown in the Declarations.

19. The Policy also provided an Extension of Coverage for Increased Cost of Construction ("ICC"), which provides additional coverage for increased costs incurred to comply with enforced ordinances and laws in the course of repairs. State Farm acknowledged that the ICC coverage applicable to each Property was $514,600, representing 10% of the applicable building limit, and further acknowledged that the Policy's blanket coverage permitted available ICC limits associated with one Property to be applied to qualifying code-upgrade costs associated with the other Property.

20. The Policy further afforded coverage for debris removal, business personal property, business income and/or extra expenses, and other applicable coverages, extensions, and endorsements, each according to the applicable limits and terms of the Policy.

**B. <u>The January 2025 Palisades Fire Loss and Plaintiff's Timely Submission of the Claim to State Farm</u>**

21. On or about January 7, 2025, and continuing for days thereafter, the deadly Palisades Fire began at approximately 10:30 a.m. southeast of Palisades Drive in Pacific Palisades, California (the "Fire"). Fueled by extreme winds and dry conditions, the Fire rapidly spread throughout the Los Angeles region, becoming one of the most destructive fires in the region's history and causing catastrophic destruction, including the total or substantial loss of the Properties.

22. The 18057 Property sustained devastating direct fire damage requiring extensive demolition and reconstruction, including the full replacement of the funicular serving that property.

23. The 18055 Property sustained substantial smoke, ash, combustion-product, mechanical, electrical, structural, and HVAC damage, as well as substantial damage to the funicular serving that property.

24. The Fire and resulting damage to the Properties constitute accidental direct physical loss, and no exclusions in the Policy apply to this loss.

25. At all times relevant herein, Plaintiff duly performed all of its obligations under the Policy, including, but not limited to, the timely payment of all applicable premiums and fees.

26. Following the January 2025 Fire, Plaintiff satisfied all conditions and obligations required under the Policy to obtain benefits for its losses to the Properties. Plaintiff promptly notified State Farm of the loss and presented its claim, retained a public adjuster to assist with the adjustment and presentation of the claim, and diligently provided State Farm with all documents and information requested to investigate, adjust, and pay the claim.

27. Plaintiff further diligently worked to evaluate the scope of the loss and provided State Farm with the information, plans, estimates, and supporting documentation necessary to facilitate the preparation of building plans in compliance with then-current ordinances and requirements imposed by the applicable governmental authorities.

**C. <u>State Farm's Delays and Unreasonable and Improper Claims Handling</u>**

28. Implied in the Policy was a covenant by Defendant, State Farm, that it would act in good faith and deal fairly with Plaintiff, as its insured, and would do nothing to interfere with the rights of Plaintiff, as its insured, to receive the benefits of the agreements contained in the Policy.

29. Despite its obligations, State Farm failed to perform a competent, fair, reasonable, and good faith investigation and adjustment of the claim. While State Farm accepted coverage and made partial payments to Plaintiff, State Farm nonetheless engaged in deceptive practices to avoid full and fair payment of the claim.

30. State Farm retained Homee, Inc. ("Homee") to inspect the Properties and prepare an estimate for the cost to repair and rebuild the Properties. Homee inspected the Properties on

February 11, 2025.

31. On April 1, 2025, more than six weeks after Homee's inspection, State Farm informed Plaintiff that it was still awaiting Homee's estimate for the cost to repair and rebuild the Properties. State Farm's inability or failure to obtain and complete its evaluation of the loss through its own retained consultant unnecessarily prolonged the adjustment of Plaintiff's claim and delayed Plaintiff's receipt of insurance benefits necessary to repair and rebuild the Properties.

32. On April 18, 2025, Plaintiff, through its public adjuster, submitted to State Farm a preliminary reconstruction estimate in the amount of $17,024,768.88. The estimate was prepared by Rossmoyne, a qualified and licensed California contractor retained by Plaintiff, based upon available information concerning the Properties, including photographs, video, sketches, inspections, and other information concerning the loss. Rossmoyne expressly prepared its estimate for the purpose of restoring the Properties to their pre-loss condition using like kind and quality materials and accepted construction standards.

33. By April 29, 2025, State Farm had not completed its own reconstruction estimate and informed Plaintiff that Homee was reviewing Plaintiff's reconstruction estimate. Thus, notwithstanding Plaintiff's submission of a detailed reconstruction estimate, State Farm continued to defer its evaluation of the amount necessary to repair and rebuild the Properties.

34. By June 9, 2025, nearly five months after the Fire, State Farm still had not completed its evaluation of Plaintiff's loss and was awaiting a second inspection of the Properties. By that date, State Farm had issued Plaintiff only $497,448.66 as a structural advance, an amount grossly inadequate in light of the catastrophic damage sustained by the Properties and the substantial costs necessary to repair and rebuild them.

35. The second inspection occurred on June 26, 2025, yet, as of July 26, 2025, State Farm informed Plaintiff that it was still awaiting Homee's estimate.

36. During this period, Plaintiff was left to contend with the consequences of a catastrophic wildfire and substantial property damage, including major destruction to one building and significant smoke and related damage to the other, as well as the complex requirements associated with hillside reconstruction, environmental and debris-removal regulations, permitting

and code requirements, and the restoration of essential building infrastructure. Plaintiff required timely payment of insurance benefits to address these conditions and begin the necessary repair and reconstruction process.

37. Despite the catastrophic nature of the loss, Plaintiff's submission of a detailed reconstruction estimate, Plaintiff's cooperation with State Farm's investigation, and State Farm's access to its own retained consultants and inspectors, State Farm repeatedly delayed completion of its investigation and evaluation of Plaintiff's claim and failed to timely pay the benefits owed under the Policy.

38. State Farm's repeated delays in obtaining estimates, conducting inspections, reviewing Plaintiff's estimate, and completing its evaluation of the loss substantially prolonged the adjustment of Plaintiff's claim and delayed payment of benefits to which Plaintiff was entitled under the Policy.

**D. <u>State Farm Materially Undervalued the Cost to Repair the Properties</u>**

39. Plaintiff's qualified and licensed contractor, Rossmoyne, prepared and submitted to State Farm a detailed, comprehensive, line-item reconstruction estimate for the Properties in the total amount of $17,024,768.88. The estimate includes approximately $15,159,184.02 for building reconstruction, $557,669.65 for debris removal, $1,283,411.60 for required code upgrades, $20,775.76 for landscaping, and $3,727.85 for signs.

40. The scope and magnitude of Rossmoyne's estimate are supported by the actual characteristics and complexity of the loss. The estimate encompasses the extensive construction work necessary to restore the Properties, including reinforced concrete and structural steel work, deep foundations and piles, shoring, excavation, waterproofing and drainage, framing, electrical and plumbing systems, HVAC, fire protection, exterior assemblies, code-required work, architectural and engineering services, project supervision, permitting, and specialized elevator and/or the funicular-related work.

41. Rossmoyne's estimate was based upon the actual conditions of the Properties and the construction services reasonably necessary to restore the Properties to their pre-loss condition using like kind and quality materials and accepted construction standards. The scope reflects the

substantial costs associated with reconstructing a complex, multi-level hillside condominium project following a catastrophic wildfire.

42. Notwithstanding the detailed reconstruction estimate submitted by Plaintiff, State Farm failed to reasonably account for the full scope and cost of the covered damage. Instead, State Farm relied upon an estimate prepared by its retained contractor, Homee, which estimated the cost to rebuild the 18057 Property at only $6,778,801.23, less than one-half of the amount estimated by Plaintiff's qualified contractor for the reconstruction of the Properties.

43. Homee's estimate materially understates the actual cost necessary to reconstruct the 18057 Property and fails to adequately account for substantial hillside structural and construction requirements, including reinforced footings, concrete piles, reinforced walls, shoring, excavation, waterproofing, foundation drainage, structural steel, framing, electrical service, plumbing, HVAC, exterior systems, and other work necessary to restore the Property to its pre-loss condition.

44. State Farm also materially undervalued the extensive smoke, ash, soot, and contamination damage to the 18055 Property. State Farm valued the covered damage to the 18055 Property at $737,036.94, an amount that substantially understates the scope and severity of the damage sustained by the Property.

45. State Farm knew or should have known that the effects of a catastrophic wildfire are not limited to visible soot or ash on readily accessible surfaces. Smoke, ash, and combustion byproducts can infiltrate and contaminate HVAC equipment, ductwork, electrical components, control systems, mechanical spaces, and other concealed or inaccessible building assemblies, requiring specialized investigation, remediation, cleaning, repair, and/or replacement.

46. Plaintiff's contractor, Rossmoyne, identified substantial work necessary to address the smoke and contamination damage to the 18055 Property, including replacement of multiple HVAC systems and associated ductwork based upon contamination and internal damage, as well as structural garage work and other necessary restoration.

47. Furthermore, the 18055 Property includes a funicular system serving the hillside condominium. The Fire caused substantial damage to the funicular and related components, requiring State Farm to conduct a full investigation into the nature and extent of the damage and

the reasonable cost to repair or replace the system.

48. Rather than obtaining a comprehensive evaluation of the funicular loss, State Farm obtained a preliminary and limited budgetary repair budget from Nouveau Elevator, based only on certain items identified in an engineering assessment. Nouveau expressly advised State Farm that its approximately $80,000 estimate was not an independent opinion regarding causation, claim valuation, or whether the funicular should be fully replaced.

49. Nouveau's limited estimate also excluded full funicular replacement and numerous associated costs, including structural work, building electrical work beyond the control system, hazardous-material abatement, code and compliance work, certification items, and additional damage that could be discovered only after repair, energization, and testing.

50. Despite knowing that Nouveau's estimate was merely a preliminary and limited repair allowance and did not constitute a complete valuation of the funicular loss, State Farm nevertheless relied upon that figure to value the funicular claim. State Farm's August 10, 2026 Summary of Loss revised the amount allocated to the 18055 funicular to $84,000 based upon Nouveau's limited proposal.

51. State Farm's reliance on a deliberately limited preliminary repair allowance as the measure of the entire funicular loss was unreasonable and failed to constitute a fair and thorough investigation of the claim. State Farm did not reasonably evaluate whether the funicular could be safely, reliably, and economically restored to its pre-loss condition, whether replacement was required, or the full scope and cost of the structural, electrical, engineering, permitting, code-compliance, certification, and other work necessary to restore the system to safe and operational condition.

52. The inadequacy of State Farm's $84,000 valuation is further demonstrated by independent replacement evidence. Hill Hiker's November 7, 2025 proposal estimated approximately $800,000 for replacement funicular equipment for the 18055 Property alone, before substantial additional costs for shipping, installation, lifting equipment, technician travel, soils work, surveying, permitting, engineering, site preparation, potential structural support, electrical updating, and landing work.

53. Thus, State Farm's $84,000 valuation was not the product of a reasonable evaluation of the full cost to restore the damaged funicular. Rather, State Farm relied upon a consultant's narrow assignment and preliminary repair allowance while disregarding evidence demonstrating that the cost of replacement equipment alone could approach ten times the amount State Farm ultimately allowed.

54. State Farm's handling of the funicular is emblematic of its broader failure to fairly investigate and adjust Plaintiff's loss. Rather than evaluating the full scope of damage and determining the reasonable cost necessary to restore the Properties to their pre-loss condition, State Farm repeatedly limited the scope of its consultants' assignments and then treated those limited evaluations as though they constituted complete valuations of Plaintiff's covered loss.

55. The substantial disparity between Plaintiff's detailed reconstruction estimates and State Farm's valuations, together with State Farm's failure to adequately account for the actual physical conditions of the Properties and the extensive work necessary to restore them, resulted in a material underpayment of the benefits owed to Plaintiff under the Policy.

**E. <u>State Farm Refused a Reasonable Request for a Local Licensed Contractor</u>**

56. The substantial disparity between Plaintiff's reconstruction estimate and State Farm's estimate required a genuine and independent evaluation of the actual cost to rebuild the Properties. In light of the complexity of the loss and the unique construction conditions in Malibu, Plaintiff's public adjuster requested that State Farm obtain an estimate from a local, licensed general contractor with knowledge and experience concerning the actual construction and rebuilding costs in the Malibu market.

57. On September 8, 2025, State Farm responded in writing and admitted that Plaintiff's request had been "discussed with management," but nevertheless stated that State Farm would "not be acceding to his demand." Rather than obtain an independent evaluation from a qualified local general contractor, State Farm elected to send Rossmoyne's reconstruction estimate back through Homee, the same contractor State Farm had previously retained to prepare its substantially lower reconstruction estimate.

58. State Farm's rejection of Plaintiff's request for an independent evaluation by a

local, licensed contractor, and its decision instead to have Plaintiff's detailed reconstruction estimate reviewed through the same estimating process that had already produced State Farm's disputed valuation, failed to provide the fair and impartial assessment warranted by the substantial disparity between the competing estimates. State Farm's decision further delayed the adjustment and resolution of Plaintiff's claim and contributed to its continued failure to pay the benefits owed under the Policy.

### F. <u>State Farm Employed in a Pattern of Unreasonable Tactics Designed to Delay and Avoid Full and Fair Payment of the Claim</u>

59. In an effort to avoid paying Plaintiff the reasonable costs necessary to repair and rebuild the Properties, State Farm employed a two-pronged approach: (1) it challenged and minimized the scope of reconstruction required to restore the Properties in compliance with applicable current building codes, ordinances, and other requirements, despite the substantial structural and hillside work necessary to rebuild the Properties; and (2) it relied on its own consultants and narrowly defined assignments to generate and maintain artificially low valuations rather than obtaining a fair and independent evaluation of Plaintiff's documented loss, including by routing Plaintiff's detailed reconstruction estimate back through Homee and relying on a limited and unreasonable preliminary repair allowance for the funicular as though it constituted a complete valuation of the loss.

60. State Farm's own claim history reveals a recurring pattern: Plaintiff challenged State Farm's valuation, identified omitted or undervalued damage, and State Farm subsequently increased its own valuation. For example, on February 6, 2026, State Farm increased its Coverage A replacement-cost valuation to $8,810,309.14 and issued an additional payment of $888,987.50. By August 10, 2026, State Farm had increased that valuation again, to $9,782,549.68.

61. Even after these repeated increases, State Farm's valuation remained millions of dollars below Plaintiff's detailed $17,024,768.88 reconstruction estimate prepared by Rossmoyne. State Farm's August 10, 2026 Summary of Loss reported a total payable amount of approximately $7,833,178.70, followed by an additional $84,000 payment for the funicular.

62. State Farm's repeated upward revisions demonstrate that its earlier scopes and

valuations were incomplete and failed to account for the full scope of Plaintiff's covered loss. Rather than conducting a comprehensive and independent reassessment in light of the substantial disparity between the competing estimates, State Farm continued to issue incremental supplements while maintaining an overall valuation materially below the documented cost to restore the Properties.

63. State Farm's conduct unnecessarily prolonged the adjustment and resolution of Plaintiff's claim and delayed Plaintiff's receipt of insurance benefits necessary to advance the reconstruction project and restore the Properties to their pre-loss condition. As a direct and proximate result of State Farm's unreasonable investigation, adjustment, and withholding of policy benefits, Plaintiff has suffered substantial damages, including delays and increased costs associated with the reconstruction and restoration of the Properties, in an amount to be proven at trial.

64. As a result of State Farm and its adjusting team's conduct documented above herein, Plaintiff has suffered delays and has been frustrated in the ability to advance the reconstruction project and return the Properties to their pre-loss condition. State Farm's adjusting team has engaged in knowing, willful, intentional conduct individually and collectively resulting in the improper withholding of rightful benefits under the Policy and further contributing to additional damages arising out of and related to the fire loss.

## <u>FIRST CAUSE OF ACTION</u>

## BREACH OF CONTRACT

## (Against State Farm and DOES 1-50)

65. Plaintiff re-alleges each and every allegation contained in the foregoing paragraphs and incorporates them as if fully set forth herein.

66. At all times herein mentioned, Defendant, State Farm, issued to Plaintiff an insurance policy bearing Policy Number 92-KA-J515-8 (the "Policy") in effect at all relevant times. A true and correct copy of the Policy, along with the Declarations page, is attached hereto as Exhibit A and incorporated by reference.

67. The Policy insured Plaintiff, *inter alia*, for the risks of direct physical loss except those risks in the Policy excluded at the real properties located at 18055 Coastline Drive (the

"18055 Property") and 18057 Coastline Drive ("18057 Property") (collectively, the "Properties") in Malibu, California.

68. Implied in the Policy was a covenant by Defendant, State Farm, that it would act in good faith and deal fairly with Plaintiff, as Insured, and would do nothing to interfere with the rights of Plaintiff, as Insured, to receive the benefits of the agreements contained in the subject Policy.

69. At all times relevant herein, Plaintiff duly performed all of their obligations under the Policy, including, but not limited to, the prompt payment of all applicable premiums and fees.

70. On or about January 7, 2025, and continuing for days thereafter, the deadly Palisades Fire began at approximately 10:30 a.m. southeast of Palisades Drive in Pacific Palisades, California (the "Fire"). Fueled by extreme winds and dry conditions, the Fire rapidly spread throughout the Los Angeles region, becoming one of the most destructive fires in the region's history and causing catastrophic destruction, including the total or substantial loss of the Properties.

71. Plaintiff then satisfied all conditions and obligations required under the Policy including prompt notification and presentation of a timely claim to State Farm.

72. Defendants undertook an investigation and adjustment of the loss that resulted from the January 7, 2025 Fire.

73. Plaintiff had purchased, and the Policy afforded coverage for, damage to the Properties as a result of fire.

74. The Policy was designed to provide comprehensive protection for Plaintiff's Properties and expressly affords multiple coverages applicable to the losses sustained in the Fire, including Coverage A—Buildings coverage, replacement-cost coverage, Extra Replacement Cost ("ERC") coverage, blanket coverage, Increased Cost of Construction ("ICC") coverage, debris-removal coverage, Business Personal Property coverage, Sign coverage, Outdoor Property coverage, and other applicable extensions and endorsements.

75. State Farm was obligated to fairly investigate and evaluate Plaintiff's loss under all applicable provisions of the Policy and to timely pay the benefits owed under each applicable

coverage.

76. Plaintiff has the right to obtain compensation for the damage to Properties pursuant to these specific terms of the Policy cited above. Plaintiff also has the right to have its claims adjusted reasonably and properly. Any exercise of State Farm's right to calculate and value the Insured's claim is specifically and directly conditioned upon the protection of these rights should Plaintiff so demand such protection. Every contract, including insurance contracts, includes an implied-by-law provision to do everything incumbent upon that party to accomplish the purposes of the contract and the duty to not do anything that interferes with the right of the other party to receive the fruits of the contract (California *Civil Code* §1656; *Corson v. Brown Motel Investments, Inc.* (1978) 87 Cal.App.3d 422, 427; *Wilson v. 21st Century Insurance Co.* (2007) 42 Cal.4th 713, 720). This implied-by-law provision is as much a part of the contract as that which is explicitly written in the contract (*Southern Pacific Milling Co. v. Billiwhack Stock Farm* (1942) 50 Cal.App.2d 79, 83).

77. State Farm owed duties and obligations to Plaintiff under the Policy, including the duty to fairly and in good faith perform its obligations under the Policy, give equal consideration to Plaintiff's interests, and refrain from conduct that would unnecessarily and unreasonably harm Plaintiff, its Properties, or its business operations. .

78. State Farm breached the terms and conditions of the Policy by:

a. Failing to timely, thoroughly, fairly, and objectively investigate Plaintiff's claim for benefits arising from the Fire;

b. Failing to properly and fully evaluate the scope and cost of repairing and reconstructing the Properties, including the substantial structural, hillside, engineering, code-compliance, debris-removal, smoke, ash, contamination, mechanical, electrical, and other damage caused by the Fire;

c. Failing to timely pay Plaintiff all benefits owed under the Policy, despite having sufficient information to determine that additional benefits were due and owing, including, but not limited to:

i. failing to pay the reasonable cost of covered repairs and failing to properly value the smoke and contamination loss to the 18055 Property;

ii. failing to pay the reasonable cost of covered repairs and failing to properly value the catastrophic fire damage and reconstruction costs associated with the 18057 Property;

iii. failing to properly apply the Policy's blanket coverage provisions to maximize the coverage available for the covered losses sustained at the Properties;

iv. failing to properly recognize and pay the Extra Replacement Cost benefits available under the Policy;

v. failing to fully investigate, recognize, and pay covered Increased Cost of Construction benefits, including the costs necessary to comply with applicable building codes, ordinances, and governmental requirements;

vi. failing to fully investigate and pay the reasonable and necessary costs of debris removal and disposal associated with the Fire;

vii. failing to properly investigate and value the loss and damage to the specialized funicular system serving the Properties, including by relying upon a limited and preliminary budgetary repair estimate that expressly did not constitute a full valuation of the funicular loss and excluded significant categories of work and costs necessary to determine the full scope of repair or replacement;

viii. failing to properly evaluate and pay the reasonable costs of restoring the Properties' structural, mechanical, electrical, plumbing, HVAC, fire protection, exterior, landscaping, and

other building systems damaged by the Fire;

ix. failing to account for the unique hillside location of the Properties and the substantial structural, engineering, shoring, foundation, waterproofing, drainage, and other construction requirements necessary to safely reconstruct the Properties; and

x. failing to timely pay all other benefits and amounts owed under the Policy for covered losses sustained by Plaintiff as a result of the Fire.

d. applying unduly restrictive and unreasonable interpretations of the Policy to limit Plaintiff's coverage and benefits, contrary to the Policy's express terms, conditions, coverages, and provisions;

e. materially undervaluing Plaintiff's covered losses and relying on estimates and evaluations that failed to account for the reasonable costs necessary to restore the Properties to their pre-loss condition and comply with applicable building codes, ordinances, and governmental requirements;

f. disregarding and failing to fairly consider the $17,024,768.88 reconstruction estimate prepared by Plaintiff's licensed California contractor, Rossmoyne, despite the detailed scope and supporting documentation provided to State Farm;

g. refusing Plaintiff's request for an independent evaluation by a local, licensed general contractor familiar with the Malibu construction market and, instead, directing Plaintiff's detailed reconstruction estimate back through Homee, the same estimating process that had previously produced State Farm's disputed valuation;

h. relying upon a limited and preliminary budgetary repair allowance concerning the Properties' funicular systems, despite the express

limitations of that allowance and without conducting a reasonable investigation into whether repair or replacement was necessary or economically and technically appropriate;

i. repeatedly delaying the adjustment and resolution of Plaintiff's claim, including by taking months to obtain and revise estimates and repeatedly requiring further inspections and consultant review despite the catastrophic nature of the loss;

j. repeatedly increasing its own valuation of Plaintiff's covered loss only after Plaintiff identified omitted, undervalued, or inadequately investigated items, demonstrating that State Farm's prior valuations and scopes were incomplete and inadequate;

k. failing to give equal consideration to Plaintiff's interests in the adjustment of the claim and instead placing its own financial interests ahead of Plaintiff's right to receive the benefits for which it paid premiums;

l. failing to promptly and fairly adjust Plaintiff's claim and effectuate a prompt, fair, and equitable settlement of the amounts owed under the Policy; and

m. engaging in the foregoing conduct for the purpose, in whole or in part, of minimizing and withholding benefits owed to Plaintiff under the Policy, thereby depriving Plaintiff of the timely insurance benefits necessary to repair and reconstruct the Properties.

79. The foregoing acts and omissions constitute unreasonable breaches of State Farm's contractual obligations to Plaintiff, as the policyholder.

80. As a direct and proximate result of State Farm's breach, Plaintiff has suffered damages according to proof, including unpaid Policy benefits, prejudgment interest, consequential damages recoverable in contract, and other relief permitted by law.

///

**SECOND CAUSE OF ACTION**

**BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING - INSURANCE BAD FAITH**

**(Against State Farm and DOES 1-50)**

81. Plaintiff re-alleges each and every allegation contained in the foregoing paragraphs and incorporates them as if fully set forth herein.

82. Defendants, STATE FARM and all DOES, and each of them, owed Plaintiff a duty of good faith and fair dealing with respect to all transactions and relationships arising under the above-described policy of insurance.

83. Every contract, including insurance contracts, includes an implied-by-law provision to do everything incumbent upon that party to accomplish the purposes of the contract and the duty to not do anything that interferes with the right of the other party to receive the fruits of the contract (California *Civil Code* §1656; *Corson v. Brown Motel Investments, Inc.* (1978) 87 Cal.App.3d 422, 427; *Wilson v. 21st Century Insurance Co.* (2007) 42 Cal.4th 713, 720). This implied-by-law provision is as much a part of the contract as that which is explicitly written in the contract (*Southern Pacific Milling Co. v. Billiwhack Stock Farm* (1942) 50 Cal.App.2d 79, 83).

84. Not only did the conduct described in the foregoing paragraphs breach the express contracts reached between State Farm and Plaintiff as set forth in the preceding paragraphs, but State Farm breached the implied-by-law provision to do everything incumbent upon that party to accomplish the purposes of the contract and the duty to not do anything that interferes with the right of the other party to receive the fruits of the contract.

85. This conduct of Defendants, and each of them, directly interfered with the right of Plaintiff to receive the fruits of the contract, specifically the Plaintiff's interest, explicitly and directly recognized and set forth in the provisions and coverages afforded by the Policy. This conduct of Defendants further breached the implied-by-law provision to do everything incumbent upon that party to accomplish the purposes of the contract.

86. In the handling and adjustment of the subject claim, as described above and as will be proven at the time of trial, said Defendants elevated their financial and other interests above

those of the Plaintiff and subordinated Plaintiff's interests to those of said Defendants, engaging in unprofessional, wrongful and tortious conduct, all to the great financial, physical and emotional detriment, and harm of Plaintiff as specified herein and as will be proven at trial.

87. State Farm's refusal and failure to pay Plaintiff the full amount of benefits owed under the Policy was unreasonable and unsupported by the facts known or reasonably available to State Farm. Among other things, State Farm:

a. failed to timely, thoroughly, fairly, and objectively investigate Plaintiff's claim and the full scope of damage sustained by the Properties;

b. applied unduly restrictive and unreasonable interpretations of the Policy to limit Plaintiff's coverage and benefits, contrary to the Policy's express terms, conditions, coverages, and provisions;

c. failed to timely pay supplemental benefits despite having information demonstrating that additional benefits were owed, including substantial amounts necessary to repair and reconstruct the Properties;

d. failed to fairly and adequately evaluate the reasonable cost of restoring the 18055 Property, including the smoke, ash, and contamination damage sustained throughout the Property;

e. failed to fairly and adequately evaluate the catastrophic fire damage to the 18057 Property and the reasonable costs necessary to reconstruct the Property;

f. disregarded, minimized, and/or failed to adequately consider Plaintiff's detailed $17,024,768.88 reconstruction estimate prepared by its licensed California contractor, Rossmoyne, despite the estimate identifying the scope and costs necessary to restore the Properties;

g. failed to properly apply the Policy's blanket coverage provisions and failed to fairly account for the coverage available to Plaintiff for the covered losses sustained at either Property;

h. failed to properly recognize, investigate, and pay the Extra Replacement

Cost benefits available under the Policy;

i. failed to fully investigate, recognize, and pay covered Increased Cost of Construction benefits, including costs necessary to comply with applicable building codes, ordinances, and governmental requirements;

j. failed to fully investigate and pay the reasonable and necessary costs of debris removal associated with the Fire;

k. failed to properly investigate and value the loss and damage to the specialized funicular system serving the Properties, and instead relied upon a limited and preliminary budgetary repair allowance that expressly excluded significant categories of work and did not constitute a full valuation of the funicular loss;

l. failed to fairly account for the unique hillside location of the Properties and the substantial structural, engineering, shoring, foundation, waterproofing, drainage, and other construction requirements necessary to safely restore and reconstruct the Properties;

m. disregarded valid, pertinent, and objective documentation supporting Plaintiff's claim, including the detailed reconstruction estimate and other information provided by Plaintiff and its representatives, while continuing to rely upon incomplete and disputed valuations;

n. refused Plaintiff's request for an independent evaluation by a local, licensed general contractor familiar with the Malibu construction market and instead directed Plaintiff's reconstruction estimate back through Homee, the same estimating process that had already produced State Farm's disputed valuation;

o. rather than undertake a fair and independent reassessment of Plaintiff's loss after being presented with substantial evidence that its valuation was inadequate, continued to rely upon its existing estimating process and incrementally revised its valuation only after Plaintiff identified additional

damage and costs that had been omitted or undervalued;

p. repeatedly delayed the investigation, adjustment, and resolution of Plaintiff's claim, including by taking months to obtain and revise estimates, conduct inspections, and complete consultant reviews despite the catastrophic nature of the Fire and the substantial damage to the Properties;

q. placed its own financial interests ahead of Plaintiff's interests by seeking to minimize the amount of benefits payable under the Policy rather than fairly evaluating the full amount necessary to restore the Properties;

r. failed to give equal consideration to Plaintiff's interests in evaluating and adjusting the claim and failed to treat Plaintiff fairly and in good faith;

s. failed to attempt in good faith to effectuate a prompt, fair, and equitable settlement of Plaintiff's claim when liability for substantial covered losses was reasonably clear;

t. failed to consider the actual evidence of the damage to the Properties, and instead relied on a biased and unqualified construction consultant to downplay the nature and extent of the fire damage sustained by Plaintiff; and

u. employed unreasonable investigatory tactics to avoid payment of the fire damage loss, actions which ultimately compelled Plaintiff to institute litigation to recover amounts due under the Policy.

88. By obtaining the Policy, Plaintiff sought to protect itself from future, possible losses, specifically, cost for the damage to the Properties. Because of the representations made by State Farm in undertaking to protect the interests of Plaintiff, and because of the special relationship between Plaintiff and State Farm created by the Policy and State Farm's duty of good faith and fair dealing arising thereunder, State Farm knew or should have known that Plaintiff would suffer additional damages as a likely result of any hostile or unreasonable conduct by State Farm against Plaintiff, any unreasonable failure of State Farm to thoroughly review and investigate any claim made by Plaintiff, any failure of State Farm to properly ascertain the terms and conditions and extent of the insurance coverage provided to Plaintiff, and any unreasonable failure

to promptly and fully pay Plaintiff's claims, or other oppressive conduct in breach of State Farm's duties to Plaintiff.

89. Under California law, to establish a "bad faith" claim in first party cases, it must be shown that the insurer's delay or withholding benefits was unreasonable (*i.e.*, without any reasonable basis for the insurer's position) or without proper cause (*Jordan v. Allstate Ins. Co.* (2007) 148 CA4th 1062, 1072-1073; *Major v. Western Home Ins. Co.* (2009) 169 CA4th 1197, 1210). "(D)elayed payment based on inadequate or tardy investigations, oppressive conduct by claims adjusters seeking to reduce the amounts legitimately payable and numerous other tactics may breach the implied covenant because they frustrate the Insureds' right to receive the benefits of the contract in prompt compensation for losses" (*Waller v. Truck Ins. Exch., Inc.* (1995) 11 C4th 1, 36, (internal quotes omitted)).

90. As a direct, foreseeable, and proximate result of State Farm's actions as herein alleged, Plaintiff has suffered damage to its financial status, reputation, and general damage, including extra expense, all according to proof at trial, but in an amount in excess of the minimum jurisdiction of this Court.

91. The acts of Defendants State Farm and DOES 1-50 were intentional, willful, and oppressive in that the acts were intended, designed, and performed with an ulterior objective of compelling Plaintiff to forego meritorious claims, rather than endure State Farm's hostility and force Plaintiff to bear personal responsibility for the loss. The aforementioned conduct was the corporate practice and procedure of State Farm, as perpetuated and directed by its management. State Farm's deceptive and fraudulent conduct in investigating and evaluating Plaintiff's claim and its intentional, willful, and oppressive delay in making any payment on the claim constitute despicable, oppressive, and fraudulent conduct within the meaning of *Civil Code* §3294, for which Plaintiff claims damages, according to proof at trial.

92. The conduct of State Farm as alleged herein was unreasonable and in bad faith, for which Plaintiff is entitled to an award of attorneys' fees and costs incurred in the prosecution of its action to recover the benefits owed to it under the Policy, pursuant to *Brandt vs. Superior Court* (1985) 37 Cal.App.3d 813, according to proof at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. For all contractual damages as provided under the Policy of insurance;
2. For general damages according to proof;
3. For special damages according to proof;
4. For general and compensatory damages according to proof and the consequences thereof;
5. For punitive and exemplary damages against State Farm pursuant to *Civil Code* section 3294 in an amount sufficient to punish and deter;
6. For attorneys' fees pursuant to *Brandt v. Superior Court*;
7. For prejudgment interest at the legal rate;
8. For costs of suit incurred herein; and
9. For such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all causes of action.

Dated: October 8, 2026

ENGSTROM, LIPSCOMB & LACK

By: [signature]

WALTER J. LACK, ESQ.
ANDREW M. JACOBSON, ESQ.
DAVID A. CARNIE, ESQ.
SYDNEY M. DESMAN, ESQ.
VAIBHAV KAUSHIK, ESQ.
Attorneys for Plaintiff, MALIBU COASTLINE CONDOMINIUM ASSOCIATES

# EXHIBIT 1

STATE FARM GENERAL INSURANCE COMPANY
*A STOCK COMPANY WITH HOME OFFICES IN BLOOMINGTON, ILLINOIS*

*Po Box 2915*
*Bloomington IL 61702-2915*

## RENEWAL DECLARATIONS

| Policy Number | 92-KA-J515-8 | |
|---|---|---|
| **Policy Period** 12 Months | **Effective Date** JUN 20 2024 | **Expiration Date** JUN 20 2025 |
| The policy period begins and ends at 12:01 am standard time at the premises location. | | |

**Named Insured**

AT2
006143 3125 M-23-39C7-FB17 F V

MALIBU COASTLINE CONDO
ASSOCIATION
PO BOX 6299
BEVERLY HILLS CA 90212-1299

**Agent and Mailing Address**
FISCUS INSURANCE AGENCY INC
65 W EASY ST STE 201
SIMI VALLEY CA 93065-6201

PHONE: (805) 520-2300
(888) 805-5533

0107-ST-1-1001

## Residential Community Association Policy

**Automatic Renewal** - If the **policy period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

Entity: ASSOCIATION/COOPERATIVE

NOTICE: Information concerning changes in your policy language is included. Please call your agent if you have any questions.

POLICY PREMIUM $ 14,936.00

Discounts Applied:
Claim Record

Prepared
APR 08 2024
CMP-4000

042709 294 I
E 1Y,L7

© Copyright State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Reverse Side of Page

M 42709

RENEWAL DECLARATIONS (CONTINUED)

**Residential Community Association Policy for MALIBU COASTLINE CONDO**
**Policy Number 92-KA-J515-8**

**SECTION I - PROPERTY BLANKET**

| | Limit of Insurance* |
|---|---|
| **Coverage A - Buildings** | **$ 10,292,000** |
| **Coverage B - Business Personal Property** | **$ 18,600** |

| Location Number | Location of Described Premises |
|---|---|
| 001 | 18055 COASTLINE DR<br>MALIBU CA 90265-5711 |
| 002 | 18057 COASTLINE DR<br>MALIBU CA 90265-5713 |

* As of the effective date of this policy, the Limit of Insurance as shown includes any increase in the limit due to Inflation Coverage.

APR 08 2024

**SECTION I - INFLATION COVERAGE INDEX(ES)**

Inflation Coverage Index: 276.0

**SECTION I - DEDUCTIBLES**

**Basic Deductible** $10,000

**Special Deductibles:**

| | | | |
|---|---|---|---|
| Money and Securities | $250 | Employee Dishonesty | $250 |

Prepared
APR 08 2024
CMP-4000
042709

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Next Page

M 42709

**RENEWAL DECLARATIONS (CONTINUED)**

**Residential Community Association Policy for MALIBU COASTLINE CONDO**
**Policy Number 92-KA-J515-8**

Equipment Breakdown $2,500

Other deductibles may apply - refer to policy.

0207-ST-1-1001

**SECTION I - EXTENSIONS OF COVERAGE - LIMIT OF INSURANCE - EACH DESCRIBED PREMISES**

**The coverages and corresponding limits shown below apply separately to each described premises shown in these Declarations, unless indicated by "See Schedule." If a coverage does not have a corresponding limit shown below, but has "Included" indicated, please refer to that policy provision for an explanation of that coverage.**

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Collapse | Included |
| Damage To Non-Owned Buildings From Theft, Burglary Or Robbery | Coverage B Limit |
| Debris Removal | 25% of covered loss |
| Equipment Breakdown | Included |
| Fire Department Service Charge | $5,000 |
| Fire Extinguisher Systems Recharge Expense | $5,000 |
| Glass Expenses | Included |
| Increased Cost Of Construction And Demolition Costs (applies only when buildings are insured on a replacement cost basis) | 10% |
| Newly Acquired Business Personal Property (applies only if this policy provides Coverage B - Business Personal Property) | $100,000 |
| Newly Acquired Or Constructed Buildings (applies only if this policy provides Coverage A - Buildings) | $250,000 |
| Ordinance Or Law - Equipment Coverage | Included |
| Preservation Of Property | 30 Days |

Prepared
APR 08 2024
CMP-4000

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

042710 294
E

Continued on Reverse Side of Page

M 42709

**RENEWAL DECLARATIONS (CONTINUED)**

**Residential Community Association Policy for MALIBU COASTLINE CONDO**
**Policy Number 92-KA-J515-8**

**SECTION I - EXTENSIONS OF COVERAGE - LIMIT OF INSURANCE - EACH COMPLEX**

**The coverages and corresponding limits shown below apply separately to each complex as described in the policy.**

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Accounts Receivable | |
| On Premises | $50,000 |
| Off Premises | $15,000 |
| Arson Reward | $5,000 |
| Forgery Or Alteration | $10,000 |
| Money And Securities (Off Premises) | $5,000 |
| Money And Securities (On Premises) | $10,000 |
| Money Orders And Counterfeit Money | $1,000 |
| Outdoor Property | $5,000 |
| Personal Effects (applies only to those premises provided Coverage B - Business Personal Property) | $2,500 |
| Personal Property Off Premises | $15,000 |
| Pollutant Clean Up And Removal | $10,000 |
| Property Of Others (applies only to those premises provided Coverage B - Business Personal Property) | $2,500 |
| Signs | $2,500 |
| Valuable Papers And Records | |
| On Premises | $10,000 |
| Off Premises | $5,000 |

APR 08 2024

Prepared
APR 08 2024
CMP-4000
042710

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Next Page

M 42709

## RENEWAL DECLARATIONS (CONTINUED)

**Residential Community Association Policy for MALIBU COASTLINE CONDO**
**Policy Number 92-KA-J515-8**

0307-ST-1-1001

### SECTION I - EXTENSIONS OF COVERAGE - LIMIT OF INSURANCE - PER POLICY

**The coverages and corresponding limits shown below are the most we will pay regardless of the number of described premises shown in these Declarations.**

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Back-Up of Sewer or Drain | Included |
| Employee Dishonesty | $50,000 |
| Loss Of Income And Extra Expense | Actual Loss Sustained - 12 Months |

### SECTION II - LIABILITY

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Coverage L - Business Liability | $2,000,000 |
| Coverage M - Medical Expenses (Any One Person) | $5,000 |
| Damage To Premises Rented To You | $300,000 |
| Directors And Officers Liability | $2,000,000 |

| AGGREGATE LIMITS | LIMIT OF INSURANCE |
|---|---|
| Products/Completed Operations Aggregate | $4,000,000 |
| General Aggregate | $4,000,000 |
| Directors and Officers Aggregate | $2,000,000 |

Each paid claim for Liability Coverage reduces the amount of insurance we provide during the applicable annual period. Please refer to Section II - Liability in the Coverage Form and any attached endorsements.

Prepared
APR 08 2024
CMP-4000

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

042711 294
E

Continued on Reverse Side of Page

M 42709

**RENEWAL DECLARATIONS (CONTINUED)**

**Residential Community Association Policy for MALIBU COASTLINE CONDO**
**Policy Number 92-KA-J515-8**

Your policy consists of these Declarations, the BUSINESSOWNERS COVERAGE FORM shown below, and any other forms and endorsements that apply, including those shown below as well as those issued subsequent to the issuance of this policy.

**FORMS AND ENDORSEMENTS**

| | |
|---|---|
| CMP-4101 | Businessowners Coverage Form |
| FE-6999.3 | *Terrorism Insurance Cov Notice |
| CMP-4696 | Residential Community Assoc |
| CMP-4746.1 | Hired Auto Liability |
| CMP-4260.1 | Amendatory Endorsement-CA |
| CMP-4261 | Amendatory Endorsement |
| CMP-4705.2 | Loss of Income & Extra Expense |
| CMP-4508 | Money and Securities |
| CMP-4814 | Directors & Officers Liability |
| CMP-4710 | Employee Dishonesty |
| CMP-4828 | Extra Replacement Cost |
| FD-6007 | Inland Marine Attach Dec |
| | * New Form Attached |

APR 08 2024

This policy is issued by the State Farm General Insurance Company.

Participating Policy

You are entitled to participate in a distribution of the earnings of the company as determined by our Board of Directors in accordance with the Company's Articles of Incorporation, as amended.

In Witness Whereof, the State Farm General Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

Lynne M. Yowell
Secretary

Thomas Conley
President

Prepared
APR 08 2024
CMP-4000
042711

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Next Page

M 42709

## RENEWAL DECLARATIONS (CONTINUED)

**Residential Community Association Policy for MALIBU COASTLINE CONDO**
**Policy Number 92-KA-J515-8**

0407-ST-1-1001

**IMPORTANT NOTICE:**

California law requires us to provide you with information for filing complaints with the State Insurance Department regarding the coverage and service provided under this policy.

Your agent's name and contact information are provided on the front of this document. Another option is to reach out by mail or phone directly to:

State Farm® Executive Customer Service
PO Box 2320
Bloomington IL 61702
Phone # 1-800-STATEFARM (1-800-782-8332)

Department of Insurance complaints should be filed only after you and State Farm or your agent or other company representative have failed to reach a satisfactory agreement on a problem.

California Department of Insurance
Consumer Services Division
300 South Spring Street
Los Angeles, CA 90013
Phone # 1-800-927-HELP (4357) or visit www.insurance.ca.gov/01-consumers

---

**NOTICE TO POLICYHOLDER:**
For a comprehensive description of coverages and forms, please refer to your policy.
Policy changes requested before the "Date Prepared", which appear on this notice, are effective on the Renewal Date of this policy unless otherwise indicated by a separate endorsement, binder, or amended declarations. Any coverage forms attached to this notice are also effective on the Renewal Date of this policy.
Policy changes requested after the "Date Prepared" will be sent to you as an amended declarations or as an endorsement to your policy. Billing for any additional premium for such changes will be mailed at a later date.
If, during the past year, you've acquired any valuable property items, made any improvements to insured property, or have any questions about your insurance coverage, contact your State Farm agent.
Please keep this with your policy.

Prepared
APR 08 2024
CMP-4000

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

042712 294
E

Continued on Reverse Side of Page

M 42709

RENEWAL DECLARATIONS (CONTINUED)

**Residential Community Association Policy for MALIBU COASTLINE CONDO**
**Policy Number 92-KA-J515-8**

## Your coverage amount....

It is up to you to choose the coverage and limits that meet your needs. We recommend that you purchase a coverage limit equal to the estimated replacement cost of your structure. Replacement cost estimates are available from building contractors and replacement cost appraisers, or, your agent can provide an estimate from Xactware, Inc.® using information you provide about your structure. We can accept the type of estimate you choose as long as it provides a reasonable level of detail about your structure. State Farm® does not guarantee that any estimate will be the actual future cost to rebuild your structure. Higher limits are available at higher premiums. Lower limits are also available, as long as the amount of coverage meets our underwriting requirements. We encourage you to periodically review your coverages and limits with your agent and to notify us of any changes or additions to your structure.

APR 08 2024



© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

STATE FARM GENERAL INSURANCE COMPANY
*A STOCK COMPANY WITH HOME OFFICES IN BLOOMINGTON, ILLINOIS*

*Po Box 2915*
*Bloomington IL 61702-2915*

**INLAND MARINE ATTACHING DECLARATIONS**

**Named Insured**

M-23-39C7-FB17 F V

MALIBU COASTLINE CONDO
ASSOCIATION
PO BOX 6299
BEVERLY HILLS CA 90212-1299

0507-ST-1-1001

| **Policy Number** | 92-KA-J515-8 | |
|---|---|---|
| **Policy Period** 12 Months | **Effective Date** JUN 20 2024 | **Expiration Date** JUN 20 2025 |

The policy period begins and ends at 12:01 am standard time at the premises location.

## ATTACHING INLAND MARINE

**Automatic Renewal** - If the **policy period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

**Annual Policy Premium** Included

The above Premium Amount is included in the Policy Premium shown on the Declarations.

Your policy consists of these Declarations, the INLAND MARINE CONDITIONS shown below, and any other forms and endorsements that apply, including those shown below as well as those issued subsequent to the issuance of this policy.

**Forms, Options, and Endorsements**

| | |
|---|---|
| FE-8739 | Inland Marine Conditions |
| FE-6271 | Amendatory Endorsement |
| FE-8745 | Inland Marine Computer Prop |

See Reverse for Schedule Page with Limits

Prepared
APR 08 2024
FD-6007

042713

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

92-KA-J515-8

M 42709

# ATTACHING INLAND MARINE SCHEDULE PAGE

## ATTACHING INLAND MARINE

| ENDORSEMENT NUMBER | COVERAGE | LIMIT OF INSURANCE | DEDUCTIBLE AMOUNT | ANNUAL PREMIUM |
|---|---|---|---|---|
| FE-8745 | Inland Marine Computer Prop | $ 10,000 | $ 500 | Included |
| | Loss of Income and Extra Expense | $ 10,000 | | Included |

APR 08 2024

OTHER LIMITS AND EXCLUSIONS MAY APPLY - REFER TO YOUR POLICY

Prepared
APR 08 2024
FD-6007

042713

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

92-KA-J515-8 042714

FE-6999.3
Page 1 of 1

0607-ST-1-1001

In accordance with the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2019, this disclosure is part of your policy.

## POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE

Coverage for acts of terrorism is not excluded from your policy. However your policy does contain other exclusions which may be applicable, such as an exclusion for nuclear hazard. You are hereby notified that the Terrorism Risk Insurance Act, as amended in 2019, defines an act of terrorism in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under this policy, any covered losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. Under the formula, the United States Government generally reimburses 80% beginning on January 1, 2020 of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

There is no separate premium charged to cover insured losses caused by terrorism. Your insurance policy establishes the coverage that exists for insured losses. This notice does not expand coverage beyond that described in your policy.

THIS IS YOUR NOTIFICATION THAT UNDER THE TERRORISM RISK INSURANCE ACT, AS AMENDED, ANY LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM UNDER YOUR POLICY MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT AND MAY BE SUBJECT TO A $100 BILLION CAP THAT MAY REDUCE YOUR COVERAGE.

FE-6999.3

©, Copyright, State Farm Mutual Automobile Insurance Company, 2020

92-KA-J515-8 042715

0707-ST-1-1001

553-4442

# One login, access to all your accounts

## Follow these easy steps:

- Log in to statefarm.com/onelogin using your personal ID and password
- To find your business or organizational account, select "Switch account" under your name

*Don't see "Switch account"? Contact your agent.*

## Take care of business

- Pay a bill
- Access accounts through the State Farm® mobile app
- Get policy documents or a Certificate of Insurance (COI)
- Contact your agent

## Need help?

Use your smartphone to scan this QR code for detailed instructions.

State Farm®

553-4442

553-4370 CA

## IMPORTANT NOTICE
## Anti-Fraud Disclosure

For your protection California law requires notification of the following disclosure:

Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

553-4370 CA

StateFarm®

# State Farm®
# Businessowners Coverage Form

CMP-4101

# BUSINESSOWNERS COVERAGE FORM
## TABLE OF CONTENTS


| | Page |
|---|---|
| AGREEMENT | 3 |
| **SECTION I — PROPERTY** | 3 |
| **Coverage A – Buildings** | 3 |
| **Coverage B – Business Personal Property** | 3 |
| **Property Not Covered** | 3 |
| **Property Subject To Limitations** | 4 |
| **SECTION I — COVERED CAUSES OF LOSS** | 5 |
| **SECTION I — EXCLUSIONS** | 5 |
| Earthquake | 5 |
| Nuclear Hazard | 5 |
| Electrical Apparatus | 5 |
| Earth Movement | 5 |
| Volcanic Eruption | 5 |
| Steam Apparatus | 5 |
| Power Failure | 5 |
| Dishonesty | 5 |
| Water | 6 |
| Certain Computer-Related Losses | 6 |
| Fungi, Virus Or Bacteria | 6 |
| Ordinance Or Law | 7 |
| Consequential Losses | 7 |
| Other Types Of Loss | 7 |
| Governmental Action | 7 |
| Frozen Plumbing | 7 |
| War And Military Action | 7 |
| False Pretense | 7 |
| Exposed Property | 7 |
| Collapse | 7 |
| Pollution | 7 |
| Neglect | 7 |
| Smoke, Vapor, Gas | 7 |
| Errors Or Omissions | 8 |
| Installation, Testing, Repair | 8 |
| Electrical Disturbance | 8 |
| Continuous Or Repeated Seepage, Discharge Or Leakage Of Water | 8 |
| Weather Conditions | 8 |
| Acts Or Decisions | 8 |
| Work | 8 |
| Loss To Products | 8 |
| **SECTION I — EXTENSIONS OF COVERAGE** | 8 |
| Debris Removal | 8 |
| Preservation Of Property | 9 |
| Fire Department Service Charge | 9 |
| Collapse | 9 |
| Business Personal Property In Portable Storage Units | 10 |
| Pollutant Clean Up And Removal | 10 |
| Money Orders And Counterfeit Money | 10 |
| Forgery Or Alteration | 10 |
| Increased Cost Of Construction And Demolition Cost | 11 |
| Glass Expenses | 12 |
| Fire Extinguisher Systems Recharge Expense | 12 |
| Newly Acquired Or Constructed Property | 12 |
| Personal Property Off Premises | 12 |
| Outdoor Property | 13 |
| Personal Effects | 13 |
| Valuable Papers And Records | 13 |
| Accounts Receivable | 13 |
| Signs | 14 |
| Arson Reward | 14 |
| Damage To Non-Owned Buildings From Theft, Burglary Or Robbery | 14 |
| Property Of Others | 14 |
| Equipment Breakdown | 14 |
| Ordinance Or Law – Equipment Coverage | 16 |
| Fungi, Wet Or Dry Rot And Bacteria | 17 |
| **SECTION I — LIMITS OF INSURANCE** | 18 |
| **SECTION I — DEDUCTIBLES** | 18 |
| **SECTION I — CONDITIONS** | 18 |
| Abandonment | 18 |
| Appraisal | 18 |
| Duties In The Event Of Loss | 19 |
| Legal Action Against Us | 19 |
| Loss Payment | 19 |




©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

| | Page |
|---|---|
| Recovered Property | 21 |
| Vacancy | 21 |
| Control Of Property | 22 |
| Mortgageholders | 22 |
| No Benefit To Bailee | 22 |
| Policy Period, Coverage Territory | 22 |
| **SECTION I — DEFINITIONS** | 22 |
| **SECTION II — LIABILITY** | 24 |
| **Coverage L – Business Liability** | 24 |
| **Section II – Supplementary Payments** | 25 |
| **Section II – Exclusions** | 26 |
| Expected Or Intended Injury | 26 |
| Contractual Liability | 26 |
| Liquor Liability | 26 |
| Workers' Compensation And Similar Laws | 26 |
| Employer's Liability | 26 |
| Employment-Related Practices | 27 |
| Pollution | 27 |
| Aircraft, Auto Or Watercraft | 28 |
| Mobile Equipment | 28 |
| War | 28 |
| Professional Services Or Treatment | 29 |
| Damage To Property | 29 |
| Damage To Your Product | 29 |
| Damage To Your Work | 29 |
| Damage To Impaired Property Or Property Not Physically Injured | 29 |
| Recall Of Products, Work Or Impaired Property | 29 |
| Personal And Advertising Injury | 30 |
| Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability | 30 |
| Recording And Distribution Of Material | 31 |
| Fungi | 31 |

| | Page |
|---|---|
| **SECTION II — DAMAGE TO PREMISES RENTED TO YOU** | 31 |
| **SECTION II — MEDICAL EXPENSES** | 31 |
| **Coverage M – Medical Expenses** | 31 |
| **Coverage M – Medical Expenses Exclusion** | 32 |
| **SECTION II — NUCLEAR ENERGY LIABILITY EXCLUSION** | 32 |
| **SECTION II — WHO IS AN INSURED** | 33 |
| **SECTION II — LIMITS OF INSURANCE** | 34 |
| **SECTION II — DEDUCTIBLES** | 35 |
| **SECTION II — GENERAL CONDITIONS** | 35 |
| Bankruptcy | 35 |
| Financial Responsibility Laws | 35 |
| Duties In The Event Of Occurrence, Offense, Claim Or Suit | 35 |
| Legal Action Against Us | 35 |
| Separation Of Insureds | 36 |
| **SECTION II — DEFINITIONS** | 36 |
| **SECTION I AND SECTION II — COMMON POLICY CONDITIONS** | 39 |
| Cancellation | 39 |
| Changes | 40 |
| Concealment, Misrepresentation Or Fraud | 40 |
| Examination Of Your Books And Records | 41 |
| Inspections And Surveys | 41 |
| Insurance Under Two Or More Coverages | 41 |
| Other Insurance | 41 |
| Liberalization | 42 |
| Premiums | 42 |
| Transfer Of Rights Of Recovery Against Others To Us | 42 |
| Premium Audit | 43 |
| Transfer Of Your Rights And Duties Under This Policy | 43 |
| When We Do Not Renew | 43 |
| Conformity To State Law | 44 |
| Severability | 44 |




©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

AGREEMENT: We agree to provide the insurance described in this policy. You agree to pay premiums when due and comply with the provisions of this policy.

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance, as shown in the Declarations. Declarations include the policy Declarations or Renewal Declarations and any amendments thereto.

In **SECTION II — LIABILITY**, the word "insured" means any person or organization qualifying as such under **SECTION II — WHO IS AN INSURED.**

Other words and phrases that appear in quotation marks have special meaning. Refer to **SECTION I — DEFINITIONS** and **SECTION II — DEFINITIONS.** Definitions apply to the singular, plural, and possessive forms of these words and phrases.

## SECTION I — PROPERTY

When a Limit Of Insurance is shown in the Declarations for that type of property as described under **Coverage A – Buildings**, **Coverage B – Business Personal Property**, or both, we will pay for accidental direct physical loss to that Covered Property at the premises described in the Declarations caused by any loss as described under **SECTION I — COVERED CAUSES OF LOSS.**

Covered Property includes property as described under **Coverage A – Buildings**, property as described under **Coverage B – Business Personal Property**, or both.

Regardless of whether coverage is shown in the Declarations for **Coverage A – Buildings**, **Coverage B – Business Personal Property**, or both, there is no coverage for property described under **Property Not Covered.**

### Coverage A – Buildings

Buildings, meaning the buildings and structures at the described premises, including:

1. Completed additions;
2. Fixtures, including outdoor fixtures;
3. Permanently installed:
   a. Machinery; and
   b. Equipment;
4. Your personal property in apartments, rooms or common areas furnished by you as landlord;
5. Personal property owned by you that is used to maintain or service the buildings or structures or the described premises, including:
   a. Fire extinguishing equipment;
   b. Outdoor furniture;
   c. Floor coverings; and
   d. Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering; and
6. If not covered by other insurance:
   a. Additions under construction, alterations and repairs to the buildings or structures; and
   b. Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

### Coverage B – Business Personal Property

Business Personal Property located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:

1. Property, used in your business, that you own, lease from others or rent from others, or that is loaned to you;
2. Property of others that is in your care, custody or control, unless provided for in item **1.** immediately above;
3. Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:
   a. Made a part of the building or structure you occupy but do not own; and
   b. You acquired or made at your expense but cannot legally remove;
4. Building glass, if you are a tenant and no Limit Of Insurance is shown in the Declarations for **Coverage A – Buildings**. The glass must be owned by you or in your care, custody or control; and
5. Property as described in **Coverage A – Buildings**, if you are a tenant and no Limit Of Insurance is shown in the Declarations for **Coverage A – Buildings.** The property must:
   a. Pertain to the described premises occupied but not owned by you; and
   b. Be your insurance responsibility according to the terms of your lease or rental agreement.

### Property Not Covered

Covered Property does not include:

1. Aircraft, automobiles, motor trucks or other vehicles subject to motor vehicle registration;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2. "Money" or "securities";
3. Contraband or property in the course of illegal transportation, commerce or trade;
4. Land (including land necessary to support any covered building or structure).

   With respect to land the following are also not covered:

   a. Any cost required to replace, rebuild, excavate, grade, backfill, fill, stabilize or otherwise restore the land; or
   b. The cost of repair techniques designed to compensate for or prevent land instability to any building or structure;
5. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, outdoor signs (whether or not attached to buildings), and outdoor trees, shrubs, plants or lawns (other than trees, shrubs, plants or lawns while held as "stock"), all except as provided in the:
   a. Outdoor Property Extensions Of Coverage; or
   b. Signs Extensions Of Coverage;
6. Watercraft (including motors, equipment and accessories) while afloat;
7. Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this coverage form;
8. "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, automobile, watercraft, motor truck or other vehicle subject to motor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock";
9. "Electronic Data". This paragraph does not apply to your "stock" of prepackaged software; or
10. Natural water or growing crops.

**Property Subject To Limitations**

1. We will not pay for loss to:
   a. Steam boilers, steam pipes, steam engines or steam turbines caused by any condition or event inside such equipment. But we will pay for loss to such equipment caused by an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.
   b. Hot water boilers or other water heating equipment, air conditioning units or refrigerating units caused by any condition or event inside such boilers or equipment, other than an explosion.
   c. Property that is missing, where the only evidence of the loss is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.
   d. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.
   e. The interior of any building or structure, or the property inside any building or structure, caused by rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:
      (1) The building or structure first sustains damage by a Covered Cause Of Loss to its roof, outside walls, or outside building glass through which the rain, snow, sleet, ice, sand or dust enters; or
      (2) The loss is caused by thawing of snow, sleet or ice on the building or structure.
   f. Bridges, roadways, driveways, walks, patios or other paved surfaces, outdoor swimming pools and related equipment, retaining walls, bulkheads, pilings, piers, wharves, docks and underground pipes, flues or drains caused by:
      (1) Freezing or thawing;
      (2) Impact of watercraft; or
      (3) The pressure or weight of ice, water, or snow whether driven by wind or not.
2. We will not pay for loss to fragile articles such as glassware, statuary, marble, chinaware and porcelain, if broken, unless caused by any of the "specified causes of loss" or by building glass breakage. This restriction does not apply to:
   a. Glass that is part of the exterior or interior of a building or structure;
   b. Containers of property held for sale; or
   c. Photographic or scientific instrument lenses.
3. For loss by theft, the following types of property are covered only up to the limits shown:
   a. $2,500 for furs, fur garments and garments trimmed with fur.
   b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.
   c. $2,500 for patterns, dies, molds and forms.
4. Animals are covered only if:
   a. Owned by others and in your care, custody or control; or
   b. Held as "stock" and only while inside of buildings.

   We will pay only if the animals are killed, stolen, or their destruction is made necessary by any of the "specified causes of loss" or by building glass breakage.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

## SECTION I — COVERED CAUSES OF LOSS

We insure for accidental direct physical loss to Covered Property unless the loss is:

1. Excluded in **SECTION I — EXCLUSIONS**; or
2. Limited in the **Property Subject To Limitations** provision.

## SECTION I — EXCLUSIONS

1. We do not insure under any coverage for any loss which would not have occurred in the absence of one or more of the following excluded events. We do not insure for such loss regardless of: (a) the cause of the excluded event; or (b) other causes of the loss; or (c) whether other causes acted concurrently or in any sequence with the excluded event to produce the loss; or (d) whether the event occurs suddenly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

   a. **Earthquake**

   Earthquake, whether combined with water or not, including any earth sinking, rising or shifting related to such event.

   But if accidental direct physical loss by fire or explosion results, we will pay for that resulting loss;

   b. **Nuclear Hazard**

   Nuclear reaction or radiation, or radioactive contamination.

   Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion or smoke.

   But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss caused by that fire.

2. We do not insure under any coverage for any loss caused by one or more of the following:

   a. **Electrical Apparatus**

   Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

   But if artificially generated electrical current results in accidental direct physical loss by fire, we will pay for the loss caused by fire.

   b. **Earth Movement**

   (1) Landslide, whether combined with water or not, including any earth sinking, rising or shifting related to such event;

   (2) Mine subsidence, whether combined with water or not, meaning subsidence of a man-made mine, whether or not mining activity has ceased; or

   (3) Earth sinking (other than "sinkhole collapse"), rising or shifting, whether combined with water or not, including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, the action of water or any other natural forces; or improper compaction, site selection, excavation, retention, stabilization or any other external forces.

   But if Earth Movement, as described in Paragraphs **(1)** through **(3)** above, results in fire or explosion, we will pay for the loss caused by that fire or explosion.

   c. **Volcanic Eruption**

   Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or "volcanic action", we will pay for the loss caused by that fire, building glass breakage or "volcanic action".

   All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   d. **Steam Apparatus**

   Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control.

   But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in accidental direct physical loss by fire or combustion explosion, we will pay for the loss caused by that fire or combustion explosion.

   We will also pay for loss caused by the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   e. **Power Failure**

   The failure of power or other utility service supplied to the described premises, if the failure occurs away from the described premises. Failure includes lack of sufficient capacity and reduction in supply.

   But if the failure of power or other utility service results in a Covered Cause Of Loss, we will pay for the loss caused by that Covered Cause Of Loss.

   f. **Dishonesty**

   Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

   **(1)** Acting alone or in collusion with others; or

   **(2)** Whether or not occurring during the hours of employment.

   This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

**g. Water**

**(1)** Flood, surface water, waves (including tidal waves, tsunami, and seiche), tides, tidal water, overflow of any body of water, or spray or surge from any of these, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water or sewage that backs up or overflows from a sewer, drain or sump;

**(4)** Water or sewage under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Material carried or otherwise moved by any of the Water, as described in Paragraphs **(1)** through **(4)** above.

But if Water, as described in Paragraphs **(1)** through **(5)**, results in accidental direct physical loss by fire, explosion or sprinkler leakage, we will pay for the loss caused by that fire, explosion or sprinkler leakage.

**h. Certain Computer-Related Losses**

**(1)** The failure, malfunction or inadequacy of:

**(a)** Any of the following, whether belonging to any insured or to others:

**i.** "Computer" hardware, including microprocessors or other electronic data processing equipment as may be described elsewhere in this coverage form;

**ii.** "Computer" application software or other "electronic data" as may be described elsewhere in this coverage form;

**iii.** "Computer" operating systems and related software;

**iv.** "Computer" networks;

**v.** Microprocessors ("computer" chips) not part of any "computer" system; or

**vi.** Any other computerized or electronic equipment or components; or

**(b)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **(a)** above;

due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times.

**(2)** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **(1)** above.

But, if excluded loss, as described in Paragraph **(1)** above results in any of the "specified causes of loss" under **SECTION I — PROPERTY**, we will pay only for the loss caused by such "specified causes of loss".

We will not pay for repair, replacement or modification of any items in Paragraph **(1)(a)** or **(1)(b)** to correct any deficiencies or change any features.

**i. Fungi, Virus Or Bacteria**

**(1)** Growth, proliferation, spread or presence of "fungi" or wet or dry rot; or

**(2)** Virus, bacteria or other microorganism that induces or is capable of inducing physical distress, illness or disease; and

**(3)** We will also not pay for:

**(a)** Any loss of use or delay in rebuilding, repairing or replacing covered property, including any associated cost or expense, due to interference at the described premises or location of the rebuilding, repair or replacement of that property, by "fungi", wet or dry rot, virus, bacteria or other microorganism;

**(b)** Any remediation of "fungi", wet or dry rot, virus, bacteria or other microorganism, including the cost or expense to:

**i.** Remove the "fungi", wet or dry rot, virus, bacteria or other microorganism from Covered Property or to repair, restore or replace that property;

**ii.** Tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet or dry rot, virus, bacteria or other microorganism; or

**iii.** Contain, treat, detoxify, neutralize or dispose of or in any way respond to or assess the effects of the "fungi", wet or dry rot, virus, bacteria or other microorganism; or

**(c)** The cost of any testing or monitoring of air or property to confirm the type, absence, presence or level of "fungi", wet or dry rot, virus, bacteria or other microorganism, whether performed prior to, during or after removal, repair, restoration or replacement of Covered Property.

This exclusion does not apply:

**(1)** If "fungi", wet or dry rot, virus, bacteria or other microorganism results from an accidental direct physical loss caused by fire or lightning; or


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(2) To the extent coverage is provided in Paragraph **23. Fungi, Wet Or Dry Rot**, under **SECTION I — EXTENSIONS OF COVERAGE.**

j. **Ordinance Or Law**

(1) The enforcement of any ordinance or law:

(a) Regulating the construction, use or repair of any property; or

(b) Requiring the tearing down of any property, including the cost of removing its debris.

(2) This exclusion, Ordinance Or Law, applies whether the loss results from:

(a) An ordinance or law that is enforced even if the property has not been damaged; or

(b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following an accidental direct physical loss to that property.

k. **Consequential Losses**

Delay, loss of use or loss of market.

l. **Other Types Of Loss**

(1) Wear and tear;

(2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force; or

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs (1) through (7) above results in an accidental direct physical loss by any of the "specified causes of loss" or by building glass breakage, we will pay for the loss caused by that "specified cause of loss" or by building glass breakage.

m. **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this coverage form.

n. **Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the water supply if the heat is not maintained.

o. **War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

p. **False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

q. **Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

r. **Collapse**

Collapse, except as provided under **SECTION I — EXTENSIONS OF COVERAGE.** But if collapse results in a Covered Cause Of Loss, we will pay for the loss caused by that Covered Cause Of Loss.

s. **Pollution**

We will not pay for loss caused by the presence, discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the presence, discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in an accidental direct physical loss by any of the "specified causes of loss", we will pay for the loss caused by that "specified cause of loss".

t. **Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

u. **Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.



©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

v. **Errors Or Omissions**

Errors or omissions in:

(1) Programming, processing or storing data, as described under "electronic data" or in any "computer" operations; or

(2) Processing or copying "valuable papers and records".

But if accidental direct physical loss results from fire or explosion, we will pay for that resulting loss unless the resulting loss is itself excluded in **SECTION I – EXCLUSIONS** of this coverage form.

w. **Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your "computer" system including "electronic data".

But if accidental direct physical loss results from fire or explosion, we will pay for that resulting loss unless the resulting loss is itself excluded in **SECTION I – EXCLUSIONS** of this coverage form.

x. **Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic data". However, we will pay for accidental direct loss caused by lightning.

y. **Continuous Or Repeated Seepage, Discharge Or Leakage Of Water**

Continuous or repeated seepage, discharge or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

3. We do not insure under any coverage for any loss caused by one or more of the items below:

a. **Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** and **2.** above to produce the loss.

b. **Acts Or Decisions**

Conduct, acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body whether intentional, wrongful, negligent or without fault.

c. **Work**

Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property (including land, structures or improvement of any kind) on or off the described premises.

But if accidental direct physical loss results from items **3.a.**, **3.b.**, or **3.c.**, we will pay for that resulting loss unless the resulting loss is itself excluded in **SECTION I** of this coverage form.

4. We do not insure under any coverage for any loss consisting of the items in Paragraphs **1.**, **2.** or **3.** This exclusion does not apply to the items in Paragraphs **2.** or **3.** if the loss is caused by a **SECTION I — COVERED CAUSE OF LOSS**.

5. **Additional Exclusion**

The following applies only to the property specified in this Additional Exclusion.

**Loss To Products**

We will not pay for loss to any merchandise, goods or other product consisting of, caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause Of Loss, we will pay for the loss caused by that Covered Cause Of Loss.

## SECTION I — EXTENSIONS OF COVERAGE

Subject to the terms and conditions applicable to **SECTION I** of this coverage form, the following Extensions Of Coverage apply separately to each premises described in the Declarations. But the amount of insurance provided on any one described premises will not be more than the Limit Of Insurance specified in each Extension Of Coverage if a limit is included in the extension.

1. **Debris Removal**

a. Subject to Paragraphs **c.** and **d.**, we will pay your expense to remove debris of Covered Property caused by a Covered Cause Of Loss that occurs during the policy period.

If a covered building or structure is damaged by one or more broken or fallen trees, in any one occurrence, we will pay up to $500 for the removal of tree debris from each described premises.

The expenses will be paid only if they are reported to us in writing within 180 days of the date of accidental direct physical loss.

b. Debris Removal does not apply to costs to:

(1) Extract "pollutants" from land or water; or

(2) Remove, restore or replace polluted land or water.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

c. Subject to the exceptions in Paragraph **d.** the following provisions apply:

(1) The most that we will pay for the total of accidental direct physical loss plus debris removal expense is the Limit Of Insurance applicable to the Covered Property that has sustained loss.

(2) Subject to Paragraph **(1)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for accidental direct physical loss to the Covered Property that has sustained loss.

d. We will pay up to an additional $10,000 for debris removal expense, for each described premises, in any one occurrence of accidental direct physical loss to Covered Property, if one or both of the following circumstances apply:

(1) The total of the actual debris removal expense plus the amount we pay for accidental direct physical loss exceeds the Limit Of Insurance on the Covered Property that has sustained loss.

(2) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for accidental direct physical loss to the Covered Property that has sustained loss.

Therefore, if Paragraphs **d.(1)** and/or **d.(2)** apply, our total payment for accidental direct physical loss and debris removal expense may reach but will never exceed the Limit Of Insurance on the Covered Property that has sustained loss, plus $10,000.

**2. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss by a Covered Cause Of Loss, we will pay for any accidental direct physical loss to that property:

a. While it is being moved or while temporarily stored at another location; and

b. Only if the loss occurs within 30 days after the property is first moved.

The amount we pay under this Extension of Coverage will not increase the applicable Limit Of Insurance.

**3. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause Of Loss, the most we will pay for loss in any one occurrence, at the described premises, is the Limit Of Insurance for Fire Department Service Charge shown in the Declarations for your liability for fire department charges:

a. Assumed by contract or agreement prior to loss; or

b. Required by local ordinance.

The amount that we pay under this Extension Of Coverage is an additional amount of insurance.

**4. Collapse**

a. With respect to buildings:

(1) Collapse means an abrupt falling down or caving in of a building or any part of a building;

(2) A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

(3) A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building; and

(4) A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

b. We will pay for accidental direct physical loss to Covered Property, caused by collapse of a building or any part of a building that is insured under this coverage form or that contains Covered Property insured under this coverage form, if the collapse is caused by one or more of the following:

(1) Any of the "specified causes of loss" or by breakage of building glass, all only as insured against in this coverage form;

(2) Weight of people or personal property;

(3) Weight of rain that collects on a roof; or

(4) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in Paragraphs **(1)** through **(3)**, we will pay for the loss even if use of defective material or methods in construction, remodeling or renovation, contributes to the collapse.

The criteria set forth in Paragraphs **a.(1)** through **a.(4)** do not limit the coverage otherwise provided under this Extension Of Coverage for the causes of loss listed in Paragraphs **b.(1)**, **b.(2)**, and **b.(3)**.

c. With respect to the following property:

(1) Awnings;

(2) Gutters and downspouts;

(3) Yard fixtures;

(4) Outdoor swimming pools;

(5) Piers, wharves and docks;

(6) Beach or diving platforms or appurtenances;

(7) Retaining walls; and

(8) Walks, roadways and other paved surfaces;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

if the collapse is caused by a cause of loss listed in Paragraphs **b.(2)** through **b.(4)**, we will pay for loss to that property only if such loss is a direct result of the collapse of a building insured under this coverage form and the property is Covered Property under this coverage form.

**d.** If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss to Covered Property caused by such collapse of personal property only if:

**(1)** The collapse of personal property was caused by a cause of loss listed in Paragraphs **b.(1)** through **b.(4)** of this Extension Of Coverage;

**(2)** The personal property which collapses is inside a building; and

**(3)** The property which collapses is not of a kind listed in Paragraph **c.** above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **d.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**e.** The amount we pay under this Extension Of Coverage will not increase the applicable Limit Of Insurance.

**5. Business Personal Property In Portable Storage Units**

You may extend the insurance provided by this coverage form to apply to Business Personal Property, other than "money" and "securities", "valuable papers and records" or account receivable, while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the described premises. The most we will pay for loss under this Extension of Coverage is $10,000, regardless of the number of units.

The amount we pay under this Extension of Coverage will not increase the applicable Limit of Insurance.

Coverage will end 90 days after Business Personal Property has been placed in the storage unit. Coverage does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the Business Personal Property has been stored there for 90 or fewer days at the time of loss.

**6. Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by a Covered Cause Of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause Of Loss occurs.

This Extension Of Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay for each described premises under this Extension Of Coverage is the Limit Of Insurance for Pollutant Clean Up And Removal shown in the Declarations. This limit is for the sum of all such expenses arising out of Covered Causes Of Loss occurring during each separate 12 month period of this policy.

The amount we pay under this Extension Of Coverage is an additional amount of insurance.

**7. Money Orders And Counterfeit Money**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**a.** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**b.** "Counterfeit money" that is acquired during the regular course of business.

The most we will pay for any loss in any one occurrence is the Limit Of Insurance for Money Orders And "Counterfeit Money" shown in the Declarations.

The amount we pay under this Extension Of Coverage is an additional amount of insurance.

**8. Forgery Or Alteration**

**a.** We will pay for loss resulting directly from forgery or alteration of any check, draft, promissory note, bill of exchange or similar written promise of payment in "money" that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

**b.** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**c.** For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act, and will be treated the same as the original it replaced.

**d.** The most we will pay for any loss, including legal expenses, in any one occurrence is the Limit Of Insurance for Forgery Or Alteration shown in the Declarations.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

The amount we pay under this Extension Of Coverage is an additional amount of insurance.

**9. Increased Cost Of Construction And Demolition Cost**

a. This Extension Of Coverage applies only to buildings insured on a replacement cost basis.

b. In the event of damage by a Covered Cause Of Loss to a building that is Covered Property, we will pay the:

(1) Increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property; and

(2) Cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property;

subject to the limitations stated in Paragraphs **c.** through **i.** of this Extension Of Coverage.

c. The ordinance or law referred to in this Extension Of Coverage is an ordinance or law that is in force at the time of loss and regulates the demolition, repair, rebuilding, or replacement of buildings or establishes zoning or land use requirements at the described premises, and is in force at:

(1) The described premises; or

(2) Another premises, if such ordinance or law requires relocation.

d. Under this Extension Of Coverage, we will not pay any costs due to an ordinance or law that:

(1) You were required to comply with before the loss, even when the building was undamaged; and

(2) You failed to comply with.

e. Under this Extension Of Coverage, we will not pay for:

(1) The enforcement of any ordinance or law which requires demolition, repair, rebuilding, replacement, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot, virus, bacteria or other microorganisms; or

(2) Any costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungi", wet or dry rot, virus, bacteria or other microorganisms.

f. The most we will pay under this Extension Of Coverage, for each described premises Insured under **SECTION I — PROPERTY**, is the lesser of:

(1) The amount you actually spend:

(a) For the increased cost to repair, rebuild or replace the building at the described or another premises in the same general vicinity if relocation is required by ordinance or law, but not more than a building of the same height, floor area, and style on the same or similar premises as the damaged building; and

(b) To demolish and clear the site of the undamaged parts of the building at the described premises caused by enforcement of any ordinance or law; or

(2) The percentage for Increased Cost of Construction and Demolition Cost applied to the Limit Of Insurance applicable to that damaged building as shown in the Declarations.

If a damaged building is covered under a blanket Limit Of Insurance which applies to more than one building, then the most we will pay under this Extension Of Coverage is the amount determined by applying the percentage as shown in the Declarations to the risk amount shown in our records as of the most recent Declarations applicable to that damaged building.

The amount we pay under this Extension Of Coverage will not increase the applicable Limit Of Insurance.

g. With respect to this Extension Of Coverage:

(1) We will not pay for the:

(a) Increased Cost Of Construction:

i. Until the property is actually repaired, rebuilt or replaced, at the described or another premises; and

ii. Unless the repairs, rebuilding, replacement or remodeling are made within two years after our payment of the actual cash value of the property subject to the replacement cost coverage. We may extend this period in writing during the two years.

(b) Loss of value for the undamaged portion of the building caused by enforcement of any ordinance or law.

(2) If the building is repaired, rebuilt or replaced at the described premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost Of Construction is the increased cost of construction at the described premises.

(3) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost Of Construction is the increased cost of construction at the new premises.


®, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

h. This Extension Of Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Extension Of Coverage.

i. The amount payable under this Extension Of Coverage, as stated in Paragraph **f.** of this Extension Of Coverage, is not subject to Paragraph **e.(4)(a)iii.** under Loss Payment of **SECTION I — CONDITIONS.**

**10. Glass Expenses**

If Covered Property is damaged by a Covered Cause Of Loss we will pay for expenses incurred to:

**a.** Put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** Remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

The amount we pay under this Extension Of Coverage will not increase the applicable Limit Of Insurance.

**11. Fire Extinguisher Systems Recharge Expense**

**a.** We will pay:

**(1)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 100 feet of the described premises; and

**(2)** For loss to Covered Property if such loss is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**b.** No coverage will apply if the fire extinguishing system is discharged during installation or testing.

**c.** The most we will pay for loss in any one occurrence is the Limit Of Insurance for Fire Extinguisher Systems Recharge Expense shown in the Declarations.

The amount we pay under this Extension Of Coverage is an additional amount of insurance.

**12. Newly Acquired Or Constructed Property**

**a. Buildings**

If this coverage form covers Buildings, you may extend that insurance to apply to:

**(1)** Your new buildings while being built on the described premises; and

**(2)** Buildings you acquire not at the described premises, intended for:

**(a)** Similar use as the building at the described premises; or

**(b)** Use as a warehouse.

The most we will pay for loss under this Extension Of Coverage at each building, is the Limit Of Insurance for Newly Acquired Or Constructed Buildings shown in the Declarations.

The amount we pay under this Extension Of Coverage is an additional amount of insurance.

**b. Business Personal Property**

If this coverage form covers Business Personal Property, you may extend that insurance to apply to Business Personal Property:

**(1)** Including such property that you newly acquire, at any premises you acquire; or

**(2)** Including such property that you newly acquire, located at your newly constructed or acquired buildings at the described premises.

This Extension Of Coverage does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss under this Extension Of Coverage at each building, is the Limit Of Insurance for Newly Acquired Business Personal Property shown in the Declarations.

The amount we pay under this Extension Of Coverage is an additional amount of insurance.

**c. Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**13. Personal Property Off Premises**

You may extend the insurance provided by this coverage form to apply to Covered Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or at another premises. The most we will pay for loss in any one occurrence under this Extension Of Coverage is the Limit Of Insurance for Personal Property Off Premises shown in the Declarations.

The amount we pay under this Extension Of Coverage is an additional amount of insurance.

If the Covered Property is located at another premises you own, lease, operate, or regularly use, the insurance provided under this extension applies only if the loss occurs within 90 days after the property is first moved.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

The Other Insurance Condition contained in **SECTION I AND SECTION II — COMMON POLICY CONDITIONS** does not apply to this Extension Of Coverage. The insurance provided under this Extension Of Coverage is primary and does not contribute with any other insurance.

**14. Outdoor Property**

You may extend the insurance provided by this coverage form to apply to your outdoor radio and television antennas (including satellite dishes), trees, shrubs, plants and lawns (other than trees, shrubs, plants or lawns held as "stock"). The loss must be caused by any of the following causes of loss:

a. Fire;

b. Lightning;

c. Explosion;

d. Riot or civil commotion;

e. Aircraft or vehicles;

f. Vandalism; or

g. Theft.

The most we will pay for loss in any one occurrence, at the described premises, under this Extension Of Coverage is the Limit Of Insurance for Outdoor Property shown in the Declarations. But we will not pay more than $1,000 for any one tree, shrub or plant.

The amount we pay under this Extension Of Coverage is an additional amount of insurance.

**15. Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your employees, your partners or members (if you are a partnership or joint venture), your "managers" or "members" (if you are a limited liability company), or your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company). This extension does not apply to:

a. Tools or equipment used in your business; or

b. Loss by theft.

The most we will pay for loss in any one occurrence, at the described premises, under this Extension Of Coverage is the Limit Of Insurance for Personal Effects shown in the Declarations.

The amount we pay under this Extension Of Coverage is an additional amount of insurance.

**16. Valuable Papers And Records**

a. You may extend the insurance provided by this coverage form to apply to "valuable papers and records" that you own, or that are in your care, custody or control caused by a Covered Cause Of Loss. This Extension Of Coverage includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

b. This Extension Of Coverage does not apply to:

(1) Property held as samples or for delivery after sale; and

(2) Property in storage away from the described premises.

c. The most we will pay for loss to "valuable papers and records" in any one occurrence, at the described premises, under this Extension Of Coverage is the Limit Of Insurance for Valuable Papers And Records (On Premises) shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay for loss in any one occurrence under this Extension of Coverage is the Limit Of Insurance for Valuable Papers And Records (Off Premises) shown in the Declarations.

The amount we pay under this Extension Of Coverage is an additional amount of insurance.

d. Loss to "valuable papers and records" will be valued at the cost of restoration or replacement of the lost or damaged information. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

**17. Accounts Receivable**

a. You may extend the insurance provided by this coverage form to apply to accounts receivable. We will pay:

(1) All amounts due from your customers that you are unable to collect;

(2) Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

(3) Collection expenses in excess of your normal collection expenses that are made necessary by loss; and

(4) Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from loss by any Covered Cause Of Loss to your records of accounts receivable.

b. The most we will pay for loss in any one occurrence, at the described premises, under this Extension Of Coverage is the Limit Of Insurance for Accounts Receivable (On Premises) shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay for loss in any one occurrence under this Extension Of Coverage is the Limit Of Insurance for Accounts Receivable (Off Premises) shown in the Declarations.

The amount we pay under this Extension Of Coverage is an additional amount of insurance.

c. The following exclusion applies to the Accounts Receivable Extension Of Coverage:



©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

We will not pay for:

(1) Loss caused by alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

(2) Loss caused by bookkeeping, accounting or billing errors or omissions.

(3) Any loss that requires any audit of records or any inventory computation to prove its factual existence.

**18. Signs**

You may extend the insurance provided by this coverage form to apply to signs attached to buildings (whether indoor or outdoor) at the described premises and to outdoor signs not attached to buildings at the described premises which are owned by you, or owned by others but are in your care, custody or control.

The most we will pay for loss in any one occurrence under this Extension Of Coverage is the Limit Of Insurance for Signs shown in the Declarations.

The amount we pay under this Extension Of Coverage is an additional amount of insurance.

**19. Arson Reward**

We will pay a reward for information which leads to an arson conviction in connection with a fire loss covered under this coverage form.

Regardless of the number of persons involved in providing information, the most we will pay for loss in any one occurrence under this Extension Of Coverage is the Limit Of Insurance for Arson Reward shown in the Declarations.

The amount we pay under this Extension Of Coverage is an additional amount of insurance.

**20. Damage To Non-Owned Buildings From Theft, Burglary Or Robbery**

You may extend the insurance that applies to Business Personal Property to apply to a building or part of a building, including equipment pertaining to the service of the building, occupied but not owned by you caused by actual or attempted theft, burglary or robbery.

This Extension Of Coverage does not apply to:

**a.** Glass, other than glass building blocks;

**b.** Any lettering or ornamentation; or

**c.** Building property or equipment removed from the described premises.

The amount we pay under this Extension Of Coverage will not increase the applicable Limit Of Insurance.

**21. Property Of Others**

You may extend the insurance that applies to Business Personal Property to apply to personal property of others in your care, custody or control only while the personal property is located at the described premises. The most we will pay for loss in any one occurrence under this Extension Of Coverage is the Limit Of Insurance for Property Of Others shown in the Declarations.

The amount we pay under this Extension Of Coverage is an additional amount of insurance.

This Extension Of Coverage does not apply to:

**a.** Personal effects owned by you, your employees, your partners or members (if you are a partnership or joint venture), your "managers" or "members" (if you are a limited liability company), or your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company); or

**b.** Personal property of others that must be restored, repaired or replaced because your work was incorrectly performed on it.

The Other Insurance Condition contained in **SECTION I AND SECTION II — COMMON POLICY CONDITIONS** does not apply to this Extension Of Coverage. The insurance provided under this Extension Of Coverage is primary and does not contribute with any other insurance. We will decide if our payment for loss under this extension will be made to you or to the owner of the property.

**22. Equipment Breakdown**

**a.** You may extend the insurance provided by this coverage form to apply for direct physical loss to Covered Property caused by an "accident" to "covered equipment". The most we will pay for each covered loss under this Extension Of Coverage is the Limit Of Insurance that applies to the Covered Property, unless a specific limit is stated in the Additional Coverages below.

The amount we pay under this Extension Of Coverage, or any Additional Coverage described below, will not increase the applicable Limit Of Insurance.

**b. Equipment Breakdown Additional Coverage**

(1) **Expediting Expenses**. We will pay up to $100,000 for the reasonable extra cost to:

(a) Make temporary repairs to; and

(b) Expedite permanent repairs or permanent replacement of;

Covered Property damaged by an "accident" to "covered equipment".

The amount we pay under this Expediting Expenses Additional Coverage will not increase the applicable Limit Of Insurance.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(2) **Drying Out Expenses**. We will pay, up to the applicable Limit Of Insurance for **Coverage A – Buildings** or **Coverage B – Business Personal Property,** whichever applies, the direct expenses of drying out wetness in electrical "covered equipment" caused by one of the items listed in Paragraph **2.g.** under **SECTION I — EXCLUSIONS**.

The amount we pay under this Drying Out Expenses Additional Coverage will not increase the applicable Limit Of Insurance.

The water damage exclusions found in Paragraph **2.g.** under **SECTION I — EXCLUSIONS** do not apply to this Drying Out Expenses Additional Coverage.

(3) **Spoilage.** We will pay up to $100,000 for physical loss to "perishable goods" at the described premises due to:

(a) Spoilage;

(b) Contamination from the release of refrigerant, including but not limited to ammonia; or

(c) Any necessary expenses you incur to reduce the amount of loss under this Spoilage Additional Coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this Spoilage Additional Coverage.

Such loss to "perishable goods" must be directly caused by an "accident" to "covered equipment".

The amount we pay under this Spoilage Additional Coverage will not increase the applicable Limit Of Insurance.

(4) **Service Interruption**

(a) If Loss Of Income And Extra Expense endorsement is shown in the Declarations, you may extend that insurance to apply to an "accident" to "utility service equipment".

(b) You may extend the insurance provided in the Spoilage Additional Coverage above to apply to your loss, damage or expense caused by an "accident" to "utility service equipment".

(c) The coverage provided by this Service Interruption Additional Coverage will not apply unless the failure or disruption of service exceeds 24 hours in length, immediately following the "accident". However, once this waiting period is met, coverage will begin at the initial time of the failure or disruption of service.

The amount we pay under this Service Interruption Additional Coverage will not increase the applicable Limit Of Insurance.

(5) **Data Restoration.** We will pay up to $100,000 for the reasonable and necessary cost to research, replace or restore "electronic data" which has been destroyed or corrupted by an "accident" to "covered equipment". To the extent that "electronic data" is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the "electronic data" was stored, with blank media of substantially identical type.

If Loss Of Income And Extra Expense endorsement is shown in the Declarations, you may extend that insurance to apply to an "accident" to "covered equipment" caused by an interruption of computer operations due to destruction or corruption of "electronic data". The amount we pay will be subject to the same $100,000 limit of insurance.

The amount we pay under this Data Restoration Additional Coverage will not increase the applicable Limit Of Insurance.

c. **Hazardous Substances Limitation.** The most we will pay for the increased cost to repair or replace Covered Property and the increased cost to clean up or dispose of such property caused by "hazardous substance" contamination resulting from an "accident" to "covered equipment" is $100,000. This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in Paragraph **22.b.(3)(b)** above. For the purposes of this limitation, increased cost means costs beyond what would have been required had no "hazardous substance" been involved.

If Loss Of Income And Extra Expense endorsement is shown in the Declarations, any increased loss under such coverage caused by "hazardous substance" contamination to Covered Property resulting from an "accident" to "covered equipment" will be subject to and included in the same $100,000 Limit Of Insurance. For the purposes of this limitation, increased loss means any loss or expense covered under Loss Of Income coverage beyond what would have been sustained or incurred had no "hazardous substance" been involved.

The amount we pay under this Hazardous Substance Limitation will not increase the applicable Limit Of Insurance.

d. **One Loss.** If an initial "accident" causes other "accidents", all will be considered one loss. All "accidents" that are the result of the same event will be considered one loss.

e. To the extent of any coverage provided under this Extension Of Coverage:

(1) Paragraph **5.b.** under **Coverage B – Business Personal Property** is replaced by:

b. Be your responsibility to maintain or insure according to the terms of your lease or rental agreement.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(2)** Paragraph **9.** under **Property Not Covered** is deleted.

**(3)** Paragraphs **1.a.** and **1.b.** under **Property Subject To Limitations** are deleted.

**(4)** Paragraph **2.e.** of **SECTION I — EXCLUSIONS** is replaced by the following:

**e.** The failure of power or other utility service supplied to the described premises, if the failure occurs away from the described premises, except as provided in the Extensions of Coverage - Equipment Breakdown.

Failure includes lack of sufficient capacity and reduction in supply.

**(4)** Paragraphs **2.a.** and **2.d.** of **SECTION I — EXCLUSIONS** are deleted.

**(5)** Paragraph **2.l.** of **SECTION I — EXCLUSIONS** is replaced by the following:

**l. Other Types Of Loss**

**(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(6)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere, except as provided in the Equipment Breakdown Extension Of Coverage;

**(b)** Changes in or extremes of temperature, except as provided in the Equipment Breakdown Extension Of Coverage; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs **(1)** through **(6)** above results in direct physical loss to Covered Property by an "accident" to "covered equipment" we will pay for that resulting loss.

**f.** We will not pay under this Extension Of Coverage for loss caused by:

**(1)** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

**(2)** An insulation breakdown test of any type of electrical equipment.

**g.** If Loss Of Income And Extra Expense endorsement is shown in the Declarations, we will not pay for delay in resuming operations due to the need to reconstruct or re-input data or programs on electronic media and records, except as provided in this Equipment Breakdown Extension Of Coverage.

**h.** With respect to Service Interruption Additional Coverage above, we will not pay for an "accident" caused by: fire; lightning; windstorm or hail; explosion (except as specifically provided in Paragraph **1.c.** of **SECTION I — DEFINITIONS**); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

**i. Additional Conditions**

**(1) Suspension.** When any "covered equipment" is found to be in or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss to any property from an "accident" to that "covered equipment". We can do this by mailing or delivering a written notice of suspension to your address as shown in the Declarations, or at the address where the equipment is located. Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment." If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**(2) Jurisdictional Inspections.** If any property that is "covered equipment" under this Extension Of Coverage requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

**(3) Environmental, Safety And Efficiency Improvements.** If "covered equipment" requires replacement due to an "accident", we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which actual cash value applies.

**23. Ordinance Or Law – Equipment Coverage**

**a.** Subject to Paragraph **b.** below, if a Covered Cause Of Loss occurs to equipment that is Covered Property, we will pay to repair or replace the equipment as required by law.

**b.** If a Covered Cause Of Loss occurs to refrigeration equipment that is Covered Property, we will pay:

**(1)** The cost to reclaim the refrigerant as required by law;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(2) The cost to retrofit the equipment to use a non-CFC refrigerant as required by the Clean Air Act of 1990, and any amendments thereto or any other similar laws; and

(3) The increased cost to recharge the system with a non-CFC refrigerant.

The amount we pay under this Extension Of Coverage will not increase the applicable Limit Of Insurance.

c. We will not pay under this Extension Of Coverage for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet or dry rot, virus, bacteria or other microorganisms.

d. Loss to the equipment will be determined as follows:

(1) If the equipment is repaired or replaced, on the described or another premises, we will not pay more than the lesser of:

(a) The amount you actually spend to repair the equipment, but not for more than the amount it would cost to replace the equipment with equipment of the same kind and quality; or

(b) The Limit Of Insurance shown in the Declarations as applicable to the covered Building or Business Personal Property.

(2) If the equipment is not repaired or replaced, we will not pay more than the lesser of:

(a) The actual cash value of the equipment at the time of loss; or

(b) The Limit Of Insurance shown in the Declarations as applicable to the Building or Business Personal Property.

(3) We will not pay for loss due to any ordinance or law that:

(a) You were required to comply with before the loss, even if the equipment was undamaged; and

(b) You failed to comply with.

e. This Extension Of Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Extension Of Coverage.

**24. Fungi, Wet Or Dry Rot And Bacteria**

We will pay for loss by "fungi", wet or dry rot or bacteria as described in Paragraphs **a.** and **e.** below only when the "fungi", wet or dry rot or bacteria are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

a. As used in this extension of coverage, the term loss means:

(1) Direct physical loss to Covered Property caused by "fungi", wet or dry rot or bacteria, including the cost of removal of the "fungi", wet or dry rot or bacteria;

(2) The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet or dry rot or bacteria; and

(3) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet or dry rot or bacteria are present.

b. The most we will pay for Fungi, Wet Or Dry Rot And Bacteria resulting from a "specified cause of loss" is $10,000. Regardless of the number of locations or claims, this limit is the most we will pay for the total of all loss arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet or dry rot or bacteria, we will not pay more than the same $10,000 for Fungi, Wet Or Dry Rot And Bacteria resulting from a "specified cause of loss" even if the "fungi" wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

c. The coverage provided under this extension of coverage does not increase the applicable Limit Of Insurance on any Covered Property. If a particular occurrence results in loss by "fungi", wet or dry rot or bacteria, and other loss, we will not pay more, for the total of all loss, than the applicable Limit Of Insurance on the affected Covered Property.

If there is covered loss to Covered Property, not caused by "fungi", wet or dry rot or bacteria, loss payment will not be limited by the terms of this extension of coverage, except to the extent that "fungi", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this extension of coverage.

d. The terms of this extension of coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse extensions of coverage.

e. The following applies only if Loss Of Income And Extra Expense coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the Loss Of Income And Extra Expense form.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(1) If the loss which resulted in "fungi", wet or dry rot or bacteria does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss to property caused by "fungi", wet or dry rot or bacteria, then our payment under Loss Of Income And Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

(2) If a covered suspension of "operations" was caused by loss other than "fungi", wet or dry rot or bacteria, but remediation of "fungi", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

## SECTION I — LIMITS OF INSURANCE

1. Unless otherwise stated, the most we will pay for loss in any one occurrence is the applicable Limit Of Insurance of **SECTION I — PROPERTY** shown in the Declarations.

2. **Inflation Coverage**

   If the Declarations indicate that Inflation Coverage applies then the Limits Of Insurance shown in the Declarations for **Coverage A – Buildings** and **Coverage B – Business Personal Property** will adjust as determined below during the term of this policy at the same rate as the Inflation Coverage Index shown in the Declarations for each coverage.

   The most we will pay for loss in any one occurrence is the adjusted applicable Limit Of Insurance on the date of that occurrence.

   To determine a limit on a given date:

   a. Divide the applicable Inflation Coverage Index on that date by the Inflation Coverage Index as shown in the Declarations or as amended as described below; then

   b. Multiply the resulting factor by the applicable Limit Of Insurance.

   The Limits Of Insurance will not be reduced to less than the amounts shown in the Declarations.

   If during the term of this policy the Limit Of Insurance for **Coverage A – Buildings** or **Coverage B – Business Personal Property** is changed at your request, the applicable Inflation Coverage Index as of the effective date shown in the Declarations is amended to coincide with the effective date of such change.

3. **Business Personal Property Limit – Seasonal Increase**

   a. The Limit Of Insurance for **Coverage B – Business Personal Property** will automatically increase by the percentage shown in the Declarations to provide for seasonal variations.

   b. This increase will apply only if the Limit Of Insurance shown for **Coverage B – Business Personal Property** in the Declarations is at least 100% of your average monthly values during the lesser of:

      (1) The 12 months immediately preceding the date the loss occurs; or

      (2) The period of time you have been in business as of the date the loss occurs.

## SECTION I — DEDUCTIBLES

1. We will not pay for loss in any one occurrence until the amount of loss exceeds the Basic Deductible shown in the Declarations. We will then pay the amount of loss in excess of the Basic Deductible up to the applicable Limit Of Insurance of **SECTION I — PROPERTY.**

2. Regardless of the amount of the Basic Deductible, the most we will deduct from any loss under a coverage for which a Special Deductible is shown in the Declarations is the amount of the Special Deductible shown for that coverage.

   The Special Deductibles will not increase the Basic Deductible shown in the Declarations. The Special Deductibles will be used to satisfy the requirements of the Basic Deductible in the Declarations.

3. No deductible applies to the following Extensions Of Coverage:

   a. Fire Department Service Charge;

   b. Fire Extinguisher Systems Recharge Expense; and

   c. Arson Reward.

## SECTION I — CONDITIONS

1. **Property Loss Conditions**

   a. **Abandonment**

   There can be no abandonment of any property to us.

   b. **Appraisal**

   In case you and we shall fail to agree as to the actual cash value or the amount of loss, then, on the written request of either, each shall select a competent and disinterested appraiser and notify the other of the appraiser selected within 20 days of the request. Where the request is accepted, the appraisers shall first select a competent and disinterested umpire; and failing for 15 days to agree upon the umpire, then, on your or our request, the umpire shall be selected by a judge of a court of record in the state in which the property covered is located.

   Appraisal proceedings are informal unless you and we mutually agree otherwise. For purposes of this section, "informal" means that no formal discovery shall be conducted, including depositions, interrogatories, requests for admission, or other forms


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

of formal civil discovery, no formal rules of evidence shall be applied, and no court reporter shall be used for the proceedings.

The appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; and, failing to agree, shall submit their differences, only, to the umpire. An award in writing, so itemized, of any two when filed with us shall determine the amount of actual cash value and loss.

Each appraiser shall be paid by the party selecting him or her and the expenses of appraisal and umpire shall be paid by the parties equally.

In the event of a government-declared disaster, as defined in the Government Code, appraisal may be requested by either you or us but shall not be compelled.

**c. Duties In The Event Of Loss**

**(1)** You must see that the following are done in the event of loss to Covered Property:

**(a)** Notify the police if a law may have been broken.

**(b)** Give us prompt notice of the loss. Include a description of the property involved.

**(c)** As soon as possible, give us a description of how, when and where the loss occurred.

**(d)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your emergency and temporary repair expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limits Of Insurance of **SECTION I — PROPERTY**. However, we will not pay for any subsequent loss resulting from a cause of loss that is not a Covered Cause Of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(e)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(f)** As often as may be reasonably required, permit us to inspect the property proving the loss and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(g)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(h)** Cooperate with us in the investigation or settlement of the claim.

**(i)** Resume all or part of your "operations" as quickly as possible.

**(2)** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**d. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**(1)** There has been full compliance with all of the terms of this insurance; and

**(2)** The action is brought within 2 years after the date on which the accidental direct physical loss occurred.

**e. Loss Payment**

In the event of loss covered by this policy:

**(1)** At our option, we will either:

**(a)** Pay the value of lost or damaged property;

**(b)** Pay the cost of repairing or replacing the lost or damaged property;

**(c)** Take all or any part of the property at an agreed or appraised value; or

**(d)** Repair, rebuild or replace the property with other property of like kind and quality.

We will determine **e.(1)(a)** in accordance with the applicable terms of Paragraph **e.(4)** below or any applicable provision which amends or supersedes the terms of Paragraph **e.(4)** below.

**(2)** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**(3)** We will not pay you more than your lawful financial interest in the Covered Property.

**(4)** Except as provided in Paragraphs **(b)** through **(e)** below, we will determine the value of Covered Property as follows:

**(a)** At replacement cost without deduction for depreciation, as of the time of loss, subject to the following:

**i.** We will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

**1)** The Limit Of Insurance under **SECTION I — PROPERTY** that



©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

applies to the lost or damaged property;

2) The cost to replace, on the described premises, the lost or damaged property with other property of comparable material, quality and used for the same purpose; or

3) The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the described premises.

ii. We will not pay on a replacement cost basis for any loss until the lost or damaged property is actually repaired or replaced. Prior to such repair or replacement, we will pay the actual cash value of the lost or damaged property. If the actual cash value does not exhaust the applicable limit of insurance, we will then pay the difference between the actual cash value and the replacement cost, provided that the repair or replacement is completed:

1) Within 12 months after we pay the actual cash value; or

2) Within 24 months after we pay the actual cash value if the loss or damage relates to a state of emergency as described in Section 8558 of the Government Code;

unless we extend the time period for good cause.

Nothing in this Paragraph **ii.** constitutes a waiver of our right to deny the claim for any valid reason or to restrict payment in cases of suspected fraud.

iii. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**(b)** The following property at actual cash value as of the time of loss:

i. Property of others, plus the cost of labor, materials, or services furnished or arranged by you on such property. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit Of Insurance.

With respect to this provision, property used in your business that you lease from others or rent from others, or that is loaned to you, is not considered property of others.

Under Personal Property Off Premises and Property Of Others of **SECTION I — EXTENSIONS OF COVERAGE**, the value of property of others in your care, custody or control will be determined in accordance with Paragraph **e.(4)(a)** above;

ii. Household contents, except personal property in apartments or rooms furnished by you as landlord;

iii. Manuscripts;

iv. Works of art, antiques or rare articles, including etchings, pictures, statuary, marble, bronzes, porcelain and bric-a-brac; and

v. Used or second-hand merchandise held in storage or for sale.

We will not pay more for loss in any one occurrence than the lesser of:

i. The Limit Of Insurance under **SECTION I — PROPERTY** that applies to the lost or damaged property; or

ii. The actual cash value of the lost or damaged property as of the time of loss.

**(c)** Glass at the cost of replacement with safety glazing material if required by law.

**(d)** Tenants' improvements and betterments at:

i. Replacement cost in accordance with the terms set forth in Paragraph **(4)(a)ii.** above;

ii. A proportion of your original cost if you do not make repairs as soon as reasonably possible. We will determine the proportionate value as follows:

1) Multiply the original cost by the number of days from the loss to the expiration of the lease; and

2) Divide the amount determined in **1)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure; or


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

iii. Nothing if others pay for repairs or replacement.

(e) Applicable only to Accounts Receivable:

i. If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss:

1) We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

2) We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

ii. The following will be deducted from the total amount of accounts receivable, however that amount is established:

1) The amount of the accounts for which there is no loss;

2) The amount of the accounts that you are able to re-establish or collect;

3) An amount to allow for probable bad debts that you are normally unable to collect; and

4) All unearned interest and service charges.

(5) A payment for loss to personal property of others may be provided to you on behalf of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property.

We will not pay the owners more than their financial interest in the Covered Property.

(6) We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

(7) We will pay for covered loss within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and

(a) We have reached agreement with you on the amount of loss; or

(b) An appraisal award has been made.

(8) In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits Of Insurance and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties.

**f. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limits Of Insurance of **SECTION I — PROPERTY.**

**g. Vacancy**

**(1) Description Of Terms**

(a) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in Paragraphs **i.** and **ii.** below:

i. When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough Business Personal Property to conduct customary operations.

ii. When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

1) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

2) Used by the building owner to conduct customary operations.

(b) Buildings under construction or renovation are not considered vacant.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(2) Vacancy Provisions**

If the building where loss occurs has been vacant for more than 60 consecutive days before that loss occurs:

**(a)** We will not pay for any loss caused by any of the following even if they are Covered Causes Of Loss:

**i.** Vandalism;

**ii.** Sprinkler leakage, unless you have protected the system against freezing;

**iii.** Building glass breakage;

**iv.** Water damage;

**v.** Theft; or

**vi.** Attempted theft.

**(b)** With respect to Covered Causes Of Loss other than those listed in Paragraphs **(a)i.** through **(a)vi.** above, we will reduce the amount we would otherwise pay for the loss by 15%.

**2. Property General Conditions**

**a. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any **SECTION I** condition at any one or more described premises will not affect coverage at any described premises where, at the time of loss, the breach of condition does not exist.

**b. Mortgageholders**

**(1)** The term "mortgageholder" includes trustee.

**(2)** We will pay for covered loss to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**(3)** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**(4)** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(a)** Pays any premium due under this policy at our request if you have failed to do so;

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(c)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

**(5)** If we pay the mortgageholder for any loss and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

**(a)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(b)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**(6)** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(a)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(b)** 30 days before the effective date of cancellation if we cancel for any other reason.

**(7)** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**c. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**d. Policy Period, Coverage Territory**

Under **SECTION I — PROPERTY**:

**(1)** We cover loss commencing:

**(a)** During the policy period shown in the Declarations; and

**(b)** Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

**(2)** The coverage territory is:

**(a)** The United States of America (including its territories and possessions);

**(b)** Puerto Rico; and

**(c)** Canada.

## SECTION I — DEFINITIONS

1. "Accident" means direct physical loss as follows:

**a.** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**b.** Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

c. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

d. Loss to steam boilers, steam pipes, steam engines or steam turbines caused by any condition or event inside such equipment; or

e. Loss to hot water boilers or other water heating equipment, air conditioning units or refrigerating units caused by any condition or event inside such boilers or equipment.

"Accident" does not mean any defect, programming error, programming limitation, computer virus, malicious code, loss of "electronic data", loss of access, loss of use, loss of functionality or other condition within or involving "electronic data" of any kind.

2. "Computer" means:

a. Programmable electronic equipment that is used to store, retrieve and process data; and

b. Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" does not include those used to operate production type machinery or equipment.

3. "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

4. "Covered equipment" means Covered Property built to operate under vacuum or pressure, other than weight of contents, or used for the generation, transmission or utilization of energy.

None of the following is "covered equipment":

a. Structure, foundation, cabinet, compartment or air supported structure or building;

b. Insulating or refractory material;

c. Sewer piping, underground vessels or piping, or piping forming a part of a sprinkler system;

d. Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

e. Vehicle, aircraft, floating vessel or any equipment mounted on such vehicle, aircraft or floating vessel. However, any property that is stationary, permanently installed at a described premises and that receives electrical power from an external power supplier will not be considered a vehicle, aircraft or floating vessel;

f. Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

g. Dragline, excavation equipment or construction equipment; or

h. Equipment manufactured by you for sale.

5. "Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve or send data.

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

8. "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

9. "Manager" means a person serving in a directorial capacity for a limited liability company.

10. "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

11. "Money" means:

a. Currency, coins and bank notes in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

12. "Operations" means your business activities occurring at the described premises.

13. "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

14. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste also includes materials to be recycled, reconditioned or reclaimed.

15. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".



©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

16. "Sinkhole collapse" means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

a. The cost of filling sinkholes; or

b. Sinking or collapse of land into man-made underground cavities.

17. "Specified causes of loss" means the following:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; "sinkhole collapse"; "volcanic action"; falling objects; weight of snow, ice or sleet; water damage.

a. Falling objects does not include loss to:

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside a building or structure, unless the roof, an outside wall, or outside building glass of the building or structure is first damaged by a falling object.

b. Water damage, meaning only abrupt accidental discharge or leakage of water or steam as the direct result of the abrupt rupture of any part of a plumbing system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

18. "State Farm Companies" means one or more of the following:

a. State Farm Mutual Automobile Insurance Company;

b. State Farm Fire and Casualty Company; and

c. Subsidiaries or affiliates of either **a.** or **b.** above.

19. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

20. "Utility service equipment" means non-covered property, of a type that otherwise meets the definition of "covered equipment", that is owned by a utility, landlord, landlord's utility or other supplier who provides you with any of the following services:

a. Internet access, wide area network, telecommunications or data transmission services;

b. Water, electricity, natural gas, steam, heating, air conditioning, refrigeration or compressed air services; or

c. Waste disposal services;

to the described premises.

21. "Valuable papers and records" means inscribed, printed or written:

a. Documents;

b. Manuscripts; and

c. Records;

including abstracts, books, deeds, drawings, films, maps or mortgages.

But "valuable papers and records" does not mean "money", "securities" or "electronic data".

22. "Volcanic action" means accidental direct physical loss resulting from the eruption of a volcano when the loss is caused by:

a. Airborne volcanic blast or airborne shock waves;

b. Ash, dust or particulate matter; or

c. Lava flow.

We will not pay for the cost to remove ash, dust or particulate matter that does not cause accidental direct physical loss to Covered Property.

## SECTION II — LIABILITY

### Coverage L – Business Liability

1. When a Limit Of Insurance is shown in the Declarations for **Coverage L – Business Liability**, we will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured by counsel of our choice against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury", to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or offense and settle any claim or "suit" with or without the insured's consent, for any reason and at any time. But:

a. The amount we will pay for damages is limited as described in **SECTION II — LIMITS OF INSURANCE;** and

b. Our right and duty to defend end when we have used up the applicable Limit Of Insurance in the payment of judgments or settlements or medical expenses.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **Section II – Supplementary Payments.**

2. This insurance applies:

a. To "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";



©, Copyright, State Farm Mutual Automobile Insurance Company, 2013.
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.a.** of **SECTION II — WHO IS AN INSURED** and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known before the policy period.

**b.** To "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

**3.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.a.** of **SECTION II — WHO IS AN INSURED** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of "bodily injury" or "property damage" after the end of the policy period.

**4.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.a.** of **SECTION II — WHO IS AN INSURED** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**a.** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**b.** Receives a written or verbal demand or claim for damages, or other relief, because of the "bodily injury" or "property damage"; or

**c.** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**5.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## Section II – Supplementary Payments

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which **Coverage L – Business Liability** for "bodily injury" applies. We do not have to furnish these bonds.

**c.** The premium for bonds to release attachments, but only for bond premiums within our Limit Of Insurance. We do not have to furnish, finance, arrange for, guarantee or collateralize these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** Any cost taxed against the insured in the "suit", except for attorney fees and expenses.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit Of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit Of Insurance.

These payments will not reduce the Limit Of Insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" or offense are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

3. So long as the conditions in Paragraph **2.** above are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.** in **Section II – Exclusions**, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the Limits Of Insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable Limit Of Insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **2.f.** above are no longer met.

## Section II – Exclusions

Applicable to **Coverage L – Business Liability**, this insurance does not apply to:

**1. Expected Or Intended Injury**

**a.** "Bodily injury" or "property damage" expected or intended to cause harm as would be expected by a reasonable person; or

**b.** "Bodily injury" or "property damage" which is the result of willful and malicious, or criminal acts of the insured.

This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**2. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**a.** That the insured would have in the absence of the contract or agreement; or

**b.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(1)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(2)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**3. Liquor Liability**

**a.** "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

**b.** This exclusion applies only if you:

**(1)** Manufacture, sell or distribute alcoholic beverages; or

**(2)** Serve or furnish alcoholic beverages:

**(a)** As a regular part of your business;

**(b)** For a charge whether or not such activity:

**i.** Requires a license; or

**ii.** Is for the purpose of financial gain or livelihood; or

**(c)** Without a charge, if a license is required for such activity.

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, or providing or failing to provide transportation with respect to any person that may be under the influence of alcohol if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", described in Paragraph **a.**

**4. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**5. Employer's Liability**

**a.** "Bodily injury" to:

**(1)** An "employee" or a former "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(b) Performing duties related to the conduct of the insured's business; or

(2) The "spouse", child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

**b.** This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**6. Employment-Related Practices**

**a.** "Bodily injury" or "personal and advertising injury" to:

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, malicious prosecution, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The "spouse", child, parent, brother or sister of that person as a consequence of Paragraph **(1)** above.

**b.** This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity;

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury; or

(3) Whether the injury causing event described in Paragraph **a.(1)** above occurs before employment, during employment or after employment of that person.

**7. Pollution**

**a.** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, spill, release or escape of "pollutants":

(1) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(a) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(b) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(c) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(2) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(3) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(a) Any insured; or

(b) Any person or organization for whom you may be legally responsible; or

(4) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(a) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(b) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(c) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(5) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

b. Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement or such claim or "suit" by or on behalf of a governmental authority.

**8. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use also includes operation and "loading or unloading".

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

a. A watercraft while ashore on premises you own or rent;

b. A watercraft you do not own that is:

(1) Less than 51 feet long; and

(2) Not being used to carry persons or property for a charge;

c. Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or any insured;

d. Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft;

e. "Bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person; or

f. "Bodily injury" or "property damage" arising out of:

(1) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged; or

(2) The operation of any of the following machinery or equipment:

(a) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(b) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(3) The operation of your business from a land vehicle:

(a) While it is parked and functioning, other than "loading and unloading", as a premises for your business operations; and

(b) That would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it it licensed or principally garaged.

**9. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

a. The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

b. The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity or contest.

**10. War**

"Bodily injury", "property damage" or "personal and advertising injury", however caused, arising, directly or indirectly, out of:

a. War, including undeclared civil war;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

**11. Professional Services Or Treatment**

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering or failure to render any professional service or treatment. This includes but is not limited to:

a. Legal, accounting or advertising services;

b. Preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications;

c. Supervisory, inspection, architectural or engineering activities;

d. Treatment, advice or instruction of any medical, surgical, dental, x-ray or nursing services;

e. Treatment, advice or instruction of any health or therapeutic services;

f. Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

g. Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

h. Body piercing services;

i. Services in connection with the practice of pharmacy;

j. Handling, embalming, disposal, burial, cremation or disinterment of dead bodies; and

k. Veterinary services or treatments.

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offence which caused the "personal and advertising injury", involved the rendering or failure to render of any professional service.

**12. Damage To Property**

"Property damage" to:

a. Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

b. Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

c. Property loaned to you;

d. Personal property in the care, custody or control of any insured;

e. That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations;

f. That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it; or

g. Covered Property under **SECTION I** of this policy that is held in common by members of a condominium or association.

Paragraph **b.** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **c.**, **d.**, **e.**, and **f.** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **f.** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**13. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**14. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

**15. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

a. A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

b. A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**16. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

a. "Your product";

b. "Your work"; or

c. "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**17. Personal And Advertising Injury**

a. Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

b. Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

c. Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

d. For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

e. Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

f. Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

g. Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

h. Committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web-sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **18.a.**, **b.** and **c.** of "personal and advertising injury" under **SECTION II — DEFINITIONS.**

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting;

i. Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time;

j. With respect to any loss, cost or expense arising out of any:

(1) Request, demand, order, or statutory or regulatory requirement that any insured or others test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of, "pollutants";

k. Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control;

l. Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan;

m. Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers; or

n. Arising out of a criminal act committed by or at the direction of the insured.

**18. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

a. Damages arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

b. Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph a. or b. above.

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**19. Recording And Distribution Of Material**

"Bodily injury", "property damage", or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

a. The Telephone Consumer Protection Act (TCPA), CAN-SPAM Act of 2003, Fair Credit Reporting Act (FCRA), or Fair and Accurate Credit Transaction Act (FACTA); including any regulations and any amendment of or addition to such law;

b. Any federal, state or local statute, ordinance or regulation, in addition to Paragraph **a.** above, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information; or

c. Any federal, state or local statute, ordinance that may provide a basis for a separate claim or cause of action arising out of any communication referenced in Paragraphs **a.** or **b.** above.

**20. Fungi**

a. "Bodily injury", "property damage", or "personal and advertising injury" arising out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi":

(1) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured; or

(2) At or from any premises, site or location on which any insured or any contractor or subcontractor working directly or indirectly on behalf of any insured is or was at any time performing operations;

b. Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, remediate or dispose of or in any way respond to or assess the effects of "fungi"; or

(2) Claim or "suit" for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of "fungi".

This exclusion does not apply to any "fungi" that are, are on, or are contained in, a good or product intended for bodily consumption.

## SECTION II — DAMAGE TO PREMISES RENTED TO YOU

Subject to the terms and conditions of **SECTION II** of this coverage form, unless otherwise indicated, we will also pay those sums that the insured becomes legally obligated to pay as damages because of "property damage" to premises rented to you or occupied by you with the owner's permission. This insurance applies if such "property damage" arises out of any insured loss in **SECTION I** of this coverage form.

However, we will not pay for loss to property described in Paragraphs **3.**, **4.** and **5.** under **Coverage B – Business Personal Property** of **SECTION I — PROPERTY.**

The most we will pay for damages because of "property damage" to these premises arising out of any one event, or a series or combination of such events, is the separate Damage To Premises Rented To You limit as described in **SECTION II — LIMITS OF INSURANCE**. This limit applies per "occurrence".

Our limit will not be increased regardless of the number of:

1. Insureds;
2. Premises insured;
3. Claims made or "suits" brought; or
4. Persons or organizations making claims or bringing "suits".

**Section II – Exclusions 3., 4., 5., 6., 7., 8., 9., 10., 12., 13., 14., 15.,** and **16.** do not apply to this coverage.

For the purpose of determining our limit for this coverage, all "property damage" arising out of a continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one "occurrence".

## SECTION II — MEDICAL EXPENSES

### Coverage M – Medical Expenses

1. When a Limit Of Insurance is shown in the Declarations for **Coverage M – Medical Expenses** we will pay medical expenses as described below for "bodily injury" caused by an accident:

a. On premises you own or rent;

b. On ways next to premises you own or rent; or

c. Because of your operations;

provided that:

a. The accident takes place in the "coverage territory" and during the policy period;

b. The expenses are incurred and reported to us within one year of the date of the accident;

c. The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require; and

d. The injured person, or, when appropriate, someone acting on behalf of that person:

(1) Gives us written proof of claim, under oath if required, as soon as practicable;

(2) Executes authorization to allow us to obtain copies of medical reports or other records; and

(3) Submits to us all information we need to comply with state or federal law.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2. We will make these payments regardless of fault. The amount we will pay for medical expenses is limited as described in **SECTION II — LIMITS OF INSURANCE.** We will pay reasonable expenses for:

   a. First aid administered at the time of an accident;

   b. Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

   c. Necessary ambulance, hospital, professional nursing and funeral services.

**Coverage M – Medical Expenses Exclusions**

Under **Coverage M – Medical Expenses**, we will not pay expenses for "bodily injury":

1. Excluded under **Section II – Exclusions** applicable to **Coverage L – Business Liability.**
2. To any insured, except "volunteer workers".
3. To a person hired to do work for or on behalf of any insured or a tenant of any insured.
4. To a person injured on that part of the premises you own or rent that the person normally occupies.
5. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.
6. To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletic contests.
7. Included within the "products-completed operations hazard".
8. Arising out of the use of any "non-owned auto".

**SECTION II — NUCLEAR ENERGY LIABILITY EXCLUSION**

Applicable to both **Coverage L – Business Liability** and **Coverage M – Medical Expenses**, this insurance does not apply:

1. Under **Coverage L – Business Liability**, to "bodily injury" or "property damage":

   a. With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its Limit Of Liability; or

   b. Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

      (1) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

      (2) The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

2. Under **Coverage M – Medical Expenses**, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

3. Under **Coverage L – Business Liability**, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material" if:

   a. The "nuclear material":

      (1) Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

      (2) Has been discharged or dispersed therefrom;

   b. The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

   c. The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this Paragraph **c.** applies only to "property damage" to such "nuclear facility" and any property thereat.

4. As used in this exclusion:

   a. "By-product material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

   b. "Hazardous properties" include radioactive, toxic or explosive properties;

   c. "Nuclear facility" means:

      (1) Any "nuclear reactor";

      (2) Any equipment or device designed or used for:

         (a) Separating the isotopes of uranium or plutonium;

         (b) Processing or utilizing "spent fuel"; or

         (c) Handling, processing or packaging "waste";

      (3) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(4)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

**d.** "Nuclear material" means "source material", "special nuclear material" or "by-product material";

**e.** "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

**f.** "Property damage" includes all forms of radioactive contamination of property;

**g.** "Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**h.** "Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**i.** "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

**j.** "Waste" means any waste material:

**(1)** Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

**(2)** Resulting from the operation by any person or organization of any "nuclear facility" included under Paragraphs **(1)** and **(2)** of the definition of "nuclear facility".

## SECTION II — WHO IS AN INSURED

**1.** Except for liability arising out of the use of "non-owned autos":

**a.** If you are designated in the Declarations as:

**(1)** An individual, you and your "spouse" are insureds, but only with respect to the conduct of a business, other than described in Paragraphs **(2)** through **(5)** below, of which you are the sole owner.

**(2)** A partnership or joint venture, you are an insured. Your members, your partners and their "spouses" are also insureds, but only with respect to the conduct of your business.

**(3)** A limited liability company, you are an insured. Your "members" are also insureds, but only with respect to the conduct of your business. Your "managers" are insureds, but only with respect to their duties as your "managers".

**(4)** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**(5)** A trust, you are an insured. Any executor, administrator, trustee, beneficiary or custodian of your estate or living trust are also insureds, but only while acting within the scope of their duties as such.

**b.** Each of the following is also an insured:

**(1)** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your "managers" (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(a)** "Bodily injury" or "personal and advertising injury":

**i.** To you, to your partners or members (if you are a partnership or joint venture), to your "members" (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**ii.** To the "spouse", child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **i.** above; or

**iii.** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **i.** or **ii.** above.

**(b)** "Property damage" to property:

**i.** Owned, occupied or used by,

**ii.** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any "member" (if you are a limited liability company).

**(2)** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.



©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(3) Any person or organization having proper temporary custody of your property if you die, but only:

(a) With respect to liability arising out of the maintenance or use of that property; and

(b) Until your legal representative has been appointed.

(4) Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

c. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

(1) Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

(2) There is no coverage for:

(a) "Bodily injury" or "property damage" that occurred; or

(b) "Personal and advertising injury" arising out of an offense committed;

before you acquired or formed the organization.

2. Only with respect to liability arising out of the use of "non-owned autos":

a. Each of the following is an insured to the extent set forth below:

(1) You;

(2) Any partner or "executive officer" of yours but only while such "non-owned auto" is being used in your business; or

(3) Any "employee" of yours but only while such "non-owned auto" is being used in your business; and

(4) Any other person or organization, but only for their liability because of acts or omissions of an insured under **(1)**, **(2)** or **(3)** above.

b. None of the following is an insured:

(1) "Employees" with respect to "bodily injury" to:

(a) Any fellow "employee" of the insured arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

(b) The "spouse", child, parents, brother or sister of that fellow "employee" as a consequence of Paragraph **(a)** above;

(2) Any:

(a) Partner or "executive officer" for any "auto" owned by or registered to such partner or officer or a member of his or her household; or

(b) "Employee" for any "auto" owned by or registered to such "employee" or a member of his or her household;

(3) Any person while employed in or otherwise engaged in duties in connection with a business of selling, repairing, servicing, storing, or parking "autos" unless that business is yours; or

(4) The owner of a "non-owned auto" or any agent of or any person or entity employed by such owner.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION II — LIMITS OF INSURANCE

1. The Limits Of Insurance of **SECTION II — LIABILITY** shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Premises insured;

c. Claims made or "suits" brought; or

d. Persons or organizations making claims or bringing "suits".

2. The most we will pay for the sum of all damages because of all:

a. "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

b. "Personal and advertising injury" sustained by any one person or organization;

is the **Coverage L – Business Liability** limit shown in the Declarations for the policy period during which the injury or damage first occurs and no additional limits or coverage will be available for the "occurrence" or offense under any additional years that this policy remains in force. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the **Coverage M – Medical Expenses** limit shown in the Declarations.

This limit does not apply to "property damage" to a premises while rented to you or occupied by you with the permission of the owner.

3. The most we will pay for damages because of "property damage" to a premises while rented to you or occupied by you with the permission of the owner is the Damage To Premises Rented To You limit shown in the Declarations.

4. Aggregate Limits

The most we will pay for:



©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

a. All "bodily injury" and "property damage" that is included in the "products-completed operations hazard" is the Products And Completed Operations Aggregate limit shown in the Declarations.

b. All:

(1) "Bodily injury" and "property damage" except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

(2) Medical expenses; and

(3) "Personal and advertising injury" caused by offenses committed;

is the General Aggregate limit shown in the Declarations.

This General Aggregate limit applies separately to each premises not on the same or connecting lots.

However, this General Aggregate limit does not apply to "property damage" payable under **SECTION II — DAMAGE TO PREMISES RENTED TO YOU** coverage.

The Limits Of Insurance of **SECTION II — LIABILITY** apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

## SECTION II — DEDUCTIBLES

If a deductible amount is shown in the Declarations under **SECTION II — DEDUCTIBLES** our obligation to pay damages on your behalf under the "property damage" liability coverage provided by **Coverage L – Business Liability** applies only to the amount of damages in excess of the deductible shown in the Declarations under **SECTION II — DEDUCTIBLES.** This deductible amount applies per claim to all damages because of "property damage" sustained by one person or organization as the result of any one "occurrence". This deductible will apply only to the amount of the loss and will not reduce our Limit Of Insurance.

However, the deductible does not apply to "property damage" payable under **SECTION II — DAMAGE TO PREMISES RENTED TO YOU** coverage.

We may pay any part or all of the deductible amount to settle any claim or "suit". Upon notification of the action taken, you will promptly reimburse us for that part of the deductible amount that has been paid by us.

## SECTION II — GENERAL CONDITIONS

1. **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

2. **Financial Responsibility Laws**

When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, the insurance provided by the policy for "bodily injury" liability and "property damage" liability will comply with the provisions of the law to the extent of the coverage and limits of insurance required by that law.

3. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation, or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

4. **Legal Action Against Us**

No person or organization has a right under this policy:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this policy unless all of its terms have been fully complied with.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit Of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

5. **Separation Of Insureds**

   Except with respect to the **SECTION II — LIMITS OF INSURANCE**, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

   **a.** As if each Named Insured were the only Named Insured; and

   **b.** Separately to each insured against whom claim is made or "suit" is brought.

## SECTION II — DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   **a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   **b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   **a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   **b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged.

   However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time. "Bodily injury" includes mental anguish or other mental injury caused by the "bodily injury".

4. "Coverage territory" means:

   **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

   **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   **c.** All other parts of the world if the injury or damage arises out of:

   **(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

   **(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

   **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by "fungi".

8. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

9. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

10. "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(2)** above and supervisory, inspection or engineering services.

**11.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**12.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**13.** "Manager" means a person serving in a directorial capacity for a limited liability company.

**14.** "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

**15.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, on which are permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law or motor vehicle registration law are considered "autos".


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**16.** "Non-owned auto" means any "auto" you do not own, lease, hire, rent or borrow which is used in connection with your business. This includes "autos" owned by or registered to your "employees", partners or members (if you are a partnership or joint venture), "members" or "managers" (if you are a limited liability company), "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company), or members of their households, but only while used in your business or your personal affairs.

**17.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**18.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of privacy, of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement";

**g.** Infringing upon another's trade dress or slogan in your "advertisement"; or

**h.** Infringement of another's copyright, patent, trademark or trade secret.

**19.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**20.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**21.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured or destroyed, provided such loss of use is caused by physical injury to or destruction of other tangible property. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**22.** "Spouse" means spouse or registered domestic partner under California law.

**23.** "State Farm Companies" means one or more of the following:

**a.** State Farm Mutual Automobile Insurance Company;

**b.** State Farm Fire and Casualty Company; and

**c.** Subsidiaries or affiliates of either **a.** or **b.** above.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**24.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**25.** "Temporary worker" means a person who is furnished to:

**a.** You to substitute for a permanent "employee" on leave; or

**b.** Meet seasonal or short-term workload conditions.

**26.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**27.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**28.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

## SECTION I AND SECTION II — COMMON POLICY CONDITIONS

**1. Cancellation**

**a.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**b. All Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured at the mailing address shown in the policy and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for a reason listed in Paragraph **c.(1)(a)** or **c.(1)(b)** below regardless of how long this policy has been in effect; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**c. All Policies In Effect For More Than 60 Days**

**(1)** If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

**(a)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

**(b)** Discovery of fraud or material misrepresentation by:

**i.** Any insured or his or her representative in obtaining this insurance; or

**ii.** You or your representative in pursuing a claim under this policy.

**(c)** A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

**(d)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(e) Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

(f) A determination by the Commissioner of Insurance that the:

i. Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

ii. Continuation of the policy coverage would:

1) Place us in violation of California law or the laws of the state where we are domiciled; or

2) Threaten our solvency.

(g) A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

(2) We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

(a) 10 days before the effective date of cancellation if we cancel for a reason listed in Paragraph **c.(1)(a)** or **c.(1)(b)** above; or

(b) 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **c.(1)** above.

**d.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**f.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**g.** If this policy insured more than one named insured:

(1) The first named insured may effect cancellation for the account of all insureds; and

(2) Our notice of cancellation to the first named insured is notice to all insureds. Payment of unearned premium to the first named insured is for the account of all interests therein.

**h. Residential Property**

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit. If such coverage has been in effect for 60 days or less and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except that we may not cancel this policy solely because:

(1) Corrosive soil conditions exist on the premises; or

(2) The first Named Insured has:

(a) Accepted an offer of earthquake coverage; or

(b) Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

However, we shall cancel this policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

**2. Changes**

**a.** This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**b.** We may change the Named Insured's policy address as shown in the Declarations and in our records to the most recent address provided to us by:

(1) You; or

(2) The United States Postal Service.

**3. Concealment, Misrepresentation Or Fraud**

**a.** With respect to a Covered Cause of Loss caused by fire, we do not provide coverage to the insured who, whether before or after a loss, has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

(1) This policy;

(2) The Covered Property;

(3) That insured's interest in the Covered Property; or

(4) A claim under this policy.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

b. With respect to loss caused by a Covered Cause of Loss other than fire, this policy is void if any insured, whether before or after a loss, has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

(1) This policy;

(2) The Covered Property;

(3) An insured's interest in the Covered Property; or

(4) A claim under this policy.

4. **Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

5. **Inspections And Surveys**

a. We have the right to:

(1) Make inspections and surveys at any time;

(2) Give you reports on the conditions we find; and

(3) Recommend changes.

b. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

(1) Are safe and healthful; or

(2) Comply with laws, regulations, codes or standards.

c. Paragraphs **a.** and **b.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

d. Paragraph **b.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

6. **Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

7. **Other Insurance**

**SECTION I — PROPERTY**

If there is other insurance covering the same loss, we will pay only for the amount of covered loss in excess of the amount due from that other insurance, whether you can collect on it or not. However, this insurance is primary and does not contribute with any other insurance for a covered loss to property as described in **Coverage A – Buildings** that you do not own and which is your insurance responsibility according to the terms of a lease or rental agreement. We will decide if our payment for loss will be made to you or to the owner of the property. But we will not pay more than the applicable Limit Of Insurance of **SECTION I — PROPERTY** coverages shown in the Declarations.

**SECTION II — LIABILITY**

If other valid and collectible insurance is available to the insured for a loss we cover under **SECTION II — LIABILITY**, our obligations are limited as follows:

a. **Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

b. **Excess Insurance**

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That insures for accidental direct physical loss; or

(ii) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to paragraph **8.** of **Section II – Exclusions.**

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

(2) When this insurance is excess, we will have no duty under **Coverage L – Business Liability** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**SECTION II — LIABILITY** Limits Of Insurance shown in the Declarations.

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

d. **Other Insurance Provided By Us**

The total insurance provided under **Coverage L – Business Liability** and any other policy written by us will not exceed the highest Limit Of Insurance applicable under any one of the policies written by us.

8. **Liberalization**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

9. **Premiums**

a. The first Named Insured shown in the Declarations:

(1) Is responsible for the payment of all premiums; and

(2) Will be the payee for any return premiums we pay.

b. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

c. Unless otherwise provided by an alternative payment plan in effect with "State Farm Companies", you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

(1) Paid to us prior to the anniversary date; and

(2) Determined in accordance with Paragraph b. above.

Our forms then in effect will apply.

d. Undeclared exposures or change in your business operation, acquisition or use of premises may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

When you request changes to this policy, or the information or factors used to calculate the premium for this policy changes during the policy period, we may adjust the premium in accordance with the change during the policy period and you must pay any additional premium due within the time we specify.

e. The premium for this policy may vary based upon:

(1) The purchase of other insurance from the "State Farm Companies".

(2) The purchase of products or services from an organization that has entered into an agreement or contract with the "State Farm Companies". The "State Farm Companies" do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization; or

(3) An agreement, concerning the insurance provided by this policy, that the "State Farm Companies" has with an organization in which you have a membership, or of which you are a subscriber, licensee, or franchisee.

f. Your purchase of this policy may allow:

(1) You to purchase or obtain certain coverages, coverage options, coverage deductibles, coverage limits, or coverage terms on other products from the "State Farm Companies", subject to their applicable eligibility rules; or

(2) The premium or price for other products or services purchased by you, including non-insurance products or services, to vary. Such other products or services must be provided by the "State Farm Companies" or by an organization that has entered into an agreement or contract with the "State Farm Companies". The "State Farm Companies" do not warrant the merchantability, fitness or quality of any product or service offered or provided by that organization.

10. **Transfer Of Rights Of Recovery Against Others To Us**

a. Applicable to **SECTION I — PROPERTY**:

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

(1) Prior to a loss to your Covered Property.

(2) After a loss to your Covered Property only if, at time of loss, that party is one of the following:

(a) Someone insured by this insurance;

(b) A business firm:


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

i. Owned or controlled by you; or

ii. That owns or controls you; or

(c) Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

b. Applicable to **SECTION II — LIABILITY**:

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to **Medical Expenses Coverage**.

**11. Premium Audit**

a. This policy is subject to audit if a premium designated as an estimated premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

b. Premium shown in this policy as estimated premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the estimated and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**12. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**13. When We Do Not Renew**

a. Subject to the provisions of Paragraphs **b.** and **c.** below, if we elect not to renew this policy, we will mail or deliver written notice stating the reason for nonrenewal to the first Named Insured shown in the Declarations and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

b. **Residential Property**

This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit.

We may elect not to renew such coverage for any reason, except that we will not refuse to renew such coverage solely because:

(1) The first Named Insured has accepted an offer of earthquake coverage.

However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew such coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

(a) The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

(b) The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

(c) We have:

i. Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

ii. Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

(2) The first Named Insured has cancelled or did not renew a policy, issued by the California Earthquake Authority that included an earthquake policy premium surcharge.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(3) Corrosive soil conditions exist on the premises.

c. We are not required to send notice of nonrenewal in the following situations:

(1) If the transfer or renewal of a policy, without any changes in terms, conditions, or rates, is between us and a member of our insurance group.

(2) If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **a.**

(3) If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

(4) If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

(5) If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

(6) If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in Paragraph **a.**, to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

**14. Conformity To State Law**

When a provision of this policy is in conflict with the applicable law of the state in which this policy is issued, the law of the state will apply.

**15. Severability**

If any provision of this policy is held invalid or unenforceable by a court that has jurisdiction, then:

**a.** Such provision will remain in full force to the extent not held invalid or unenforceable; and

**b.** All other provisions of this policy will remain valid and enforceable.



©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
© Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CMP-4696 RESIDENTIAL COMMUNITY ASSOCIATION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

1. **SECTION I — PROPERTY** is amended as follows:
   a. Under **Coverage A – Buildings**:
      (1) Paragraph **2.** is replaced by the following:
         2. Fixtures, outside of individual units, including outdoor fixtures;
      (2) Paragraph **5.d.** is replaced by the following:
         d. Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering that are not contained within individual units.
      (3) The following is added:

         Any of the following types of property contained within an individual unit, regardless of ownership:

         (a) Fixtures, improvements and alterations that are a part of the building or structure; and

         (b) Appliances, such as those used for refrigerating, ventilating, cooking, dishwashing, laundering, security or housekeeping.

         But Building does not include personal property owned by, used by or in the care, custody or control of a unit-owner except for personal property listed in Paragraphs **(a)** or **(b)** above.
   b. Under **Coverage B – Business Personal Property**:
      (1) Paragraph **1.** is replaced by the following:
         1. Property that:
            a. You own, lease from others or rent from others, or that is loaned to you; or
            b. Owned indivisibly by all unit-owners;
      (2) Paragraph **3.** does not apply.
   c. The following is added under **Property Not Covered:**

      Personal property owned by a unit-owner except as provided in **Coverage A – Buildings** or **Coverage B – Business Personal Property.**
   d. Paragraph **2.g.** of **SECTION I — EXCLUSIONS** is replaced by the following:
      g. **Water**
         (1) Flood, surface water, waves (including tidal wave, tsunami, seiche) tides, tidal water, overflow of any body of water, or spray or surge from any of these, all whether driven by wind or not, except as provided in **e.(2)** Back-up Of Sewer Or Drain Extension Of Coverage;
         (2) Mudslide or mudflow;
         (3) Water or sewage that backs up or overflows from a sewer, drain or sump, except as provided in Back-up Of Sewer Or Drain Extension Of Coverage;
         (4) Water or sewage under the ground surface pressing on, or flowing or seeping through:
            (a) Foundations, walls, floors or paved surfaces;
            (b) Basements, whether paved or not; or
            (c) Doors, windows or other openings; or
         (5) Material carried or otherwise moved by any of the Water, as described in Paragraphs **(1)** through **(4)** above.

         But if Water, as described in Paragraphs **(1)** through **(5)** above, results in accidental direct physical loss by fire, explosion or sprinkler leakage, we will pay for the loss caused by that fire, explosion or sprinkler leakage.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CONTINUED

e. **SECTION I — EXTENSIONS OF COVERAGE** is amended as follows:

(1) Regardless of any language to the contrary in this policy, and only for the following Extensions Of Coverage, the most we will pay for loss in any one occurrence at each "complex" is the Limit Of Insurance for that Extension Of Coverage shown in the Declarations:

Pollutant Clean Up And Removal;

Money Orders And Counterfeit Money;

Forgery Or Alterations;

Personal Property Off Premises;

Outdoor Property;

Personal Effects;

Valuable Papers And Records;

Accounts Receivable;

Signs;

Arson Reward; and

Property Of Others.

**(2)** The following is added:

**Back-up Of Sewer Or Drain.**

**1.** We will pay for accidental direct physical loss to Covered Property directly and immediately caused by water or sewage:

**a.** That enters through a sewer or drain located inside the interior structure; or

**b.** Which enters into and overflows from within a sump pump, sump pump well, or any other system located inside the interior of the structure, designed to remove subsurface water drained from the foundation area.

**2.** This coverage does not apply if the loss is resulting from your failure to:

**a.** Keep a sump pump or its related equipment in proper working condition; or

**b.** Perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

**f.** Paragraph **3.** of **SECTION I — LIMITS OF INSURANCE** does not apply.

**g.** Paragraph **1.e.(4)(d)** under Loss Payment of **SECTION I — CONDITIONS** does not apply.

**h.** The following is added to Paragraph **1.e.** under Loss Payment of **SECTION I — CONDITIONS**:

If you name an insurance trustee, we will adjust losses with you, but we will pay the insurance trustee. If we pay the trustee, the payments will satisfy your claims against us.

**i.** The following is added to **SECTION I — DEFINITIONS**:

"Complex" means one or more covered buildings subject to common ownership, management, and maintenance located on the same or connecting lots.

**2.** **SECTION II — LIABILITY** is amended as follows:

**a.** The following applies to **SECTION II — WHO IS AN INSURED**:

No person or organization is an insured with respect to acts, errors or omissions:

**(1)** For which that person or organization may be liable in their capacity as a declarant, builder, sponsor, developer, promoter, engineer or architect; or

**(2)** While acting within the scope of their duties for a declarant, builder, sponsor, developer, promoter, engineer or architect.

**b.** The following is added to Paragraph **1.b.** under **SECTION II — WHO IS AN INSURED**:

Each of the following is also an insured:

Any unit-owner including:

**(1)** The declarant, builder, sponsor, developer or promoter in the capacity as a unit-owner, but only with respect to the declarant's, builder's, sponsor's, developer's or promoter's liability arising out of:

**(a)** The ownership, maintenance or repair of that portion of the premises which is not owned solely by the declarant, builder, sponsor, developer or promoter; or

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

**(b)** The declarant's, builder's, sponsor's, developer's or promoter's membership in the association.

**(2)** Each other unit-owner of the described condominium association or similar community association, but only with respect to that person's liability arising out of:

**(a)** The ownership, maintenance or repair of that portion of the premises which is not owned solely by the unit-owner; or

**(b)** Membership in the association.

**3. SECTION I AND SECTION II — COMMON POLICY CONDITIONS** is amended as follows:

**a. SECTION I — PROPERTY** under Paragraph **7.** Other Insurance is replaced by the following:

**SECTION I — PROPERTY**

If there is other insurance covering the same loss, we will pay only for the amount of covered loss in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit Of Insurance of **SECTION I — PROPERTY** shown in the Declarations.

If, at the time of loss, a unit-owner has other insurance covering the same property as this insurance, this insurance is intended to be primary, and not to contribute with such other insurance.

**b.** The following is added to Paragraph **10.** Transfer Of Rights Of Recovery Against Others To Us:

We waive our rights to recover payment from:

**(1)** Any unit-owner, including the developer as a unit-owner, and household members;

**(2)** The association; and

**(3)** Member of the board of directors for acts or omissions within the scope of their duties for you.

We reserve our right, however, to recover against the declarant, builder, sponsor, developer or promoter for acts, errors or omissions that the declarant, builder, sponsor, developer or promoter may be liable for in the capacity as a declarant, builder, sponsor, developer or promoter.

All other policy provisions apply.



©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CMP-4746.1 HIRED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

1. The insurance provided under **Coverage L – Business Liability** in **SECTION II – LIABILITY**, applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.
2. For insurance provided by this endorsement only:
   a. The exclusions under **Section II – Exclusions**, other than exclusions **1.**, **2.**, **4.**, **7.**, and **10.**, and the **SECTION II – NUCLEAR ENERGY LIABILITY EXCLUSION**, are deleted and replaced by the following:
      **(1)** "Bodily injury" to:
         **(a)** An "employee" of the insured arising out of and in the course of:
            **i.** Employment by the insured; or
            **ii.** Performing duties related to the conduct of the insured's business; or
         **(b)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(a)** above.

         This exclusion applies:

         **(a)** Whether the insured may be liable as an employer or in any other capacity; and
         **(b)** To any obligation to share damages with or repay someone else who must pay damages because of injury.

         This exclusion does not apply to:

         **(a)** Liability assumed by the insured under an "insured contract"; or
         **(b)** "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers compensation law.
      **(2)** "Property damage" to:
         **(a)** Property owned or being transported by, or rented or loaned to the insured; or
         **(b)** Property in the care, custody or control of the insured.
   b. We will not pay under **Coverage M – Medical Expenses** for "bodily injury" arising out of the use of any "hired auto".
   c. **SECTION II – WHO IS AN INSURED**, is replaced by the following:
      1. Each of the following is an insured under this endorsement to the extent set forth below:
         a. You;
         b. Any other person using a "hired auto" with your permission; and
         c. Any other person or organization, but only for their liability because of acts or omissions of an insured under **a.** or **b.** above.
      2. None of the following is an insured:
         a. Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;
         b. Any:
            **(1)** Partner or "executive officer" for any "auto" owned by or registered to such partner or officer or a member of his or her household; or

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

(2) "Employee" for any "auto" owned by or registered to such "employee" or a member of his or her household;

c. Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

d. The owner or lessee (of whom you are a sublessee) of a "hired auto" or any agent of or any person or entity employed by such owner or lessee; or

e. Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

3. With respect to this endorsement the following additional definitions apply:

   a. "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

   b. "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", your partners or members (if you are a partnership or joint venture), "members" or "managers" (if you are a limited liability company), your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or members of their households.

All other policy provisions apply.



©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

## AMENDATORY ENDORSEMENT (California)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

1. **SECTION I — EXCLUSIONS** is amended as follows:

   a. Paragraph **2.f. Dishonesty** is replaced by the following:

      f. **Dishonesty**

      **(1)** Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees, directors, trustees, or authorized representatives, whether acting alone or in collusion with each other or with any other party; or

      **(2)** Theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

      This exclusion applies whether or not an act occurs during your normal hours of operation.

      This exclusion does not apply to acts of destruction by your employees; but theft by your employees is not covered.

      With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

   b. Under Paragraph **i. Fungi, Virus Or Bacteria**, the reference to **23. Fungi, Wet Or Dry Rot** is changed to **24. Fungi, Wet Or Dry Rot**.

2. Paragraph **24. d.** under **Fungi, Wet Or Dry Rot And Bacteria** of **SECTION I — EXTENSIONS OF COVERAGE** does not apply.

3. **SECTION II — LIABILITY** is amended as follows:

   a. When used in this policy, the words "his or her" are replaced with "that person's".

   b. **Section II – Exclusions** is amended as follows:

      **(1)** Paragraphs **17.b.** and **17.c.** under **Personal And Advertising Injury** are replaced by the following:

      **b.** Arising out of oral or written publication of material, in any manner, if done by or at the direction of the insured with knowledge of its falsity;

      **c.** Arising out of oral or written publication of material, in any manner, whose first publication took place before the beginning of the policy period;

   c. Under **SECTION II — MEDICAL EXPENSES**, Paragraph **1.d.(2)** under **Coverage M – Medical Expenses** is replaced by the following:

      **(2)** Executes authorization to allow us to obtain copies of medical bills, medical records, and any other information we deem necessary to substantiate the claim.

      Such authorizations must not:

      **(a)** Restrict us from performing our business functions in:

      **i.** Obtaining records, bills, information, and data; or

      **ii.** Using or retaining records, bills, information, and data collected or received by us;

      **(b)** Require us to violate federal or state laws or regulations;

      **(c)** Prevent us from fulfilling our data reporting and data retention obligations to insurance regulators; or

      **(d)** Prevent us from disclosing claim information and data:

      **i.** To enable performance of our business functions;

      **ii.** To meet our reporting obligations to insurance regulators;

      **iii.** To meet our reporting obligations to insurance data consolidators; and

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**iv.** As otherwise permitted by law.

If the holder of the information refuses to provide it to us despite the authorization, then at our request the person making claim or his or her legal representative must obtain the information and promptly provide it to us; and

**d. SECTION II — DEFINITIONS** is amended as follows:

**(1)** Paragraphs **18.f.** and **18.g** are replaced by the following:

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**(2)** Paragraph **18.h.** is deleted.

**4.** The following are added to **SECTION I AND SECTION II — COMMON POLICY CONDITIONS:**

**Our Rights Regarding Claim Information**

**a.** We will collect, receive, obtain, use, and retain all the items described in Paragraph **b.(1)** below and use and retain the information described in Paragraph **b.(3)(b)** below, in accordance with applicable federal and state laws and regulations and consistent with the performance of our business functions.

**b.** Subject to Paragraph **a.** above, we will not be restricted in or prohibited from:

**(1)** Collecting, receiving, or obtaining records, receipts, invoices, medical bills, medical records, wage information, salary information, employment information, data, and any other information;

**(2)** Using any of the items described in Paragraph **b.(1)** above; or

**(3)** Retaining:

**(a)** Any of the items in Paragraph **b.(1)** above; or

**(b)** Any other information we have in our possession as a result of our processing, handling, or otherwise resolving claims submitted under this policy.

**c.** We may disclose any of the items in Paragraph **b.(1)** above and any of the information described in Paragraph **b.(3)(b)** above:

**(1)** To enable performance of our business functions;

**(2)** To meet our reporting obligations to insurance regulators;

**(3)** To meet our reporting obligations to insurance data consolidators;

**(4)** To meet other obligations required by law; and

**(5)** As otherwise permitted by law.

**d.** Our rights under Paragraphs **a.**, **b.**, and **c.** above shall not be impaired by any:

**(1)** Authorization related to any claim submitted under this policy; or

**(2)** Act or omission of an insured or a legal representative acting on an insured's behalf.

All other policy provisions apply.



©, Copyright, State Farm Mutual Automobile Insurance Company, 2019
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AMENDATORY ENDORSEMENT (California)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SECTION I – CONDITIONS**

Under Paragraph **1. Property Loss Conditions,** item **e. (4) (a) ii. 2)** of **Loss Payment** is replaced by the following:

> Within 36 months after we pay the actual cash value if the loss or damage relates to a state of emergency as described in Section 8558 of the Government Code;

All other policy provisions apply.



©, Copyright, State Farm Mutual Automobile Insurance Company, 2019
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CMP-4705.2 LOSS OF INCOME AND EXTRA EXPENSE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The coverage provided by this endorsement is subject to the provisions of **SECTION I — PROPERTY**, except as provided below.

**COVERAGES**

1. **Loss Of Income**

   a. We will pay for the actual "Loss Of Income" you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by accidental direct physical loss to property at the described premises. The loss must be caused by a Covered Cause Of Loss. With respect to loss to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

   With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, then the described premises means:

   **(1)** The portion of the building which you rent, lease or occupy; and

   **(2)** Any area within the building or on the site at which the described premises are located, if that area is the only such area that:

   **(a)** Services; or

   **(b)** Is used to gain access to;

   the described premises.

   b. We will only pay for "Loss Of Income" that you sustain during the "period of restoration" that occurs after the date of accidental direct physical loss and within the number of consecutive months for Loss Of Income And Extra Expense shown in the Declarations. We will only pay for "ordinary payroll expenses" for 90 days following the date of accidental direct physical loss.

2. **Extra Expense**

   a. We will pay necessary "Extra Expense" you incur during the "period of restoration" that you would not have incurred if there had been no accidental direct physical loss to property at the described premises. The loss must be caused by a Covered Cause Of Loss. With respect to loss to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

   With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, then the described premises means:

   **(1)** The portion of the building which you rent, lease or occupy; and

   **(2)** Any area within the building or on the site at which the described premises are located, if that area is the only such area that:

   **(a)** Services; or

   **(b)** Is used to gain access to;

   the described premises.

   b. We will only pay for "Extra Expense" that occurs after the date of accidental direct physical loss and within the number of consecutive months for Loss Of Income And Extra Expense shown in the Declarations.

3. **Extended Loss Of Income**

   a. If the necessary "suspension" of your "operations" produces a "Loss Of Income" payable under this policy, we will pay for the actual "Loss Of Income" you incur during the period that:

   **(1)** Begins on the date property, except finished stock, is actually repaired, rebuilt or replaced and "operations" are resumed; and

©, Copyright, State Farm Mutual Automobile Insurance Company, 2016
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

**(2)** Ends on the earlier of:

**(a)** The date you could restore your "operations", with reasonable speed, to the level which would generate the Net Income amount that would have existed if no accidental direct physical loss had occurred; or

**(b)** 60 consecutive days after the date determined in Paragraph **a.(1)** above.

However, Extended Loss Of Income does not apply to "Loss Of Income" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause Of Loss in the area where the described premises are located.

**b.** "Loss Of Income" must be caused by accidental direct physical loss at the described premises caused by any Covered Cause Of Loss.

**4. Civil Authority**

**a.** When a Covered Cause Of Loss causes damage to property other than property at the described premises, we will pay for the actual "Loss Of Income" you sustain and necessary "Extra Expense" caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause Of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

**b.** Civil Authority coverage for "Loss Of Income" will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

**c.** Civil Authority coverage for necessary "Extra Expense" will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority coverage for "Loss Of Income" ends;

whichever is later.

**EXTENSIONS OF COVERAGE**

**1. Newly Acquired Property**

**a.** You may extend the insurance provided by this endorsement to apply to newly acquired or constructed property covered as described in Paragraph **12.** of **SECTION I — EXTENSIONS OF COVERAGE** of your policy.

**b.** The most we will pay in any one occurrence under this coverage for "Loss Of Income" and necessary "Extra Expense" is the actual loss you sustain.

**2. Interruption Of Web Site Operations**

**a.** You may extend the insurance provided by this endorsement to apply to the necessary interruption of your business. The interruption must be caused by an accidental direct physical loss to your Web Site Operations at the premises of a vendor acting as your service provider.

Such interruption must be caused by a Covered Cause Of Loss other than a loss covered under Equipment Breakdown Extension Of Coverage of your Businessowners Coverage Form.

**(1)** Coverage Time Period

We will only pay for loss you sustain during the seven-day period immediately following the first 12 hours after the Covered Cause Of Loss.

**(2)** Conditions

**(a)** This coverage applies only if you have a back-up copy of your Web Site stored at a location other than the site of the Web Site vendor and to the extent "Loss Of Income" is permanently lost.

**(b)** Notwithstanding any provision to the contrary, the coverage provided under this Interruption Of Web Site

©, Copyright, State Farm Mutual Automobile Insurance Company, 2016
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

Operations Extension Of Coverage is primary to any LOSS OF INCOME AND EXTRA EXPENSE coverage provided by the **Inland Marine Computer Property Form.**

**b.** The most we will pay in any one occurrence under this coverage is $10,000.

**3. Off Premises – Loss Of Income**

**a.** You may extend the insurance provided by this endorsement to apply to the necessary "suspension" of your business. The "suspension" must be caused by an accidental direct physical loss to Covered Property while it is in the course of transit or at another premises.

If the Covered Property is located at another premises you own, lease, operate, or regularly use, the insurance provided under this extension applies only if the loss occurs within 90 days after the property is first moved.

We will only pay for loss you sustain during the period beginning immediately after the time of accidental direct physical loss caused by any Covered Cause Of Loss and ending when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

**b.** The most we will pay in any one occurrence under this coverage is $20,000.

## EXCLUSIONS

We will not pay for:

1. Any "Extra Expense", or increase of "Loss Of Income", caused by:

   **a.** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers, picketers, or any others charged with rebuilding, repairing, or replacing property; or

   **b.** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of your "operations", we will cover such loss that affects your "Loss Of Income" during the "period of restoration".

2. Any other consequential loss.

## CONDITION

### Resumption Of Operations

We will reduce the amount of your:

1. "Loss Of Income", other than "Extra Expense", to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.
2. "Extra Expense" loss to the extent you can return "operations" to normal and discontinue such "Extra Expense".

## DEDUCTIBLE

No deductible applies to the coverage provisions provided in this "Loss Of Income" endorsement.

However, for any loss covered under Paragraph **22.b.(4)** of the Equipment Breakdown Extension Of Coverage of your policy, the Special Deductible for Equipment Breakdown will apply to this "Loss Of Income".

## DEFINITIONS

1. "Extra Expense" means expense incurred:

   **a.** To avoid or minimize the "suspension" of business and to continue "operations":

   **(1)** At the described premises; or

   **(2)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations;

   **b.** To minimize the "suspension" of business if you cannot continue "operations"; or

   **c.** To:

   **(1)** Repair or replace any property; or

   **(2)** Research, replace or restore the lost information on damaged "valuable papers and records"

   to the extent it reduces the amount of loss that otherwise would have been payable under this coverage or "Loss Of Income" coverage.

2. "Loss Of Income" means the sum of the amounts as described in **a.** and **b.** below:

   **a.** Net Income (net profit or loss before income taxes) that would have been earned or incurred if no accidental direct physical loss had occurred, including:

   **(1)** "Rental value";

©, Copyright, State Farm Mutual Automobile Insurance Company, 2016
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

(2) "Maintenance fees", if you are a condominium association or other similar community association;

(3) Total receipts and contributions (less operating expenses) normally received during the period of disruption of operations; and

(4) Tuition and fees from students, including fees from room, board, laboratories and other similar sources.

Net Income does not include any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause Of Loss on customers or on other businesses.

**b.** Continuing normal operating expenses incurred, including "ordinary payroll expenses".

**3.** "Maintenance fees" means the regular payment made to you by unit-owners and used to service the common property.

**4.** "Operations" means your business activities occurring at the described premises.

**5.** "Ordinary payroll expenses":

**a.** Mean payroll expenses for all your employees except:

(1) Officers;

(2) Executives;

(3) Department Managers; and

(4) Employees under contract.

**b.** Include:

(1) Payroll;

(2) Employee benefits, if directly related to payroll;

(3) FICA payments you pay;

(4) Union dues you pay; and

(5) Workers' compensation premiums.

**6.** "Period of restoration":

**a.** Means the period of time that:

(1) Begins immediately after the time of accidental direct physical loss caused by any Covered Cause Of Loss at the described premises; and

(2) Ends on the earlier of:

(a) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(b) The date when business is resumed at a new permanent location.

**b.** Does not include any increased period required due to the enforcement of any ordinance or law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**7.** "Rental value" means:

**a.** The total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you;

**b.** The amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be your obligations; and

**c.** The fair rental value of any portion of the described premises which is occupied by you.

**8.** "Suspension" means:

**a.** The partial slowdown or complete cessation of your business activities; or

**b.** That a part or all of the described premises is rendered untenantable, if coverage for "Loss Of Income" applies.

All other policy provisions apply.



©, Copyright, State Farm Mutual Automobile Insurance Company, 2016
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CMP-4508 MONEY AND SECURITIES (Apartment And Residential Community Association)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added as an Extension of Coverage under **SECTION I — EXTENSIONS OF COVERAGE**.

**Money And Securities**

1. We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:
   - a. Theft, meaning any act of stealing;
   - b. Disappearance; or
   - c. Destruction.
2. The most we will pay for loss to "money" and "securities" in any one occurrence, at each "complex", under this Coverage is:
   - a. The Limit Of Insurance for Money And Securities (On Premises) shown in the Declarations while:
     - (1) In or at the "complex"; or
     - (2) Within a bank or savings institution; and
   - b. The Limit Of Insurance for Money And Securities (Off Premises) shown in the Declarations while anywhere else.

   The amount we pay under this Extension of Coverage is an additional amount of insurance.

   Regardless of the amount of the Basic Deductible, the most we will deduct from any loss under this Extension of Coverage in any one occurrence is the applicable deductible listed for Money And Securities under Special Deductibles shown in the Declarations.
3. We will determine the value of:
   - a. "Money" at its face value; and
   - b. "Securities" at their value at the close of business on the day the loss is discovered.
4. With respect to coverage provided by this endorsement:
   - a. Paragraph **2.** of **Property Not Covered** does not apply.
   - b. Paragraphs **1.c.** and **1.d.** of **Property Subject To Limitations** does not apply.
   - c. The first paragraph under **SECTION I — EXTENSIONS OF COVERAGE** is replaced by the following:

     Subject to the terms and conditions applicable to **SECTION I — PROPERTY** of this coverage form, Money and Securities applies separately to each "complex" we insure.
5. All loss:
   - a. Caused by one or more persons; or
   - b. Involving a single act or series of related acts;

   is considered one occurrence.
6. We will not pay under this Extension Of Coverage for loss consisting of one or more of the following:
   - a. Resulting from accounting or arithmetical errors or omissions;
   - b. Due to the giving or surrendering of property in any exchange or purchase; or
   - c. Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.
7. You must keep records of all "money" and "securities" so we can verify the amount of any loss.

All other policy provisions apply.



©, Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CMP-4814 DIRECTORS AND OFFICERS LIABILITY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

1. The following coverage is added to **SECTION II — LIABILITY**:

   **DIRECTORS AND OFFICERS LIABILITY**

   **a.** When a Limit Of Insurance is shown in the Declarations for Directors And Officers Liability, we will pay those sums that the insured becomes legally obligated to pay as damages because of a "wrongful act" to which this endorsement applies.

   We will have the right and duty to defend the insured, by counsel of our choice, against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this endorsement does not apply. We may at our discretion, investigate any incident and settle any claim or "suit" with or without the insured's consent, for any reason and at any time. But:

   **(1)** The most we will pay for damages is limited as described in **SECTION II — DIRECTORS AND OFFICERS LIABILITY LIMITS OF INSURANCE**; and

   **(2)** Our right and duty to defend end when we have used up that amount in the payment of judgments or settlements for a "wrongful act".

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **Section II — Supplementary Payments**.

   **b.** This insurance applies to a "wrongful act" only if the "wrongful act" takes place:

   **(1)** During the policy period and a claim is made in writing or "suit" filed and brought no later than one year from the end of the policy period; or

   **(2)** Prior to the policy period where:

   **(a)** There is no other insurance which:

   **i.** Is valid and collectible; or

   **ii.** Would be valid and collectible but for the exhaustion of the limits of insurance;

   **(b)** No insured listed under **SECTION II — WHO IS AN INSURED** and no "employee" authorized by you to give or receive notice of a "wrongful act", had prior knowledge or could reasonably have foreseen any circumstances which might result in a claim or "suit"; and

   **(c)** A claim is made in writing or "suit" filed and brought during the policy period.

   **c.** All damage involving a single "wrongful act" or a series of related "wrongful acts", caused by one or more persons, is considered one "wrongful act".

2. With respect to coverage provided under Directors And Officers Liability, all exclusions under **Section II – Exclusions** are replaced with the following:

   **Section II – Exclusions**

   This coverage provided under Directors And Officers Liability does not apply to:

   **a. Criminal Acts**

   Dishonest, fraudulent, criminal or malicious act, including fines and penalties resulting from these acts.

   **b. Actual Knowledge Or Intent**

   "Wrongful act" by an insured with actual knowledge of its wrongful nature or with intent to cause injury or damage.

   **c. Bodily Injury, Property Damage Or Personal Or Advertising Injury**

   "Bodily injury", "property damage" or "personal or advertising injury" liability.

   **d. Profit Or Advantage From Securities**

   Any profit, remuneration or advantage, resulting from the purchase or sale of any securities, including an accounting of these.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CONTINUED

**e. Salaries Or Compensations**

Salaries, compensations, bonuses or other remuneration, of employees, directors, officers, "managers" or trustees.

**f. Insurance Policy and Claims**

Any failure or omission to effect, maintain, or procure any insurance policy or bond, including any failure or omission to report a loss or obtain proper amounts, forms, conditions or provisions on any insurance policy or bond.

**g. Personal Profit Or Advantage**

Damages arising out of any transaction of the insured from which the insured will gain any personal profit or advantage, which is not shared equitably by the members of the organization.

**h. Civil Right Violations**

Violations of any federal or state civil rights law or local ordinance, including but not limited to discrimination on account of race, religion, disability, sex or age.

**i. Non-Monetary Relief**

Any costs incurred to comply with any order for injunctive or other non-monetary relief, or to comply with an agreement to provide such relief.

**j. Fines Or Penalties**

Any civil or criminal fines or penalties imposed by law or taxes.

**k. ERISA**

Any obligation of the insured under the Employees' Retirement Income Security Act (ERISA) and any amendments thereto or any similar federal, state or local statute.

**l. Pollution, "Fungi" Or Bacteria**

"Pollutants", "fungi", bacteria, wet or dry rot or nuclear reaction or the cost or expense to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize "pollutants", "fungi", bacteria, wet or dry rot or nuclear reaction.

**m. Construction Operations**

Damage caused by or resulting from operations (including construction, design, survey and engineering services) performed by or on behalf of the declarant, builder, sponsor, developer, promoter, engineer or architect at any premises insured under this policy.

**n. Rights Against Builder**

Any failure or inability of any insured to enforce your rights against the declarant, builder, sponsor, developer, promoter, engineer or architect at any premises insured under this policy.

**o. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**p. Employment-Related Practices**

**(1)** Damages to:

**(a)** A person arising out of any:

**i.** Refusal to employ that person;

**ii.** Termination of that person's employment; or

**iii.** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, malicious prosecution, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(b)** The spouse, child, parent, brother or sister of that person as a consequence of Paragraph **(a)** above.

**(2)** This exclusion applies:

**(a)** Whether the insured may be liable as an employer or in any other capacity;

**(b)** To any obligation to share damages with or repay someone else who must pay damages because of the injury; or

**(c)** Whether the injury causing event described in Paragraph **(1)(a)** above occurs before employment, during employment or after employment of that person.

**q. Other Organizations**

Any "wrongful act" committed or allegedly committed by any insured serving in any position or capacity in any organization or association other than the Named Insured even if the Named Insured directed or requested that insured to serve in such other position or capacity.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CONTINUED

**r. Supervision Of Contractors**

Any "wrongful act" in the selection or direct or indirect supervision of any contractor or subcontractor liable or alleged to be liable for any defect in construction at any premises insured under this policy.

**s. Budgeting**

Any act or failure to budget, reserve, conduct reserve studies or account for the cost to upkeep, maintain or address deficiencies or repairs regarding any premises insured under this policy.

**3.** With respect to coverage provided under Directors And Officers Liability, **SECTION II — WHO IS AN INSURED** is replaced by the following:

The unqualified word insured means only the following:

**a.** Any of your directors, officers, "managers" or trustees, collectively and individually, which form your administrative body provided that each individual:

**(1)** Is duly elected or appointed to serve on the managing body of the organization; and

**(2)** Acts within the scope of their duties as a director, officer, "manager" or trustee on your behalf;

However if the declarant, builder, sponsor, developer, promoter, engineer or architect is also a director, officer, "manager" or trustee, the declarant, builder, sponsor, developer, promoter, engineer or architect is an insured, but only with respect to their liability arising solely out of his or her capacity as a director, officer, "manager" or trustee.

**b.** The Named Insured shown in the Declarations with respect to liability because of "wrongful acts" committed by an insured.

**c.** Any of your members or renters, but only with respect to their liability for your activities or activities they perform on your behalf as a member of a committee appointed by the administrative or managing body.

**d.** Any lawful spouse of any person identified in Paragraph **a.(1)** or **a.(2)**above, but only in respect to liability arising solely out of his or her capacity as a spouse where such liability seeks damages from the marital property, community property, jointly held property or property transferred from any person identified in Paragraph **a.(1)** or **a.(2)** above. The spouse is not an insured for any "wrongful act" of any person in Paragraph **a.(1)** or **a.(2)** above.

**e.** No person or organization, including those listed in Paragraphs **a.** through **d.** above, is an insured with respect to "wrongful acts":

**(1)** For which that person or organization may be liable in their capacity as a declarant, builder, sponsor, developer, promoter, engineer or architect; or

**(2)** While acting within the scope of their duties for a declarant, builder, sponsor, developer, promoter, engineer or architect.

**4.** With respect to coverage provided under Directors And Officers Liability, **SECTION II — LIMITS OF INSURANCE** is replaced by the following:

**SECTION II — DIRECTORS AND OFFICERS LIABILITY LIMITS OF INSURANCE**

**a.** The Limits Of Insurance for Directors And Officers Liability, shown in the Declarations, and the rules below, fix the most we will pay regardless of the number of:

**(1)** Insureds;

**(2)** Premises insured;

**(3)** Claims made or "suits" brought; or

**(4)** Persons or organizations making claims or bringing "suits".

**b.** The most we will pay for damages because of any one "wrongful act" is the Directors And Officers Liability Limit shown in the Declarations.

The most we will pay for the sum of all damages because of all "wrongful acts" during the policy period is the Directors And Officers Aggregate Limit shown in the Declarations.

**5.** With respect to coverage provided under Directors And Officers Liability, the following definition is added to **SECTION II — DEFINITIONS**:

"Wrongful act" means any actual or alleged error, misstatement, misleading statement, act, omission, neglect, or breach of duty committed, attempted or allegedly committed or attempted by an insured arising solely out of his or her capacity as director, officer, "manager" or trustee relating to the operations of your organization.

All other policy provisions apply.



©, Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CMP-4710 EMPLOYEE DISHONESTY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added as an Extension of Coverage under **SECTION I — EXTENSIONS OF COVERAGE**.

**Employee Dishonesty**

1. We will pay for direct physical loss to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your "employees" acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:
   - **a.** Cause you to sustain loss; and
   - **b.** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other "employee" benefits earned in the normal course of employment) for:
     - **(1)** Any "employee"; or
     - **(2)** Any other person or organization intended by that "employee" to receive that benefit.
2. The most we will pay for loss under this Coverage in any one occurrence, regardless of the number of described premises, is the Limit Of Insurance for Employee Dishonesty shown in the Declarations, even if the occurrence includes more than one policy period.

   The amount we pay under this Extension of Coverage is an additional amount of insurance.

   Regardless of the amount of the Basic Deductible, the most we will deduct from any loss under this Extension of Coverage in any one occurrence is the applicable deductible listed for Employee Dishonesty under Special Deductibles shown in the Declarations.
3. We will determine the value of:
   - **a.** "Money" at its face value; and
   - **b.** "Securities" at their value at the close of business on the day the loss is discovered.
4. All loss:
   - **a.** Caused by one or more persons; or
   - **b.** Involving a single act or series of acts;

   is considered one occurrence.
5. With respect to coverage provided by this endorsement:
   - **a.** Paragraph **2.** of **Property Not Covered** does not apply.
   - **b.** Paragraph **1.d.** of **Property Subject To Limitations** does not apply.
   - **c.** Paragraph **2.f.** of **SECTION I — EXCLUSIONS** does not apply.
   - **d.** The first paragraph under **SECTION I — EXTENSIONS OF COVERAGE** does not apply.
6. We will not pay for loss:
   - **a.** Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with other persons.
   - **b.** When the only proof of its existence or amount is:
     - **(1)** An inventory computation; or
     - **(2)** A profit and loss computation.
7. This Coverage does not apply to any "employee" immediately upon discovery by:
   - **a.** You; or
   - **b.** Any of your partners, "members", "managers", officers, directors, or trustees not in collusion with the "employee";

   of any dishonest act committed by that "employee" before or after being hired by you.
8. We will pay only for loss you sustain through acts committed or events occurring during the policy period.

   These acts must be discovered no later than one year from the end of the policy period.
9. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit Of Insurance cumulates from year to year or period to period.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CONTINUED

**10.** If any loss is covered:

**a.** Partly by this insurance; and

**b.** Partly by any prior cancelled or terminated insurance or expired policy period that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

**11.** If you (or any predecessor in interest) sustained loss during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this Coverage, provided:

**a.** This Coverage became effective at the time of cancellation or termination of the prior insurance; and

**b.** The loss would have been covered by this Coverage had it been in effect when the acts or events causing the loss were committed or occurred.

**12.** The insurance under Paragraph **11.** above is part of, not in addition to, the Limit Of Insurance applying to this Coverage and is limited to the lesser of the amount recoverable under:

**a.** This Coverage as of its effective date; or

**b.** The prior insurance had it remained in effect.

**13.** With respect to this Coverage "employee" means:

**a.** Any natural person:

**(1)** While in your service or for 30 days after termination of service;

**(2)** Who you compensate directly by salary, wages or commissions; and

**(3)** Who you have the right to direct and control while performing services for you;

**b.** Any "manager", director, officer or trustee, whether compensated or not, except while performing acts outside the scope of their normal duties;

**c.** Any natural person who is furnished temporarily to you:

**(1)** To substitute for a permanent "employee" as described in Paragraph **a.** above, who is on leave; or

**(2)** To meet seasonal or short-term work load conditions;

**d.** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary "employee" as described in Paragraph **c.** above;

**e.** Any natural person who is a former "employee", director, officer, partner, "member", "manager", representative or trustee retained as a consultant while performing services for you; or

**f.** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

But this does not include any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character.

All other policy provisions apply.



©, Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CMP-4828 EXTRA REPLACEMENT COST COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

1. The following is added to **SECTION I — PROPERTY**:

   **Extra Replacement Cost Coverage**

   a. We will settle covered losses to buildings or structures at the described premises under **Coverage A – Buildings** for the amount you actually spend that is necessary to repair or replace the damaged building or structure, up to the applicable Limit Of Insurance. If the amount spent for covered damage exceeds the applicable Limit Of Insurance, an additional 20% of the stated limit is available to cover the cost of repair or replacement. This coverage applies separately to each premises described in the Declarations.

   b. Extra Replacement Cost Coverage does not apply to the following property under **Coverage A – Buildings**:

      (1) Structures that are not buildings;

      (2) Outdoor fixtures;

      (3) Personal property that is used to maintain or service the buildings or structures or described premises, including:

         (a) Fire extinguishing equipment;

         (b) Outdoor furniture;

         (c) Floor coverings; and

         (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

      (4) If not covered by other insurance, materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

   c. **Report Increase Values**

      You must notify us within 90 days of the start of any additions to or remodeling of the buildings which increases the value of any one building by $10,000 or more and pay any additional premium due for the increase in value. If you fail to notify us within 90 days, our payment will not exceed the applicable Limit Of Insurance applying to the damaged buildings. See Loss Payment under **SECTION I — CONDITIONS** for additional provisions.

2. For purposes of this endorsement:

   a. Paragraph **1.e.(4)(a)i.1)** under Loss Payment of **SECTION I — CONDITIONS** is replaced by the following:

      1) Up to 120% of the Limit Of Insurance shown in the Declarations under **COVERAGE A – BUILDINGS** that applies to the damaged building or structure;

   b. Paragraph **12.** Newly Acquired Or Constructed Property under **SECTION I — EXTENSIONS OF COVERAGE** does not apply.

All other policy provisions apply.



©, Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

## FE-8739 INLAND MARINE CONDITIONS

Coverage in the Inland Marine Form is primary to any coverage provided in the policy this Form is attached to, for the same property.

The following Conditions also apply:

1. **Agreement.** We agree to provide the insurance described in this policy. You agree to pay premiums when due and comply with the provisions of this policy.
2. **Definitions.** Throughout this policy, the words "you" and "your" refer to the Named Insured and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance.
3. **Valuation.** The value of covered property will be determined based on the provisions in the applicable coverage form attached.
4. **Loss Payment.** In the event of loss covered by this policy:
   a. We will give notice, within 30 days after we receive the sworn statement of loss, of our intent to settle the loss according to one of the following methods:
      (1) Pay the value of lost or damaged property as determined in the Valuation Condition shown in the applicable coverage form;
      (2) Pay the cost of replacing or repairing the lost or damaged property, plus any reduction in value of repaired items;
      (3) Take all or any part of the property at an agreed or appraised value; or
      (4) Repair, rebuild or replace the property with other property of like kind and quality;
   b. We will not pay you more than your financial interest in the covered property;
   c. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the covered property;
   d. We may elect to defend you, at our expense, against suits arising from claims of owners of property;
   e. We will pay for covered loss within 30 days after we receive the sworn statement of loss, if:
      (1) You have complied with all of the terms of this policy; and
      (2) We have reached agreement with you on the amount of loss or an appraisal award has been made.
5. **Duties in the Event of Loss.** You must see that the following are done in the event of loss to covered property:
   a. Notify the police if a law may have been broken;
   b. Give us prompt notice of the loss. Include a description of the lost or damaged property in the notice;
   c. As soon as possible, give us a description of how, when and where the loss occurred;
   d. Take all reasonable steps to protect the covered property from further damage by an insured loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your emergency and temporary repair expenses for consideration in the settlement of the claim. This will not increase the limit of insurance;
   e. At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed;
   f. Permit us to inspect the property and records proving the loss;
   g. If requested, permit us to question you under oath at such times as may be reasonably required about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed;
   h. Send us a signed, sworn statement of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms;
   i. Cooperate with us in the investigation or settlement of the claim;

©, Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CONTINUED

j. Resume all or part of your business activities at the described premises as quickly as possible.

6. **Appraisal.** If you and we disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. Each party will notify the other of the selected appraiser's identity within 20 days after receipt of the written demand for an appraisal. The two appraisers will select an umpire. If the appraisers cannot agree upon an umpire within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
   a. Pay its chosen appraiser; and
   b. Bear the other expenses of the appraisal and umpire equally.

   If we submit to an appraisal, we will still retain our right to deny the claim.

7. **Abandonment.** There can be no abandonment of any property to us.

8. **Legal Action Against Us.** No one may bring legal action against us under this insurance unless:
   a. There has been full compliance with all of the terms of this insurance; and
   b. The action is brought within two years after the date on which the accidental direct physical loss occurred. But if the law of the state in which this policy is issued allows more than two years to bring legal action against us, that longer period of time will apply.

9. **Recovered Property.** If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property subject to the limit of insurance.

10. **No Benefit to Bailee.** No person or organization, other than you, having custody of covered property will benefit from this insurance.

11. **Knowledge or Control.** We will not pay for loss while the chance of loss is increased by any means within your knowledge or control.

12. **Policy Period, Coverage Territory.** We cover loss commencing during the policy period and within or between the coverage territory. The coverage territory is the United States of America (including its territories and possessions), Puerto Rico and Canada.

13. **Changes**
   a. This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.
   b. We may change the Named Insured's policy address as shown in the Declarations and in our records to the most recent address provided to us by:
      (1) You; or
      (2) The United States Postal Service.

14. **Concealment, Misrepresentation or Fraud.** This policy is void in any case of fraud by you as it relates to the policy at any time. It is also void if you or any other insured intentionally conceal or misrepresent a material fact concerning:
   a. This policy;
   b. The covered property;
   c. Your interest in the covered property; or
   d. A claim under this policy.

15. **Examination of Your Books and Records.** We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

16. **Inspections and Surveys**
   a. We have the right to:
      (1) Make inspections and surveys at any time;
      (2) Give you reports on the conditions we find; and
      (3) Recommend changes.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

b. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

(1) Are safe and healthful; or

(2) Comply with laws, regulations, codes or standards.

c. Paragraphs **a.** and **b.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**17. Liberalization.** If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**18. Other Insurance.** If loss covered by this policy is also covered by other insurance written in your name, we will not pay for a greater proportion of the covered loss than this policy's Limit of Insurance bears to the total amount of insurance covering such loss.

**19. Premiums**

a. The first Named Insured shown in the Declarations:

(1) Is responsible for the payment of all premiums; and

(2) Will be the payee for any return premiums we pay.

b. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

c. You may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

(1) Paid to us prior to the anniversary date; and

(2) Determined in accordance with Paragraph **b.** above.

Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

d. Undeclared exposures, acquisition, or change in your business operation may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

**20. Transfer of Rights of Recovery Against Others to Us.** If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

a. Prior to a loss to your Covered Property.

b. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

(1) Someone insured by this insurance;

(2) A business firm:

(a) Owned or controlled by you; or

(b) That owns or controls you; or

(3) Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

**21. Transfer of Your Rights and Duties Under This Policy.** Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured. If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**22. Conformity to State Law.** When a provision of this policy is in conflict with the applicable law of the state in which this policy is issued, the law of the state will apply.



©, Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

## FE-6271 AMENDATORY ENDORSEMENT (California)

The **Appraisal Condition** included in your Inland Marine Policy as paragraph **6.** of **CONDITIONS** is replaced by the following:

**6. Appraisal.** In case you and we shall fail to agree as to the actual cash value or the amount of loss, then, on the written request of either, each shall select a competent and disinterested appraiser and notify the other of the appraiser selected within 20 days of the request. Where the request is accepted, the appraisers shall first select a competent and disinterested umpire; and failing for 15 days to agree upon the umpire, then, on your or our request, the umpire shall be selected by a judge of a court of record in the state in which the property covered is located.

Appraisal proceedings are informal unless you and we mutually agree otherwise. For purposes of this section, "informal" means that no formal discovery shall be conducted, including depositions, interrogatories, requests for admission, or other forms of formal civil discovery, no formal rules of evidence shall be applied, and no court reporter shall be used for the proceedings.

The appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; and, failing to agree, shall submit their differences, only, to the umpire. An award in writing, so itemized, of any two when filed with us shall determine the amount of actual cash value and loss.

Each appraiser shall be paid by the party selecting him or her and the expenses of appraisal and umpire shall be paid by the parties equally.

In the event of a government-declared disaster, as defined in the Government Code, appraisal may be requested by either you or us but shall not be compelled.

All other policy provisions apply.



©, Copyright, State Farm Mutual Automobile Insurance Company, 2013

# FE-8745 INLAND MARINE COMPUTER PROPERTY FORM

## INSURING AGREEMENT

We will pay for accidental direct physical loss to:

1. "Computer equipment", used in your business operations, that you own, lease from others, rent from others, or that is loaned to you. However, we do not insure "computer equipment" used to operate or control vehicles.
2. Removable data storage media used in your business operations to store "electronic data".

We do not insure property you lease to others or rent to others.

We do not insure "computer programs" or "electronic data" except as provided in the Computer Programs And Electronic Data Extension Of Coverage.

## LIMIT OF INSURANCE

We will pay for all covered loss up to the limits shown on the Schedule Page.

## DEDUCTIBLE

The deductible amount shown on the Schedule Page will only apply to the property covered under this form. This amount will be deducted from the amount of any loss under this coverage.

## EXCLUSIONS

1. We do not insure under any coverage for any loss to any property while in transit as checked baggage on a commercial airline;
2. We do not insure for loss caused by one or more of the items below:
   a. Errors and omissions in programming. However, we do insure for any resulting loss unless the resulting loss itself is excluded;
   b. Faulty, inadequate, unsound or defective design, specifications, workmanship, or repair. However, we do insure for any resulting loss unless the resulting loss itself is excluded;
   c. Wear, tear, marring, scratching, rust, corrosion or deterioration. However, we do insure for any resulting loss unless the resulting loss itself is excluded;
   d. Property that is missing, where the only evidence of the loss is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property;
   e. Any dishonest or criminal act occurring at any time by you, any of your partners, employees, directors, or trustees;
   f. Hidden or latent defect or any quality in property that causes it to damage or destroy itself. However, we do insure for any resulting loss unless the resulting loss itself is excluded;
   g. Obsolescence;
   h. Fungi
      (1) Growth, proliferation, spread or presence of "fungi", including:
      (2) Any loss of use or delay in repairing or replacing covered property, including any associated cost or expense, due to interference at the location of the covered property or at the location of the repair or replacement of that property by "fungi";
      (3) Any remediation of "fungi", including the cost or expense to:
         (a) Remove the "fungi" from covered property or to repair, restore or replace that property;
         (b) Take apart and repair any property as needed to gain access to the "fungi"; or
         (c) Contain, treat, detoxify, neutralize or dispose of or in any way respond to or assess the effects of the "fungi";
         (d) Remove any property to protect it from the presence of or exposure to "fungi";
      (4) The cost of any testing or monitoring of air or property to confirm the type, absence, presence or level of "fungi", whether performed prior to, during, or after removal, repair, restoration or replacement of covered property.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CONTINUED

**i.** Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread;

**j.** War And Military Action

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**3.** We do not insure under any coverage for any loss which would not have occurred in the absence of one or more of the following excluded events. We do not insure for such loss regardless of: (a) the cause of the excluded event; or (b) other causes of the loss; or (c) whether other causes acted concurrently or in any sequence with the excluded event to produce the loss; or (d) whether the event occurs suddenly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion or smoke.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the loss caused by that fire.

**4.** We do not insure under any coverage for any loss consisting of the items in Paragraphs **1.**, **2.** and **3.** This exclusion does not apply to any loss consisting of the items in Paragraphs **2.** and **3.** if the loss is caused by a peril which is not otherwise excluded.

## EXTENSIONS OF COVERAGE

**1. Computer Programs And Electronic Data**

**a.** We will pay for accidental direct loss to:

**(1)** The following types of "computer programs" and "electronic data" that you own, license from others, lease from others, or rent from others:

**(a)** "Computer programs" used in your business operations;

**(b)** The "electronic data" that exists in "computer" memory or on "computer" storage media, used in your business operations;

**(2)** That portion of your customers' "electronic data" that is supplied to you for processing or other use in your business operations. Coverage for customers' "electronic data" is limited to the specific data file(s) containing the information you are processing or using in your business operations.

We do not cover any property you lease to others, rent to others or license to others. We do not cover "computer equipment" or removable data storage media under this Extension Of Coverage. This coverage extension is included in the Limit Of Insurance shown on the Schedule Page.

Loss does not include any consequential loss except as may be provided in the optional Loss Of Income And Extra Expense coverage.

**b.** All items under the EXCLUSIONS section of this form apply to this Extension Of Coverage except:

**(1)** Item **a.** in Paragraph **2.** does not apply to:

**(a)** "Computer programs" other than the program in which the error or omission in programming occurs; and

**(b)** "Electronic data";

covered under this extension;

**(2)** Item **b.** in Paragraph **2.** does not apply to "electronic data" covered under this extension; and

**(3)** Items **c.** and **d.** in Paragraph **2.** do not apply to "computer programs" and "electronic data" covered under this extension.

**c.** We do not provide coverage for loss to, or loss of value resulting from infringement of, your intellectual property rights.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CONTINUED

2. **Fire Protection Devices**

We will cover your expense, for up to $25,000, to recharge or refill any fire protection devices which have been discharged to protect the covered property.

The amount we pay under this Extension Of Coverage is an additional amount of insurance and is not subject to a deductible.

3. **Debris Removal**

We will cover your expense to remove the debris of covered property, caused by Covered Cause Of Loss.

The amount we pay under this Extension Of Coverage will not increase the applicable Limit Of Insurance.

**SPECIAL CONDITIONS**

1. **Valuation**

We agree all losses to:

a. "Computer equipment" will be determined based on the cost to repair or replace with that of similar performance, capacity or function;

b. Removable data storage media will be determined based on the cost to repair or replace that media with blank media of similar performance, capacity or function;

c. "Computer programs":

(1) That are commercial off-the-shelf will be determined based on the cost to repair or replace with that of similar performance, capacity or function;

(2) That are not commercial off-the-shelf will be determined based on the cost of reproducing the programs if they are reproduced. If not reproduced, loss will be determined based on the cost of blank, readily available, removable data storage media, such as blank discs, with suitable capacity to store the programs;

d. "Electronic data" will be determined based on the cost of reproducing the data, if it is reproduced. If not reproduced, loss will be determined based on the cost of blank, readily available, removable data storage media, such as blank discs, with suitable capacity to store the data;

2. **One Loss**

If an initial loss causes other losses, all will be considered one loss. All losses that are the result of the same event will be considered one loss.

**OPTIONAL COVERAGE – LOSS OF INCOME AND EXTRA EXPENSE**

1. If a limit is shown on the Inland Marine Schedule Page for Loss Of Income And Extra Expense, coverage under this form is provided, subject to that limit, for the following:

a. The actual "Loss Of Income" you sustain due to the necessary "suspension" of your operations during the "period of restoration". The "suspension" must be caused by damage or destruction to property covered under this form, by a Covered Cause Of Loss;

b. Any necessary "extra expense" you incur during the "period of restoration" that you would not have incurred if there had been no damage or destruction to property covered under this form, by a Covered Cause Of Loss.

We will only pay for "Loss Of Income" or "extra expense" that you sustain during the "period of restoration" that occurs within 12 consecutive months after the date of loss. We will only pay for "ordinary payroll expenses" for 90 days following the date of loss.

2. We will not pay for:

a. Any "extra expense" or increase of "Loss Of Income" caused by suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of your operations, we will cover such loss that affects your "Loss Of Income" during the "period of restoration";

b. Any "extra expense" caused by suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration";

c. Any other consequential loss;

d. Loss caused by seizure or destruction of property by order of governmental authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

## DEFINITIONS

1. "Computer" means:
   a. Programmable electronic equipment that is used to store, retrieve and process data; and
   b. Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

   "Computer" does not include those used to operate production type machinery or equipment.
2. "Computer equipment" means "computers", "computer" cables and wiring not attached to or forming a part of a building, and equipment manuals. "Computer equipment" does not mean other types of devices with internal computing capability, such as intelligent devices that contain an embedded chip or some other form of logic circuitry, or the computing components in those devices.
3. "Computer programs" means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve or send data.
4. "Electronic data" means information, facts or "computer programs" stored as or on, created or used on, or transmitted to or from "computer" software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of "computer" software which are used with electronically controlled equipment.
5. "Extra expense" means expense incurred:
   a. To avoid or minimize the "suspension" of business and to continue operations.
   b. To minimize the "suspension" of business if you cannot continue operations.
   c. To repair or replace any property to the extent it reduces the amount of loss that would otherwise have been payable under this coverage or "Loss Of Income" coverage.
6. "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or byproducts produced or released by fungus;
7. "Loss Of Income" means the sum of the amounts described in **a.** and **b.** below:
   a. Net income (net profit or loss before income taxes) that would have been earned or incurred if no accidental direct loss had occurred, including:
      (1) "Rental value";
      (2) "Maintenance fees", if you are a condominium association or other similar community association;
      (3) Total receipts and contributions (less operating expenses) normally received during the period of disruption of operations; and
      (4) Tuition and fees from students, including fees from room, board, laboratories and other similar sources.

      Net income does not include any net income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause Of Loss on customers or on other businesses.
   b. Continuing normal operating expenses incurred, including "ordinary payroll expenses".
8. "Maintenance fees" means the regular payment made to you by unit-owners and used to service the common property.
9. "Ordinary payroll expenses":
   a. Mean payroll expenses for all your employees except:
      (1) Officers;
      (2) Executives;
      (3) Department Managers; and
      (4) Employees under contract;
   b. Include:
      (1) Payroll;
      (2) Employee benefits, if directly related to payroll;
      (3) FICA payments you pay;
      (4) Union dues you pay; and
      (5) Workers' compensation premiums.
10. "Period of restoration" means the period of time that:
    a. Begins immediately after the time of loss to property covered by this form; and

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CONTINUED

b. Ends on the date when the property covered by this form should be repaired; rebuilt, restored or replaced with reasonable speed and similar quality.

The expiration date of this policy will not cut short the "period of restoration".

11. "Rental value" means:

a. The total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you;

b. The amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be your obligations; and

c. The fair rental value of any portion of the described premises which is occupied by you.

12. "Suspension" means the partial slowdown or complete cessation of your business activities.

All other policy provisions apply.



©, Copyright, State Farm Mutual Automobile Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles
10/08/2026
David W. Slayton, Executive Officer / Clerk of Court
By: J. Sam Deputy

COURTHOUSE ADDRESS:
Santa Monica Courthouse
1725 Main Street, Santa Monica, CA 90401

## NOTICE OF CASE ASSIGNMENT
## UNLIMITED CIVIL CASE

**Your case is assigned for all purposes to the judicial officer indicated below.**

CASE NUMBER:
26SMCV05469

**THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT**

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✔ | David W. Swift | P | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record David W. Slayton, Executive Officer / Clerk of Court

on 10/12/2026 By J. Sam, Deputy Clerk
(Date)

# INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

**APPLICATION**
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

**PRIORITY OVER OTHER RULES**
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

**CHALLENGE TO ASSIGNED JUDGE**
A challenge under Code of Civil Procedure Section 170.6 must be made within 15 days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

**TIME STANDARDS**
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

**COMPLAINTS**
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

**CROSS-COMPLAINTS**
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

**STATUS CONFERENCE**
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

**FINAL STATUS CONFERENCE**
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

**SANCTIONS**
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

**Class Actions**
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

***Provisionally Complex Cases**
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

*Superior Court of California, County of Los Angeles*

**ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE**

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS MUST SERVE THIS ADR INFORMATION PACKAGE ON ANY NEW PARTIES NAMED TO THE ACTION WITH THE CROSS-COMPLAINT.**

## WHAT IS ADR?

Alternative Dispute Resolution (ADR) helps people find solutions to their legal disputes without going to trial. The Court offers a variety of ADR resources and programs for various case types.

## TYPES OF ADR

- **Negotiation.** Parties may talk with each other about resolving their case at any time. If the parties have attorneys, they will negotiate for their clients.
- **Mediation.** Mediation may be appropriate for parties who want to work out a solution but need help from a neutral third party. A mediator can help the parties reach a mutually acceptable resolution. Mediation may be appropriate when the parties have communication problems and/or strong emotions that interfere with resolution. Mediation may not be appropriate when the parties want a public trial, lack equal bargaining power, or have a history of physical or emotional abuse.
- **Arbitration.** Less formal than a trial, parties present evidence and arguments to an arbitrator who decides the outcome. In "binding" arbitration, the arbitrator's decision is final; there is no right to trial. In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision.
- **Settlement Conferences.** A judge or qualified settlement officer assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Mandatory settlement conferences may be ordered by a judicial officer. In some cases, voluntary settlement conferences may be requested by the parties.

## ADVANTAGES OF ADR

- **Save time and money.** Utilizing ADR methods is often faster than going to trial and parties can save on court costs, attorney's fees, and other charges.
- **Reduce stress and protect privacy.** ADR is conducted outside of a courtroom setting and does not involve a public trial.
- **Help parties maintain control.** For many types of ADR, parties may choose their ADR process and provider.

## DISADVANTAGES OF ADR

- **Costs.** If the parties do not resolve their dispute, they may have to pay for ADR, litigation, and trial.
- **No Public Trial.** ADR does not provide a public trial or decision by a judge or jury.

## WEBSITE RESOURCES FOR ADR

- **Los Angeles Superior Court ADR website:** www.lacourt.org/ADR
- **California Courts ADR website:** www.courts.ca.gov/programs-adr.htm

**Los Angeles Superior Court ADR Programs for Unlimited Civil (cases valued over $35,000)**

Litigants should closely review the requirements for each program and the types of cases served.

- **Civil Mediation Vendor Resource List.** Litigants in unlimited civil cases may use the Civil Mediation Vendor Resource List to arrange voluntary mediations without Court referral or involvement. The Resource List includes organizations that have been selected through a formal process that have agreed to provide a limited number of low-cost or no-cost mediation sessions with attorney mediators or retired judges. Organizations may accept or decline cases at their discretion. Mediations are scheduled directly with these organizations and are most often conducted through videoconferencing. The organizations on the Resource List target active civil cases valued between $50,000-$250,000, though cases outside this range may be considered. *For more information and to view the list of vendors and their contact information, download the Resource List Flyer and FAQ Sheet at www.lacourt.org/ADR/programs.html.*
  **RESOURCE LIST DISCLAIMER:** The Court provides this list as a public service. The Court does not endorse, recommend, or make any warranty as to the qualifications or competency of any provider on this list. Inclusion on this list is based on the representations of the provider. The Court assumes no responsibility or liability of any kind for any act or omission of any provider on this list.

- **Mediation Volunteer Panel (MVP).** Unlimited civil cases referred by judicial officers to the Court's Mediation Volunteer Panel (MVP) are eligible for three hours of virtual mediation at no cost with a qualified mediator from the MVP. Through this program, mediators volunteer preparation time and three hours of mediation at no charge. If the parties agree to continue the mediation after three hours, the mediator may charge their market hourly rate. When a case is referred to the MVP, the Court's ADR Office will provide information and instructions to the parties. The Notice directs parties to meet and confer to select a mediator from the MVP or they may request that the ADR Office assign them a mediator. The assigned MVP mediator will coordinate the mediation with the parties. *For more information or to view MVP mediator profiles, visit the Court's ADR webpage at www.lacourt.org/ADR or email ADRCivil@lacourt.org.*

- **Mediation Center of Los Angeles (MCLA) Referral Program.** The Court may refer unlimited civil cases to mediation through a formal contract with the Mediation Center of Los Angeles (MCLA), a nonprofit organization that manages a panel of highly qualified mediators. Cases must be referred by a judicial officer or the Court's ADR Office. The Court's ADR Office will provide the parties with information for submitting the case intake form for this program. MCLA will assign a mediator based on the type of case presented and the availability of the mediator to complete the mediation in an appropriate time frame. MCLA has a designated fee schedule for this program. *For more information, contact the Court's ADR Office at ADRCivil@lacourt.org.*

- **Resolve Law LA (RLLA) Virtual Mandatory Settlement Conferences (MSC).** Resolve Law LA provides three-hour virtual Mandatory Settlement Conferences at no cost for personal injury and non-complex employment cases. Cases must be ordered into the program by a judge pursuant to applicable Standing Orders issued by the Court and must complete the program's online registration process. The program leverages the talent of attorney mediators with at least 10 years of litigation experience who volunteer as settlement officers. Each MSC includes two settlement officers, one each from the plaintiff and defense bars. Resolve Law LA is a joint effort of the Court, Consumer Attorneys Association of Los Angeles County (CAALA), Association of Southern California Defense Counsel (ASCDC), Los Angeles Chapter of the American Board of Trial Advocates (LA-ABOTA), Beverly Hills Bar Foundation (BHBF), California Employment Lawyers Association (CELA), and Los Angeles County Bar Association (LACBA). *For more information, visit https://resolvelawla.com.*

- **Judicial Mandatory Settlement Conferences (MSCs).** Judicial MSCs are ordered by the Court for unlimited civil cases and may be held close to the trial date or on the day of trial. The parties and their attorneys meet with a judicial officer who does not make a decision, but who instead assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. For more information, visit https://www.lacourt.org/division/civil/CI0047.aspx.

**Los Angeles Superior Court ADR Programs for Limited Civil (cases valued below $35,000)**

Litigants should closely review the requirements for each program and the types of cases served.

- **Dispute Resolution Program Act (DRPA) Day-of-Hearing Mediation.** Through the Dispute Resolution Program Act (DRPA), the Court works with county-funded agencies, including the Los Angeles County Department of Consumer & Business Affairs (DCBA) and the Center for Conflict Resolution (CCR), to provide voluntary day-of-hearing mediation services for small claims, unlawful detainer, limited civil, and civil harassment matters. DCBA and CCR staff and trained volunteers serve as mediators, primarily for self-represented litigants. There is no charge to litigants. *For more information, visit https://dcba.lacounty.gov/countywidedrp.*

- **Temporary Judge Unlawful Detainer Mandatory Settlement Conference Pilot Program.** Temporary judges who have been trained as settlement officers are deployed by the Court to designated unlawful detainer court locations one day each week to facilitate settlement of unlawful detainer cases on the day of trial. For this program, cases may be ordered to participate in a Mandatory Settlement Conference (MSC) by judicial officers at Stanley Mosk, Long Beach, Compton, or Santa Monica. Settlement rooms and forms are available for use on the designated day at each courthouse location. There is no charge to litigants for the MSC. *For more information, contact the Court's ADR Office at ADRCivil@lacourt.org.*

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

Electronically FILED by Superior Court of California, County of Los Angeles 10/08/2026 1:30 PM David W. Slayton, Executive Officer/Clerk of Court, By J. Sam, Deputy Clerk

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
MALIBU COASTLINE CONDOMINIUM ASSOCIATES, a California common interest development corporation

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!*** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California* (www.sucorte.ca.gov), *en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services,* (www.lawhelpcalifornia.org), *en el Centro de Ayuda de las Cortes de California,* (www.sucorte.ca.gov) *o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER *(Número del Caso):* 26SMCV05469

Los Angeles Superior Court
1725 Main Street
Santa Monica, California 90401

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Andrew M. Jacobson, Esq. (SBN 286330) -- Engstrom, Lipscomb & Lack
11601 Wilshire Boulevard, 14th Floor, Los Angeles, California 90025-1744
(310) 552-3800

DATE: *(Fecha)* 10/08/2026 Clerk, by *(Secretario)* David W. Slayton, Executive Officer/Clerk of Court J. Sam, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation

under:
- ☒ CCP 416.10 (corporation)
- ☐ CCP 416.20 (defunct corporation)
- ☐ CCP 416.40 (association or partnership)
- ☐ other *(specify):*
- ☐ CCP 416.60 (minor)
- ☐ CCP 416.70 (conservatee)
- ☐ CCP 416.90 (authorized person)

4. ☐ by personal delivery on *(date):*

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY / STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|
| NAME: Andrew M. Jacobson, Esq. (SBN 286330)<br>FIRM NAME: Engstrom, Lipscomb & Lack<br>STREET ADDRESS: 11601 Wilshire Boulevard, 14th Floor<br>CITY: Los Angeles STATE: CA ZIP CODE: 90025<br>TELEPHONE NO.: (310) 552-3800 FAX NO.: (310) 552-9434<br>EMAIL ADDRESS: ajacobson@elllaw.com<br>ATTORNEY FOR (name): Plaintiff, MALIBU COASTLINE CONDOMINIUM ASSOCIATES | Electronically FILED by Superior Court of California, County of Los Angeles 10/08/2026 1:30 PM David W. Slayton, Executive Officer/Clerk of Court, By J. Sam, Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 1725 Main Street<br>MAILING ADDRESS: 1725 Main Street<br>CITY AND ZIP CODE: Santa Monica, California 90401<br>BRANCH NAME: West District | |
| CASE NAME: MALIBU COASTLINE CONDOMINIUM ASSOCIATES vs. STATE FARM GENERAL INSURANCE COMPANY, et al. | |

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 26SMCV05469 |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $35,000) ☐ Limited (Amount demanded is $35,000 or less) | ☐ Counter ☐ Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2 and examples on page 3).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Asbestos**
- ☐ Asbestos (04)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Song-Beverly Act: Motor Vehicle Lemon Law (49)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☑ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Employment Development Department (EDD)**
- ☐ EDD decision review (48)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Comprehensive groundwater adjudication (47)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition *(not specified above)* (43)

2. Is this case complex under rule 3.400 of the California Rules of Court? ☐ Yes ☑ No
   If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*:
   a. ☑ monetary
   b. ☐ nonmonetary; declaratory or injunctive relief
   c. ☑ punitive

4. Number of causes of action *(specify)*: Two: (1) Breach of Contract; And (2) Breach of Implied Covenant of Good Faith and Fair Dealing

5. Is this case a class action suit? ☐ Yes ☑ No

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: October 8, 2026

Andrew M. Jacobson, Esq.
Type or print name

▶ [signature]
Signature of party or attorney for party

**NOTICE**

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, or a collections case under rule 3.740, you must serve a copy of this cover sheet on all other parties to the action or proceeding. (Cal. Rules of Court, rule 3.220.)
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on pages 1 and 2. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided on page 3 of this form. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 of the California Rules of Court is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $35,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

SEE PAGE 3 FOR INFORMATION PURPOSES ONLY.



CEB ceb.com Essential Forms

## CASE TYPES AND EXAMPLES

The list below provides explanations and examples for the case type checkboxes listed in item 1 on this form. The lists of examples below are not meant to be exhaustive, and some case types may have causes of action not listed here.

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/ Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Asbestos**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/Wrongful Death

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Product Liability *(not asbestos or environmental/toxic tort)* (24)
- Medical Malpractice (45)
  - Medical Malpractice–Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud *(other than contract)* (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud)*
  - Negligent Breach of Contract/Warranty
  - Other Breach of Contract/Warranty
- Song-Beverly Act: Motor Vehicle Lemon Law *(check this item if the case involves a Song-Beverly Act claim regarding a motor vehicle)* (49)
- Rule 3.740 Collections *(as defined in Cal. Rules of Court, rule 3.740(a))* (09)
- Other Collections (e.g., money owed, open book accounts, promissory note) (09)
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not unlawful detainer)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs *(if the case involves illegal drugs, check this item; otherwise, choose Commercial or Residential)* (38)

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Employment Development Department (EDD)**
- EDD Decision Review *(if the case involves an Employment Development Department decision, check this item instead of wrongful termination or other employment)* (48)

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.404)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Comprehensive Groundwater Adjudication (47)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non-domestic relations)*
  - Sister-State Judgment
  - Administrative Agency Award
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanic's Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/ non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Government Claim Requirement
  - Other Civil Petition



CEB ceb.com | Essential Forms

| SHORT TITLE | CASE NUMBER |
|---|---|
| MALIBU COASTLINE CONDOMINIUM ASSOCIATES v. STATE FARM GENERAL INSUR. | 26SMCV05469 |

# CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION

## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court**

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

| Applicable Reasons for Choosing Courthouse Location (Column C) | |
|---|---|
| 1. Class Actions must be filed in the Stanley Mosk Courthouse, Central District. | 7. Location where petitioner resides. |
| 2. Permissive filing in Central District. | 8. Location wherein defendant/respondent functions wholly. |
| 3. Location where cause of action arose. | 9. Location where one or more of the parties reside. |
| 4. Location where bodily injury, death or damage occurred. | 10. Location of Labor Commissioner Office. |
| 5. Location where performance required, or defendant resides. | 11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection). |
| 6. Location of property or permanently garaged vehicle. | |

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action (check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| Auto Tort | Auto (22) | ☐ 2201 Motor Vehicle – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | Uninsured Motorist (46) | ☐ 4601 Uninsured Motorist – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| Other Personal Injury/ Property Damage/ Wrongful Death | Other Personal Injury/ Property Damage/ Wrongful Death (23) | ☐ 2301 Premise Liability (e.g., dangerous conditions of property, slip/trip and fall, dog attack, etc.) | 1, 4 |
| | | ☐ 2302 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, battery, vandalism, etc.) | 1, 4 |
| | | ☐ 2303 Intentional Infliction of Emotional Distress | 1, 4 |
| | | ☐ 2304 Other Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | | ☐ 2305 Elder/Dependent Adult Abuse/Claims Against Skilled Nursing Facility | 1, 4 |
| | | ☐ 2306 Intentional Conduct – Sexual Abuse Case (in any form) | 1, 4 |

| SHORT TITLE | CASE NUMBER |
|---|---|
| MALIBU COASTLINE CONDOMINIUM ASSOCIATES v. STATE FARM GENERAL INSUR/ | 26SMCV05469 |

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| | | ☐ 2307 Construction Accidents | 1, 4 |
| | | ☐ 2308 Landlord – Tenant Habitability (e.g., bed bugs, mold, etc.) | 1, 4 |
| Other Personal Injury/ Property Damage/ Wrongful Death | Product Liability (24) | ☐ 2401 Product Liability (not asbestos or toxic/ environmental) | 1, 4 |
| | | ☐ 2402 Product Liability – Song-Beverly Consumer Warranty Act (CA Civil Code §§1790-1795.8) (Lemon Law) | 1, 3, 5 |
| | Medical Malpractice (45) | ☐ 4501 Medical Malpractice – Physicians & Surgeons | 1, 4 |
| | | ☐ 4502 Other Professional Health Care Malpractice | 1, 4 |
| Non-Personal Injury/Property Damage/Wrongful Death Tort | Business Tort (07) | ☐ 0701 Other Commercial/Business Tort (not fraud or breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ 0801 Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ 1301 Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ 1601 Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ 2501 Legal Malpractice | 1, 2, 3 |
| | | ☐ 2502 Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ 3501 Other Non-Personal Injury/Property Damage Tort | 1, 2, 3 |
| Employment | Wrongful Termination (36) | ☐ 3601 Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ 1501 Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ 1502 Labor Commissioner Appeals | 10 |
| Contract | Breach of Contract / Warranty (06) (not insurance) | ☐ 0601 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ 0602 Contract/Warranty Breach – Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ 0603 Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☐ 0604 Other Breach of Contract/Warranty (no fraud/ negligence) | 1, 2, 5 |
| | | ☐ 0605 Breach of Rental/Lease Contract (COVID-19 Rental Debt) | 2, 5 |
| | Collections (09) | ☐ 0901 Collections Case – Seller Plaintiff | 5, 6, 11 |
| | | ☐ 0902 Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ 0903 Collections Case – Purchased Debt (charged off consumer debt purchased on or after January 1, 2014) | 5, 6, 11 |
| | | ☐ 0904 Collections Case – COVID-19 Rental Debt | 5, 11 |
| | Insurance Coverage (18) | ☑ 1801 Insurance Coverage (not complex) | 1, 2, ⑤ 8 |

| SHORT TITLE | CASE NUMBER |
|---|---|
| MALIBU COASTLINE CONDOMINIUM ASSOCIATES v. STATE FARM GENERAL INSUR. | |

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Contract** (Continued) | Other Contract (37) | ☐ 3701 Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ 3702 Tortious Interference | 1, 2, 3, 5 |
| | | ☐ 3703 Other Contract Dispute (not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/ Inverse Condemnation (14) | ☐ 1401 Eminent Domain/Condemnation<br>Number of Parcels ______ | 2, 6 |
| | Wrongful Eviction (33) | ☐ 3301 Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ 2601 Mortgage Foreclosure | 2, 6 |
| | | ☐ 2602 Quiet Title | 2, 6 |
| | | ☐ 2603 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer – Commercial (31) | ☐ 3101 Unlawful Detainer – Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer – Residential (32) | ☐ 3201 Unlawful Detainer – Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer – Post Foreclosure (34) | ☐ 3401 Unlawful Detainer – Post Foreclosure | 2, 6, 11 |
| | Unlawful Detainer – Drugs (38) | ☐ 3801 Unlawful Detainer – Drugs | 2, 6, 11 |
| **Judicial Review** | Asset Forfeiture (05) | ☐ 0501 Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ 1101 Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ 0201 Writ – Administrative Mandamus | 2, 8 |
| | | ☐ 0202 Writ – Mandamus on Limited Court Case Matter | 2 |
| | | ☐ 0203 Writ – Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ 3901 Other Writ/Judicial Review | 2, 8 |
| | | ☐ 3902 Administrative Hearing | 2, 8 |
| | | ☐ 3903 Parking Appeal | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ 0301 Antitrust/Trade Regulation | 1, 2, 8 |
| | Asbestos (04) | ☐ 0401 Asbestos Property Damage | 1, 11 |
| | | ☐ 0402 Asbestos Personal Injury/Wrongful Death | 1, 11 |

| SHORT TITLE | CASE NUMBER |
|---|---|
| MALIBU COASTLINE CONDOMINIUM ASSOCIATES v. STATE FARM GENERAL INSUR. | 26SMCV05469 |

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| Provisionally Complex Litigation (Continued) | Construction Defect (10) | ☐ 1001 Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ 4001 Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ 2801 Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort Environmental (30) | ☐ 3001 Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ 4101 Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| Enforcement of Judgment | Enforcement of Judgment (20) | ☐ 2001 Sister State Judgment | 2, 5, 11 |
| | | ☐ 2002 Abstract of Judgment | 2, 6 |
| | | ☐ 2004 Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ 2005 Petition/Certificate for Entry of Judgment Unpaid Tax | 2, 8 |
| | | ☐ 2006 Other Enforcement of Judgment Case | 2, 8, 9 |
| Miscellaneous Civil Complaints | RICO (27) | ☐ 2701 Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints (not specified above) (42) | ☐ 4201 Declaratory Relief Only | 1, 2, 8 |
| | | ☐ 4202 Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ 4203 Other Commercial Complaint Case (non-tort/noncomplex) | 1, 2, 8 |
| | | ☐ 4204 Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| Miscellaneous Civil Petitions | Partnership Corporation Governance (21) | ☐ 2101 Partnership and Corporation Governance Case | 2, 8 |
| | Other Petitions (not specified above) (43) | ☐ 4301 Civil Harassment with Damages | 2, 3, 9 |
| | | ☐ 4302 Workplace Harassment with Damages | 2, 3, 9 |
| | | ☐ 4303 Elder/Dependent Adult Abuse Case with Damages | 2, 3, 9 |
| | | ☐ 4304 Election Contest | 2 |
| | | ☐ 4305 Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ 4306 Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ 4307 Other Civil Petition | 2, 9 |

| SHORT TITLE | CASE NUMBER |
|---|---|
| MALIBU COASTLINE CONDOMINIUM ASSOCIATES v. STATE FARM GENERAL INSUR | 26SMCV05469 |

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address, which is the basis for the filing location including zip code. (No address required for class action cases.)

| REASON: ☐ 1. ☐ 2. ☐ 3. ☐ 4. ☑ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☐ 11 | | | ADDRESS: 18055 and 18057 Coastline Drive |
|---|---|---|---|
| CITY: Malibu | STATE: CA | ZIP CODE: 90265 | |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the West District of the Superior Court of California, County of Los Angeles [Code of Civ. Proc., 392 et seq., and LASC Local Rule 2.3(a)(1)(E)]

Dated: 10/08/2026

(SIGNATURE OF ATTORNEY/FILING PARTY

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form LASC CIV 109 (01/23).
5. Payment in full of the filing fee, unless there is a court order for waiver, partial or schedule payments.
6. A signed order appointing a Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court to issue a Summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the Summons and Complaint, or other initiating pleading in the case.